# Exhibit A

```
ROUTINE                              ZYUW RUENAA... 69 3492349
R 142317Z DEC 84
FM CNO WASHINGTON DC
TO   NAVOP

UNCLAS //N01020//
NAVOP 152/84
SUBJ: PRIDE AND PROFESSIONALISM
1. SINCE THE START OF THIS DECADE, PRIDE AND PROFESSIONALISM IN
OUR NAVY HAS GROWN, REFLECTING THE NEW SPIRIT SWEEPING OUR COUNTRY.
THERE IS A GROWING SENSE OF RESPECT AND APPRECIATION BY OUR
COUNTRYMEN FOR CONTRIBUTIONS MADE BY OUR NAVY PEOPLE IN MEETING
COMMITMENTS AROUND THE GLOBE.  WE ARE RECOGNIZED AND APPLAUDED AS A
COMBAT READY FORCE: MOBILE, CAPABLE AND RESPONSIVE TO OUR NATION'S
NEEDS.  SOME OF THIS RESURGENCE IS DUE TO NEWER AND MORE CAPABLE
SHIPS AND AIRCRAFT AND A BETTER CAPABILITY TO OPERATE AND MAINTAIN
OUR WEAPONS AND SUPPORT SYSTEMS.  BUT THERE IS ANOTHER AND MORE
IMPORTANT FACTOR.  OUR NAVY PEOPLE, REFLECTING THE MOOD OF A
GROWING NUMBER IN OUR NATION, ARE PLACING INCREASED EMPHASIS ON
SERVICE AND LESS EMPHASIS ON SELF.  TODAY'S NAVY IS PROPERLY SEEN
AS AN EXAMPLE OF GOOD ORDER AND DISCIPLINE, LEAN, STRONG AND READY
FOR SEA; EXACTLY THE KIND OF NAVY CAPABLE OF TAKING ON THE TOUGH
TASKS NECESSARY TO MAINTAIN THE PEACE AND FREEDOMS WE CHERISH.
2.  THE IMAGE OF A SHARP-LOOKING SAILOR IN A CRISP BELL BOTTOM
UNIFORM IS COMMONPLACE, AN IMAGE WHICH PORTRAYS PRECISELY THE TOUGH
FIGHTING NAVY WE ARE.  CONSISTENT WITH THIS CHANGING MOOD AND
ACCEPTING THE ADVICE I HAVE RECEIVED FROM OUR SENIOR OFFICER AND
ENLISTED LEADERSHIP, I HAVE CONCLUDED IT IS BOTH PROPER AND TIMELY
TO CHANGE OUR POLICY REGARDING BEARDS AND TO REQUIRE ALL NAVY MEN
TO BE CLEAN SHAVEN WITH THE EXCEPTION OF NEATLY TRIMMED AND MILITARY
APPEARING MOUSTACHES IF THEY SO DESIRE.  MEDICALLY NECESSARY/APPROVED
BEARDS WILL, OF COURSE, BE PERMITTED.
3.  THIS CHANGE WILL HELP SUPPORT THE ONENESS OF PURPOSE IN OUR
SELFLESS TEAMS AS THEY STRIVE FOR THE BEST IN COMBAT EFFECTIVENESS.
AS A USEFUL BY-PRODUCT, IT WILL ALSO PROVIDE INCREASED PERSONAL
SAFETY FOR THOSE WHO MUST, ON SHORT NOTICE, BE PREPARED TO WEAR
OBA'S, GAS MASKS, OXYGEN MASKS AND, IN GENERAL, WORK IN STRESSING
ENVIRONMENTS WHICH ARE BECOMING MORE HAZARDOUS AS TECHNOLOGY,
WEAPON SOPHISTICATION, AND HI TEMPO OPERATIONS CONTINUE TO
COMPLICATE OUR EVERY DAY LIVES IN THE WORK PLACE.
4.  I HAVE SELECTED 1 JAN 85 AS THE IMPLEMENTATION DATE TO GIVE
THE CHAIN OF COMMAND TIME TO PUT OUR NEW STANDARD IN PLACE IN AN
INFORMED AND APPROPRIATE MANNER.  I KNOW I CAN COUNT ON SUPPORT
FROM ALL HANDS. BT




HQBN HQMC...ACT                                              4
OECEN...ACT                                                  1
NAVEXBD...ACT                                                1
NAVREL...ACT                                                 1
CNRC...ACT                                                   5
NDBDM...ACT                                                  1
BDCNR...ACT                                                  1
CMC WASH DC                                                103
ACTION A(11) CC(10) CL(1) FD(5) HQS(1) HQSC(1)      (U,A)
       HQSR(1) IG(1) INT(2) JA(2) L(11) M(1) MED(1) MM(8)
       MS(8) P(1) RES(3) RD(2) RP(1) DEN(1) REL(1) CMC(1)
       ACMC(1) MP(2) MH(4) MR(1) OLA(1) PA(3) SPD(1)
       MCUB(1) PDC(1) T(6) PD(7) TFK CK(1)

CNO OP ZERO ONE                                             14
ACTION DP01(1) DP01D(1) DP01F(1) DP09G(1) DP01B(2)  (U,A)
       OP11(1) OP12(1) OP13(1) OP14(1) OP15(1) OP16(1)
       OP52(1) AMRD(1)

CNMPC WASH DC                                               58
ACTION NMPC00(1) NMPC04(1) NMPC02(1) NMPC03(4)      (U,A)
       NMPC05(1) NMPC06(1) NMPC07(3) NMPC08(1) NMPC2(2)
       NMPC3(3) NMPC4(5) NMPC5(1) NMPC6(2) NMPC7(1)
       NMPC8(4) NMPC9(4) NMPC16(2) NMPC12(4) NMPC11(3)
       NMPC843(3) DUTY OFFICER(1) NMPCOOF(2) CNP(1)
       NMPC48(4) NMPC01(3)

       MCN=84350/01919  TOR=84350/0121Z  TAD=84350/0134Z  CDSN=MAC076
                                                          PAGE 1 OF 1
                    UNCLASSIFIED                          142317Z DEC 84
```