Exhibit G



**DEPARTMENT OF THE NAVY**
CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

1730
Ser N00/100011
14 Dec 20

From:  Chief of Naval Operations
To:    OS2 Mohammad Shoyeb, USN
Via:   Commanding Officer, USS CHANCELLORSVILLE (CG 62)

Subj:  APPEAL OF RELIGIOUS ACCOMMODATION FOR WEAR OF A BEARD ICO
       OS2 MOHAMMAD SHOYEB, USN

Ref:   (a) DCNO (N1) ltr 1730 Ser N1/114102 of 13 Jul 20
       (b) DoD Instruction 1300.17 of 1 Sep 20
       (c) SECNAVINST 1 730.8B
       (d) ASN (M&RA) memo of 6 Jun 13
       (e) BUPERSINST 1730.11A
       (f) NAVPERS 15565I
       (g) COMNAVSAFECEN ltr 5100 Ser/013 of 22 Oct 18
       (h) DoD Instruction 1332.45 of 30 Jul 2018
       (i) OPNAVINST 1300.20
       (j) OPNAVINST 5100.19F

1. Your appeal of reference (a) is disapproved. I am affirming the decision in reference (a) due to the Navy's compelling Government interest in mission accomplishment including safety.

2. I considered your original request, your appeal, and the endorsements to your correspondence. References (b) through (e) designate me as the final appeal authority for requests for religious accommodation. You must adhere to the grooming standards set forth in reference (f).

3. As explained in reference (g), facial hair interferes with the proper seal of all current Navy breathing apparatuses and significantly increases risks to both an individual Sailor participating in damage control efforts and to other Sailors who may be required to render aid to a Sailor with an ineffective seal during damage control activities. Therefore, your accommodation cannot be supported when it is foreseeable that you may be required to don a breathing apparatus at a moment's notice, which includes when underway or as a member of an in-port duty section and when attending firefighting training. While underway or on duty in-port, service in the Navy presents challenges and hazards different from the rest of society and at times requires you to put your ship and your shipmates ahead of yourself. As a Service Chief, I am responsible for the readiness and safety of all Sailors per references (g) through (i), and this obligation requires me to disapprove your request subject to a change in duty assignment.

Subj:    APPEAL OF RELIGIOUS ACCOMMODATION FOR WEAR OF A BEARD ICO
        OS2 MOHAMMAD SHOYEB, USN

4.  The Navy welcomes people of all faiths and no faith to join our ranks in patriotic service.
You have my sincere best wishes for your continued success in your Navy career.

M. M. GILDAY

Copy to:
ASN (M&RA)
OPNAV (N1, N131, N097)

2



**DEPARTMENT OF THE NAVY**
USS CHANCELLORSVILLE (CG 62)
UNIT 100312 BOX 1
FPO AP 96662

IN REPLY REFER TO:

1730
Ser N00/332
21 Sep 20

From: Commanding Officer, USS CHANCELLORSVILLE (CG 62)
To:   Chief of Naval Operations
Via:  Deputy Chief of Naval Operations (Manpower, Personnel, Training, and Education)
      (OPNAV N1)

Subj: APPEAL OF DISAPPROVAL OF RELIGIOUS ACCOMMODATIONS THROUGH
      WAIVER OF GROOMING STANDARDS FOR FACIAL HAIR ICO OS2
      MOHAMMAD SHOYEB

Ref:  (a) SECNAVINST 1730.8B
      (b) SECNAVINST 1730.9A
      (c) DOD Instruction 1300.17
      (d) BUPERSINST 1730.11A
      (e) Exec. Order No. 13798 § 4, Federal Regulations of 4 May 2017
      (f) U.S. Attorney General's Memorandum of October 2017

Encl: (1) OS2 Mohammed Shoyeb, USN, XXX-XX-2275 ltr of 22 Jun 19
      (2) USS CHANCELLORSVILLE ltr 1730 Ser N00/232 of 29 Jun 20
      (3) Deputy Chief of Naval Operations ltr N1/114102 of 13 Jul 20
      (4) Chaplain Interview Checklist
      (5) Chaplain Memorandum for the Record
      (6) Letter of Verification or Endorsement from Imam Mohammed Hashem
      (7) OS2 Mohammed Shoyeb, USN, XXX-XX-2275 ltr of 17 Sep 20

1. Per references (a) through (f), I am forwarding this request recommending approval of appeal
of enclosure (3) based on what appears to be new precedent set onboard USS GEORGE
WASHINGTON.

2. My point of contact for this matter is LCDR Joshua W. Hickman, CHC, USN who can be
reached via email hickmanj@cg62.navy.mil or DSN 315-243-0045.

P. M. ALLGEIER

Copy to:
OPNAV N131
Commander, Carrier Strike Group Five
OS2 Mohammad Shoyeb

17 Sep 2020

From:  OS2 Shoyeb, Mohammed, USN
To:    Chief of Naval Operations
Via:   Commanding Officer, USS CHANCELLORSVILLE

Subj:  APPEAL OF DISAPPROVAL OF RELIGIOUS ACCOMMODATION THROUGH
       WAIVER OF GROOMING STANDARDS FOR FACIAL HAIR

Ref:   (a) DoD Instruction 1300.17 of 1 September 2020
       (b) SECNAVINST 1730.8B
       (c) BUPERSINST 1730.11A
       (d) N1/114102 of 13 July 2020

Encl:  (1) Letter of Verification or Endorsement from Imam Mohammed Hashem
       (2) Graphic depicting beard growth and being rolled and tied at two inches
       (3) Military.Com Article, *Sailor Gets OK to Grow 4-Inch Beard, Pushes Navy to Grant Career-Length Waive,* By Gina Harkins, 28 July 2020.

1.  Pursuant to references (a) through (c), I hereby appeal the disapproval of religious accommodation reference (d).  New information from enclosure (3) has updated my request from Navy policy NAVPERS 15665I, Chapter-2, Section-2, 2201.2 to grow a beard four inches in length from the bottom of my chin with groomed and neat edges due to my sincerely held religious beliefs, to be groomed in accordance with reference (c) to keep it appearing no longer than 2 inches in length from the bottom of my chin.

2.  My request is based on my religious belief a Muslim man, when genetically able to, must grow a fist length as a sign of his devotion to God. Evidence for this can be found throughout Islamic texts and in accordance with the major schools Islamic jurisprudence.

3.  I certify that I understand that any approved or partially approved waiver may not be appropriate for future duty to which I may be assigned, including operational, non-operational or training command(s), and may be suspended or withdrawn in accordance with reference (c).

M. S. Shoyeb

In the name of Allah, the most merciful, the most gracious

## JAME MASJID

# *Bangladesh Muslim Center & Islamic School, Inc.*

**A Non Profit Religious Organization ID#: 11-2932850**

105 Cortelyou Rd. Brooklyn, NY 11218

Tel: 718-436-4210, Fax: 718-972-2581 * Email: rccgeneral@yahoo.com

Date:     06/17/2020

RE:     Saadaf Shoyeb.

To Whom It May Concern:

I am writing on behalf of OS2 Mohammed Saadaf Shoyeb.

OS2 Shoyeb was a regular attendee at our mosque from 2013-2018 when he resided in Kensington, Brooklyn. He is a Muslim who is seeking an accommodation to keep a beard as is mandatory for Muslim men as per Islamic tradition. The growing of the beard is a command that is derived directly from Islamic Tradition. As such, it would be considered highly problematic for Muslim man to be completely clean-shaven as per Islamic religious norms. The length of the beard becomes a difference of opinion and takes on its own legal considerations, but at a minimum it is understood and unanimously agreed upon across legal schools of thought and opinions that all Muslim men have the ability to grow a beard must do so. As such, brother Shoyeb is hoping to have this accommodation request fulfilled.

If I can be of any further assistance, please do let me know. I can be reached 718-436-4210.at any time. Thank you for your time and consideration

Yours truly,

Mohammed Hashem
President



Enclosure (1)

Beard hair longer than 2 inches must be rolled and/or tied to achieve the required length

# Sailor Gets OK to Grow 4-Inch Beard, Pushes Navy to Grant Career-Length Waiver

    



Mass Communication Specialist 3rd Class Leo Katsareas was granted waiver by the Navy to grow a 4-inch beard. Katsareas says he hopes his case leads the Navy to change its policies to accommodate other sailors' religious beliefs. (Courtesy of Leo Katsareas)



career, wear a beard consistent with his religious beliefs while in uniform -- at least for now.

The Navy's personnel chief granted Katsareas, a Muslim sailor, a special grooming accommodation to grow his facial hair up to 4 inches long. Katsareas, who converted to Islam at age 16, believes his faith requires him to wear a fist-length beard.

Getting the waiver wasn't easy, though, and it applies only to Katsareas' current assignment as an auxiliary security force member with the <u>aircraft carrier George Washington</u>. Once the petty officer moves on to a new duty station, he said, the special accommodation can be overturned.

''The ongoing threat of being required to immediately shave places pressure on my religious beliefs," Katsareas told Military.com. "Across the board, an accommodation geared toward a career rather than a single duty would better recognize the importance of religion to many sailors."

Read Next: <u>Military Stolen Valor Cases on the Rise, Investigators Say</u>

Eric Baxter, an attorney with the Becket Fund for Religious Liberty who helped Katsareas obtain the waiver after it was previously denied, said the Navy has failed to keep up with other branches' policies when it comes to religious grooming standards waivers.

Related Topics

<u>Military Headlines</u>, <u>US Navy Topics</u>, <u>Uniforms</u>

© Copyright 2020 Military.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

# You May Also Like

https://www.military.com/daily-news/2020/07/28/sailor-gets-ok-grow-4-inch-beard-pushes-navy-grant-career-length-waiver.html#:~:text=The%20Navy's%20personnel%20chief%20granted,wear%20a%20fist%2Dlength%20beard.

1.

Military News

# Sailor Gets OK to Grow 4-Inch Beard, Pushes Navy to Grant Career-Length Waiver



Mass Communication Specialist 3rd Class Leo Katsareas was granted waiver by the Navy to grow a 4-inch beard. Katsareas says he hopes his case leads the Navy to change its policies to accommodate other sailors' religious beliefs, (Courtesy of Leo Katsareas)

28 Jul 2020

Military.com | By Gina Harkins

Mass Communication Specialist 3rd Class Leo Katsareas can, for the first time in his Navy career, wear a beard consistent with his religious beliefs while in uniform -- at least for now.

https://www.military.com/daily-news/2020/07/28/sailor-gets-ok-grow-4-inch-beard-pushes-navy-grant-career-length-waiver.html#:~:text=The%20Navy's%20personnel%20chief%20granted,wear%20a%20fist%2Dlength%20beard.

The Navy's personnel chief granted Katsareas, a Muslim sailor, a special grooming accommodation to grow his facial hair up to 4 inches long. Katsareas, who converted to Islam at age 16, believes his faith requires him to wear a fist-length beard.

Getting the waiver wasn't easy, though, and it applies only to Katsareas' current assignment as an auxiliary security force member with the aircraft carrier George Washington. Once the petty officer moves on to a new duty station, he said, the special accommodation can be overturned.

"The ongoing threat of being required to immediately shave places pressure on my religious beliefs," Katsareas told Military.com. "Across the board, an accommodation geared toward a career rather than a single duty would better recognize the importance of religion to many sailors."

Read Next: Military Stolen Valor Cases on the Rise, Investigators Say

Eric Baxter, an attorney with the Becket Fund for Religious Liberty who helped Katsareas obtain the waiver after it was previously denied, said the Navy has failed to keep up with other branches' policies when it comes to religious grooming standards waivers.

The Army in 2017 made it easier for soldiers to get religious appearance accommodations. The Air Force did the same in 2020, giving airmen with religious or medical exemptions the ability to grow 2-inch beards.

"Of course, when serving in the military, you sacrifice some of your rights," Baxter said. "But you don't have to sacrifice all of your rights. The military should do everything it can to protect the religious liberties of those who defend our freedoms."

The Navy declined to comment on the specifics of Katsareas' waiver, citing privacy concerns. In March, the service updated its processes for religious accommodations, giving the first O-6 in a sailor or officer's command the ability to approve some waiver requests.

But all recommendations for beard waivers -- whether approvals or denials -- must be forwarded to the chief of naval personnel, the instruction states.

"The change created greater transparency in the request process and ensured we have a fair and equitable process for all," said Cmdr. Dave Hecht, a CNP spokesman. "Our policy provides sailors with a streamlined procedure to request waivers of grooming policies to accommodate religious practices.

"All sailors are welcome to request a waiver in order to observe religious practices," he added. "We value the diversity in our force, to include our sailors' religious preferences."

An approved religious grooming accommodation lasts for the duration of a service member's career, Hecht said, but it's still subject to review -- and therefore suspension or revocation -- whenever there's a change in mission, duty or work environments.

https://www.military.com/daily-news/2020/07/28/sailor-gets-ok-grow-4-inch-beard-pushes-navy-grant-career-length-waiver.html#:~:text=The%20Navy's%20personnel%20chief%20granted,wear%20a%20fist%2Dlength%20beard.

Katsareas said he sees that as a downfall of the Navy's policy. He hopes his case will encourage officials to look for ways to better accommodate sailors' religious beliefs long term.

"For too long, sailors like me have had to choose between serving our country and expressing our deeply held religious beliefs," he said. "... Recognizing and appreciating our nation's diversity of religious views, reflected in its sailors, will lead to a stronger and better Navy. That's a win for everyone."

The petty officer was previously given a temporary no-shave waiver known as a "chit" while serving at sea and another accommodation at his last duty station, which allowed him to grow a quarter-inch beard.

The Navy has previously cited safety concerns when it comes to beards -- especially at sea, where personnel might have to don emergency equipment to fight fires or respond to other crises. The service's top personnel officials said in November they would consider allowing sailors to grow facial hair when they aren't at sea, but there has been no policy change yet.

Baxter said Katsareas has previously worn safety equipment with facial hair and hasn't had any issues. The government has an obligation, he added while citing the Religious Freedom Restoration Act, to ensure its rules for safety are enforced in the way that's the least restrictive on one's religion.

Katsareas said he's willing to shave in the event of an emergency, but is grateful the Navy is recognizing his right to practice his religious beliefs without sacrificing military preparedness.

The Navy recently stood up a task force that's examining a host of service policies and practices to ensure no sailors are placed at a disadvantage due to their race, gender, religion or sexual orientation. Hecht said grooming standards, which include facial hair policies, is one of the areas being reviewed.

The Navy only benefits from diversity in the ranks, Katsareas said.

"Minorities, who might not otherwise enlist, can bring an insight to communities around the world ... and will ultimately allow us to carry out our mission more effectively," he said.

*-- Gina Harkins can be reached at gina.harkins@military.com. Follow her on Twitter @ginaaharkins.*

*Related:* Beards Ashore: Navy's Personnel Boss Says He's Open to Considering Them in Future

Related Topics

Military Headlines  US Navy Topics  Uniforms

© Copyright 2020 Military.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.



**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

1730
Ser N1/114102
13 Jul 20

From: Deputy Chief of Naval Operations (Manpower, Personnel, Training and Education) (N1)
To:    OS2 Mohammad S. Shoyeb, USN
Via:   Commanding Officer, USS CHANCELLORSVILLE (CG 62)

Subj:  REQUEST FOR RELIGIOUS ACCOMMODATION THROUGH WAIVER OF
       GROOMING STANDARDS FOR FACIAL HAIR

Ref:   (a) NAVPERS 155651
       (b) Your ltr of 22 Jun 20
       (c) COMNAVSAFECEN NORFOLK VA 261941Z Nov 18 (ALSAFE 18/008)
       (d) SECNAVINST 1730.8B
       (e) DoD Instruction 1300.17 of 10 February 2009
       (f) ASN (M&RA) memo of 6 Jun 13
       (g) BUPERSINST 1730.11A
       (h) 42 U.S.C. §2000bb-1
       (i) United States Attorney General memo of 6 Oct 17

1.  In line with references (a) through (h), your request to waive the requirements in article 2201.2 of reference (a) for a beard is disapproved.  I am disapproving your wear of a beard due to the Navy's compelling Government interest in mission accomplishment including safety.

2.  In line with references (d) through (g), I am designated as the approval authority for requests for religious accommodation.

3.  Reference (h), the Religious Freedom Restoration Act (RFRA), states that the Government may substantially burden an individual's exercise of religion only if it demonstrates that application of the burden to the person is:  in furtherance of a compelling governmental interest, and is the least restrictive means of furthering that interest.  Reference (e) incorporates RFRA and notes that the Government has a compelling interest in mission accomplishment, to include military readiness, unit cohesion, good order and discipline and health and safety, on both individual and unit levels.  Additionally, unless it will have an adverse impact on mission accomplishment, including military readiness, unit cohesion and good order and discipline, the Navy will accommodate individual expressions of sincerely held beliefs of Sailors.  Reference (i) emphasizes that only those interests of the highest order can overbalance legitimate claims to the free exercise of religion.

4.  All requests for accommodation of religious practices are assessed on a case-by-case basis. In line with references (d) and (e), determination of a request for religious accommodation requires consideration of the following factors:

    a.  Impact on military readiness, unit cohesion, good order and discipline, and health and safety

    b.  Religious importance of the request

Subj:   REQUEST FOR RELIGIOUS ACCOMMODATION THROUGH WAIVER OF
GROOMING STANDARDS FOR FACIAL HAIR

    c.   Cumulative impact of repeatedly granting similar requests

    d.   Whether there is alternative means available to meet the requested accommodation

    e.   How other such requests have been treated

5.   The Navy is a specialized community governed by a discipline separate from that of the rest of society.  While every Sailor is welcome to express a religion of choice or none at all, our greater mission sometimes requires reasonable restrictions.  Deviations from Navy standards must be considered against how those deviations impact the Navy mission as a whole.  In making this decision, I reviewed reference (b), including the endorsements by your chain of command, the local chaplain and the guidance of the Commander, Naval Safety Center in reference (c).

    a.   With regard to your request to wear a beard, reference (c) reported that a beard reduces safe and effective wear and operation of protective equipment, to include gas masks, self-contained breathing apparatus face masks and respirators.  Damage control (DC), both in port and underway, is the responsibility of each crew member.  Your participation in shipboard DC efforts are routine and foreseeable regardless of whether the ship is in port or at sea.  Beards present a hazard to these efforts, as outlined above, and this hazard can extend to other personnel should they be required to come to your aid if you are injured during DC activities.  Though the probability of a negative consequence from an ineffective seal is relatively low, the severity of that consequence may be high – to include injury.  From an operational risk management perspective, this risk is untenable.  If assigned to a shore command, you may once again submit a request for religious accommodation.

    b.   I find that granting your request would present an unacceptable risk to the Navy's compelling interest in mission accomplishment, including good order and discipline, military readiness and safety on both the individual and unit levels.  We must create an environment where everyone is treated the same and an environment that supports immediate and unquestioned response to command authority.  I further find that there are no less restrictive means available to accommodate your request.

6.   If you subsequently experience a change in physical, operational or geographical environment you may again request for religious accommodation.

JOHN B. NOWELL, JR

Copy to:
OPNAV (N131, N0975)
COMCARSTRIKGRU FIVE



**DEPARTMENT OF THE NAVY**
USS CHANCELLORSVILLE (CG 62)
UNIT 100312 BOX 1
FPO AP 96662

IN REPLY REFER TO:

1730
N00/232
29 Jun 20

From:  Commanding Officer, USS CHANCELLORSVILLE (CG 62)
To:    Deputy Chief of Naval Operations (Manpower, Personnel, Training, and Education)
       (OPNAV N1)

Subj:  APPROVAL RECOMMENDATION ICO OS2 MOHAMMAD SHOYEB'S
       RELIGIOUS ACCOMMODATION

Ref:   (a) SECNAVINST 1730.8B
       (b) SECNAVINST 1730.9A
       (c) DOD Instruction 1300.17
       (d) BUPERSINST 1730.11A
       (e) Exec. Order No. 13798 § 4, Federal Regulations of 4 May 2017
       (f) U.S. Attorney General's Memorandum of October 2017

Encl:  (1) Sailor request of 22 June 2020
       (2) Chaplain Interview Checklist
       (3) Chaplain Memorandum for the Record
       (4) Letter of Verification or Endorsement from Imam Mohammed Hashem

1. Per references (a) through (f), I am forwarding this request recommending approval in part
during the following environments:

   a. Operational recommendation:  While USS CHANCELLORSVILLE (CG 62) is operating
at sea, OS2 Mohammad Shoyeb must be clean shaven to facilitate the donning of properly sealed
respiratory equipment.

   b. Non-operational recommendation:  While CHANCELLORSVILLE is in port, pier side or
in dry dock and not standing a watch that might require the donning of respiratory equipment,
OS2 Shoyeb may wear a beard of 2 inches or less in length.

   c. Training environment recommendation:  While participating in shore-based training OS2
Shoyeb may wear a beard of 2 inches or less in length, with the exception of any training
requiring the donning of properly sealed respiratory equipment.

2. The following information is provided for consideration as applicable:

   a. The importance of the military policy, practice or duty from which religious
accommodation is sought in terms of mission accomplishment, including:
   (1) Military readiness:  Religious liberty, as protected by the First Amendment of The
Constitution of the United States, includes the freedom to integrate one's religion into every

Subj: APPROVAL RECOMMENDATION ICO OS2 MOHAMMAD SHOYEB'S RELIGIOUS
ACCOMMODATION

aspect of one's life. Religion is integral to the identity and well-being of my Sailors, including
OS2 Shoyeb, contributing to his moral and physical courage, toughness, and resilience. My ship
has greater readiness when my Sailors have the liberty to live and work in accordance with their
religious beliefs.

(2) Unit cohesion: Should OS2 Shoyeb's request be approved, it will not adversely affect
unit cohesion.

(3) Good order and discipline: Should OS2 Shoyeb's request be approved, it will not
adversely affect good order and discipline.

(4) Health and safety: There is risk to users whose facial hair impairs the ability to achieve
a proper seal while donning respiratory equipment. That risk not only endangers the lives of the
users, but also the lives of other sailors onboard. However, this risk will be mitigated by
restricting OS2 Shoyeb's wearing of a beard to only situations when donning respiratory
equipment will not be necessary, vis-à-vis when CHANCELLORSVILLE is in port, pier side or
in dry dock and OS2 Shoyeb is not assigned as a member of the Inport Emergency Team or
doing preservation that requires the donning of personal protective equipment.

b. The religious importance of the accommodation to the requestor: OS2 Shoyeb considers
wearing facial hair an important tenant of his Islamic faith and that not wearing a beard places a
substantial burden on his religious practice. In accordance with references (e) and (f), only the
service member is able to determine the importance of the request to his practice of religion.

c. The cumulative impact of repeated accommodations of religious practices of a similar
nature: Because this accommodation is restricted to occasions when CHANCELLORSVILLE is
in port, pier side or in dry dock and not standing a watch that might require the donning of
respiratory equipment, there will not be a cumulative impact on mission operability or safety.

d. Alternate means available to accommodate the practice in whole or in part: There are no
alternative means of meeting this request other than an exception to policy. Allowing OS2
Shoyeb to wear a beard of 2 inches or less in length only while CHANCELLORSVILLE is in
port, pier side or in dry dock, and not standing a watch that might require the donning of
respiratory equipment, is the least restrictive means of accommodating his request.

3. Other pertinent issues or information associated with this request: The foundational intent of
reference (d), fully reflective of law and higher policy, is that commanders will support the free
exercise of religion to the greatest extent possible within mission parameters.
CHANCELLORSVILLE will still be able to meet its mission requirements within Carrier Strike
Group FIVE even with the approval of this request because OS2 Shoyeb is being accommodated
in the least restrictive means possible. Thus, I recommend approving OS2 Shoyeb's request for
a waiver to the uniform grooming policy regarding the growth of facial hair.

4. My point of contact for this matter is LT Joshua Hickman, CHC, USN who can be reached
via email hickmanj@cg62.navy.mil or DSN 315-243-0045.

Subj: APPROVAL RECOMMENDATION ICO OS2 MOHAMMAD SHOYEB'S RELIGIOUS
ACCOMMODATION

5. This recommendation will be mailed to OPNAV N131 for decision within the timelines of
reference (d).

M. D. BORAN

Copy to:
OPNAV N131
Commander, Carrier Strike Group Five
OS2 Mohammad Shoyeb

3

**Page 16 of 20**

22 Jun 20

MEMORANDUM FOR THE RECORD

From:  LT Joshua Hickman, Command Chaplain, USS CHANCELLORSVILLE (CG 62)
To:    CAPT Marc Boran, Commanding Officer, USS CHANCELLORSVILLE (CG 62)

Subj:  REQUEST FOR AN EXCEPTION TO POLICY TO ACCOMMODATE A PRACTICE
       BASED ON RELIGIOUS BELIEF ICO OS2 MOHAMMAD SHOYEB

Ref:   (a) SECNAVINST 1730.8
       (b) SECNAVINST 1730.9
       (c) DOD Instruction 1300.17
       (d) BUPERSINST 1730.11A

1.  OS2 Mohammad Shoyeb has submitted a request for a waiver of policy to accommodate a
religious practice in accordance with reference (a) through (d). Per DCNO (N1), I interviewed
the member on 22 June 2020. I explained that this interview would not be confidential
communication as defined by reference (b) and informed the member that referral for
confidential chaplain support was available.

2.  Nature of the request.  OS2 Shoyeb requests a waiver to the uniform grooming policy,
specifically regarding the growth of facial hair, because of his Islamic faith.

3.  Basis.  Some Islamic Hadith (the recorded words and teachings of the Prophet Muhammad,
serving as the second primary source of Islamic teachings after the Qu'ran) state that men
without beards cannot head a Muslim community or lead prayers because beards serve as
symbols of authority in the Middle East. Other Hadith teachings, as well as numerous Islamic
traditions, encourage men to not cut their beards because they distinguish men from women and
Muslims from non-Muslims.

   a.  It is the interpretation of OS2 Shoyeb that these teaching do explicitly necessitate men of
   the Islamic faith to wear a beard. It is my professional and objective opinion after
   interviewing OS2 Shoyeb that wearing a beard is of religious importance to him.

   b.  OS2 Shoyeb's religion as listed in his NAVPERS 1070/602 (Page 2) is Islam.

4.  Alternate Means.  There are no alternative means of meeting this request other than an
exception to policy.

5.  Sincerity.  I have determined from my interview with OS2 Shoyeb his claim of faith is
sincere. OS2 Shoyeb was raised in a Muslim family, practicing the tenants of the Islamic faith
from the beginning of his life. During both his early childhood in India, and his young adult
years in New York City, the service member and his family were participating members of the
local mosque. Since joining the U.S. Navy and being stationed onboard
CHANCELLORSVILLE in Yokosuka, Japan, OS2 Shoyeb has found a Mosque via a

Subj:   REQUEST FOR AN EXCEPTION TO POLICY TO ACCOMMODATE A PRACTICE
BASED ON RELIGIOUS BELIEF ICO OS2 MOHAMMAD SHOYEB

subscription to a YouTube Channel and listens to the Qu'ran daily as well as prays from his
residence, because he was unable to find a Mosque or lay led Islamic community of the same
form and style as his own within a reasonable distance of base to regularly attend.  Additionally,
he was deployed for much of the past year.  He has a copy of the Qu'ran.  He does not desire to
serve as a Muslim Lay Leader while aboard the ship at this time, but is considering it for the
future.  OS2 Shoyeb genuinely strives to adhere to the tenents of his faith such as eating halal,
fasting during Ramadan, financially supporting the needy and performing his five daily prayers.
He has produced a letter of verification or endorsement from a past Imam at a Mosque espousing
his participation in the Islamic faith.

6.  My contact information is 315-243-0045 or hickmanj@cg62.navy.mil.

J. W. HICKMAN

Copy to:
OS2 Mohammad Shoyeb
Admin

BUPERSINST 1730.11A
16 Mar 2020

## CHAPLAIN INTERVIEW CHECKLIST TEMPLATE

| Requestor: | | | | Interview Date: 22JUN2020 |
|---|---|---|---|---|
| Name: Mohammed S. Shoyeb | | | | Chaplain Interviewer: LT Joshua W Hickman |
| Phone: +81-703-198-5029 | | | | Phone: +81-80-7788-6909 |
| Email: shoyebm@cg62.navy.mil | | | | E-mail: hickmanj@cg62.navy.mil |
| Command: USS CHANCELLORSVILLE CG62 | | | | Chaplain's Command: USS CHANCELLORSVILLE CG62 |

| | | | Interview Preliminaries |
|---|---|---|---|
| **Yes** | **No** | **N/A** | |
| ✓ | | | Chaplain reviewed policy and doctrine on religious accommodation and the policy for which the requestor is seeking accommodation. |
| ✓ | | | Applicant was notified that the interview is not confidential and will be used to advise the command. |
| ✓ | | | Chaplain explained to the applicant that confidential support can be received from another chaplain. |
| | ✓ | | Applicant has been granted a waiver for this practice previously. |
| ✓ | | | Applicant's Page 2 (NAVPERS 1070/602) reflects the belief cited in the application. |

| | | | Type of Waiver Requested |
|---|---|---|---|
| **Yes** | **No** | **N/A** | |
| | ✓ | | Uniform standards |
| ✓ | | | Grooming standards |
| | ✓ | | Immunization requirements |
| | ✓ | | DNA sampling |
| | ✓ | | Other (Please describe): |

| | | | Interview |
|---|---|---|---|
| **Yes** | **No** | **N/A** | |
| | | | Requestor's religious beliefs seemed honestly and sincerely held using one or more of the following factors: |
| ✓ | | | 1.  Requestor was credible (consistently keeps tenets, practices, etc.). |
| ✓ | | | 2.  Requestor's demeanor and pattern of conduct are consistent with the request. |
| ✓ | | | 3.  Requestor participates in activities associated with the belief(s). |
| ✓ | | | 4.  Other persons supporting the claim are credible. |
| ✓ | | | 5.  Request is supported by letter(s) of verification or endorsement from an organization espousing the beliefs which are the basis for the claim. |
| ✓ | | | Alternate means of accommodating the practice were explored in the interview. |

| | | | Process Checklist |
|---|---|---|---|
| **Yes** | **No** | **N/A** | |
| ✓ | | | Chaplain has prepared a memorandum documenting the interview. |
| ✓ | | | Chaplain reviewed memorandum with applicant and provided a copy. |
| ✓ | | | Chaplain submitted the memorandum and this document to the commanding officer via chain of command. |
| ✓ | | | Chaplain referred applicant to command to process request. |

22 Jun 2019

From: OS2 Shoyeb, Mohammed, USN

To:    Deputy Chief of Naval Operations (Manpower, Personnel, Training and Education)
       (OPNAV N1)

Via:   Commanding Officer, USS CHANCELLORSVILLE

Subj:  REQUEST FOR RELIGIOUS ACCOMMODATION

Ref:   (a) DoD Instruction 1300.17 of 10 February 2009
       (b) SECNAVINST 1730.8
       (c) BUPERSINST 1730.11A

1.  Pursuant to references (a) through (c), I hereby request religious accommodation from Navy policy NAVPERS 15665I, Chapter-2, Section-2, 2201.2 to grow a beard due to my religious belief that it is a tenant of all Muslim men.

2.  My request is based on my religious belief that all Muslim men are required to have a beard in accordance with the Quran, as set by the Prophet Muhammad.

3.  I certify that I understand that any approved or partially approved waiver may not be appropriate for future duty to which I may be assigned, including operational, non-operational or training command(s), and may be suspended or withdrawn in accordance with reference (c).

M. S. Shoyeb