# Exhibit I

```
RTTUZYUW RUOIAZZ1007 3301941-UUUU--RHMCSUU.
ZNR UUUUU
R 261941Z NOV 18
FM COMNAVSAFECEN NORFOLK VA
TO ALSAFE
BT
UNCLAS
ALSAFE 18/008
SECINFO/U/-//
MSGID/GENADMIN/COMNAVSAFECEN/20/NOV//
SUBJ/FACE SEAL GUIDANCE UPDATE//
REF/A/DESC:DOC/COMNAVSAFECEN/22OCT2018//
AMPN/REF A IS A COMNAVSAFECEN LETTER 5100, SER/013,
FACE SEAL GUIDANCE UPDATE//
POC/JONATHAN WILSON/CIV/UNIT:NAVSAFECEN 20/NAME:NORFOLK
/TEL:757-444-3520 X7156/EMAIL:JONATHAN.D.WILSON2(AT)NAVY.MIL//
```
GENTEXT/REMARKS/1.  READINESS IS ALWAYS THE TOP PRIORITY
FOR OUR NAVY AND MARINE CORPS TEAM, AND SAFETY PLAYS A HUGE
ROLE IN KEEPING OUR SAILORS AND MARINES AVAILABLE FOR THE
MISSION. WITH THIS IN MIND, THE NAVAL SAFETY CENTER RECENTLY
CONDUCTED AN EXHAUSTIVE REVIEW OF EXISTING AND NEW RESEARCH
AND SPOKE TO SUBJECT MATTER EXPERTS TO REVALIDATE THE NAVY'S
POLICY ON FACIAL HAIR AS IT PERTAINS TO PROPER SEALS ON
RESPIRATORS. WE ALSO COMPARED THE NAVY'S FACE SEAL POLICY
WITH THAT OF OTHER MILITARY ORGANIZATIONS. THE OUTCOME OF
THIS RESEARCH WAS THAT THE GUIDANCE PROHIBITING FACIAL
HAIR IS STILL VALID.

2.  WE CONTACTED THE NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY
AND HEALTH (NIOSH) AND THE OCCUPATIONAL SAFETY AND HEALTH
ADMINISTRATION (OSHA). THEY ARE CLEAR THAT ANY FACIAL HAIR ALONG
THE SEALING AREA OF THE RESPIRATOR WILL PREVENT A PROPER SEAL.
NIOSH SENT A LETTER TO RESPIRATOR MANUFACTURERS THREATENING TO
RESCIND NIOSH APPROVAL TO "ANY RESPIRATOR MANUFACTURER MAKING
FALSE CLAIMS" ABOUT TIGHT SEALS FOR USERS WITH FACIAL HAIR. WE
ALSO CONTACTED MAJOR MANUFACTURERS OF RESPIRATORS INCLUDING MSA,
3M, AND SCOTT. ALL REITERATED THAT CLEAN, SMOOTH FACES ARE
REQUIRED FOR A PROPER SEAL AND THEIR USER MANUALS WARN THAT
FAILURE TO FOLLOW THE GUIDANCE CAN RESULT IN SERIOUS PERSONAL
INJURY, INCLUDING DEATH.

3.  IN RESPONSE TO CLAIMS THAT THE U.S. AIR FORCE HAD CHANGED
ITS POLICY ABOUT FACIAL HAIR, THE USAF DEPUTY CHIEF OF STAFF
REPORTED THAT THE USAF COMPLIES FULLY WITH OSHA REQUIREMENTS
AND DOES NOT ALLOW FACIAL HAIR ON THE SEALING SURFACES OF
RESPIRATORS.

4.  THE NAVAL SAFETY CENTER RECOMMENDATION TO MAINTAIN CURRENT

FACIAL HAIR POLICY WAS MADE BASED ON A REVIEW OF 13 FACE SEAL REFERENCES ORIGINALLY CONDUCTED IN 2016 AND AN ADDITIONAL SEVEN REFERENCES CITING THE REQUIREMENT FOR A SMOOTH FACE RESEARCHED LAST MONTH. THIS WAS ALSO SUPPLEMENTED BY PHONE CALLS WITH OTHER SERVICES AND RESPIRATOR MANUFACTURERS. THERE WAS NO DISSENSION. ALL AGREE THAT FACIAL HAIR IMPAIRS THE ABILITY OF THE RESPIRATOR TO PERFORM AS INTENDED AND POSES A HIGH RISK TO USERS WHO ARE OFTEN IN A LIFE AND DEATH SITUATION WHEN THEY NEED THESE DEVICES.//
BT
#1007


NNNN