# Exhibit K

From:   CNO WASHINGTON DC <postmaster@oix.navy.mil>
Sent:   Friday, April 16, 2021 5:56 PM
To:  NAVFAC LANT Messages; NFDS Messages; Taylor Hall Messages; NEICMessages; COMNECC Personal For and  Urinalysis; NECCPAC MsgTraffic; NDSTC_MESSAGES_OIX_RESTRICTED; NCWDG_Command Email; NCTSSD_SDNI_NMCSO_SOUTHWEST; NCTSPS_BANG_JC_TRANSMITTER; NCTSPS_BANG_ALL_JIM_CREEK; NCTSCU_TNKR_CWOS; NCTSCU_DET_TRVS_ALL_HANDS; USFF_JAXS_NCTLDET_PERSONAL_FOR; NCTC_Message_Traffic; NCSC_NWPT_MessageTraffic; NCHB1_CHTM_ADP; NCBC.GULFPORT.MS.CEL; NETWARCOM_SDNI_N93_LIMDIS_Traffic; NBSW Message Traffic; NBSE; NAVY JAG WASHINGTON DC; NAVY311; NAVXDIVINGU OIX; NAVWAR.MSG.PMNENWASH; NAVWAR.MSG.PEOSS; NAVWAR.MSG.PEOEIS; NAVWAR.MSG.PEOC4I; NAVWAR.MSG.NIWCPAC; NAVWAR.MSG.NIWCPACD2; NAVWAR.MSG.NIWCPACD3; NAVWAR.MSG.NHRC; NAVWAR.MSG.NAVWARFRD; NAVWAR.MSG.NAVWAR; NAVWAR.MSG.MSSPO; NSA Wallops Island; NAVSOC_MUGU_SPECAT; NAVPTO PENSACOLA; NAVPTO_NEW_LONDON_CT; NOSC Avoca General Message Traffic; NOSC  Rochester NY General Message Traffic; Message_Traffic; NAVIOCOM PENSACOLA FL; NAVHISTHERITAGECOM WASHINGTON DC; NAVFAC SE Naval Messages; NAVCRANECEN PORTSMOUTH VA MESSAGES; NAVCALAB ARCHIVE; navcalab; NAVAIR OMS ADM; Nautilus Crew
Subject:   O 162136Z APR 21 CNO WASHINGTON DC PERSONAL FOR COMMANDERS, COMMANDING OFFICERS AND EXECUTIVE
Signed By:    postmaster@oix.navy.mil

Importance:    High

CLASSIFICATION: UNCLASSIFIED//

Generated by OIX GATEWAY HONOLULU HI. Only authorized users may reply.

-----OFFICIAL INFORMATION DISPATCH FOLLOWS-----
OTTUZYUW RHOIAAA0001 1062147-UUUU--RHSSSUU.
ZNR UUUUU
O 162136Z APR 21 MID600050505263U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS
NAVADMIN 080/21
PASS TO OFFICE CODES:
FM CNO WASHINGTON DC//N1//
INFO CNO WASHINGTON DC//N1//
MSGID/GENADMIN/CNO WASHINGTON DC/N1/APR//
SUBJ/PERSONAL FOR COMMANDERS, COMMANDING OFFICERS AND EXECUTIVE
OFFICERS UNAUTHORIZED BEARDS//
REF/A/GENADMIN/COMNAVSAFECEN NORFOLK VA/261941ZNOV18//
REF/B/DOC/BUPERSINST/CHNAVPERS/16MAR20//
REF/C/DOC/BUPERSINST/CHNAVPERS/8OCT19//
NARR/REF A IS ALSAFE 18/008, FACE SEAL GUIDANCE UPDATE.  REF B IS
BUPERS INSTRUCTION 1730.11A, STANDARDS AND PROCEDURES GOVERNING THE
ACCOMMODATION OF RELIGIOUS PRACTICES.  REF C IS BUPERS INSTRUCTION
1000.22C, MANAGEMENT OF NAVY UNIFORMED PERSONNEL DIAGNOSED WITH
PSEUDOFOLLICULITIS BARBAE.//
RMKS/1.  Navy senior leadership recently learned that some Fleet
units may be allowing Sailors to grow beards while underway.  While

commands likely do this with good intentions to support morale, it is contrary to Navy policy and is NOT within the commanding officers authority.  More importantly and based on Naval Safety Center Face Seal Guidance (reference (a)), facial hair puts Sailors, their shipmates and your ship at increased risk in the event of a fire or other event/casualty requiring the donning of a breathing apparatus.  ALL afloat commanders must ensure this practice stops immediately.
2.  Naval Safety Center studies have shown that Sailors with facial hair of any length are not able to maintain a skin-to-rubber seal on all current Navy breathing apparatuses.  These studies which concluded that deviations from the current prescribed facial hair grooming standards represented a significant increased risk to the individual and that subsequent risk was transferred to other crew members who may have to assist or rely upon individuals with facial hair.  The fire on the former USS BONHOMME RICHARD (LHD 6) is a stark reminder that when fire strikes all Sailors must be ready to respond at a moments notice.  The bottom line, Sailors who are not adhering to the grooming standards pose a risk to themselves, our shipmates and your ship.
3.  For all Sailors afloat or ashore, the only exceptions to policy for facial hair are waivers for religious accommodations (reference (b)) approved by me and waivers due to a medical diagnosis of Pseudofolliculitis Barbae (PFB), while being treated in line with (reference (c)) and as approved by the Commanding Officer.
4.  Release by Vice Admiral John B. Nowell, Jr, N1.//
BT
#0001
NNNN
&lt;DmdsSecurity&gt;UNCLASSIFIED//&lt;/DmdsSecurity&gt;
&lt;DmdsReleaser&gt;LI.JIANHUA.1472482757&lt;/DmdsReleaser&gt;

CLASSIFICATION: UNCLASSIFIED//