# Exhibit L

ARLINGTON ANNEX
MESSAGE CENTER

ROUTINE
R 121638Z FEB 87 ZYB
FM CNO WASHINGTON DC
TO ALL NAVY FLAG OFFICERS   NAVOP
ACCT NA-CNRF

ZYUW RUENAAA5112 0431654

UNCLAS PERSONAL FOR FLAG OFFICERS, UNIT COMMANDERS, COMMANDING OFFICERS AND OFFICERS IN CHARGE FROM TROST //N00000//
CIA WASHINGTON DC PASS TO EXEC DIR IC STAFF, ALUSNA LISBON PO PASS COMIBERLANT, USDOCO SOUTH NAPLES IT PASS TO CINCSOUTH, USLO SACLANT PASS TO DCOS POLICY SACLANT.
NAVOP 011/87
SUBJ: PERSONAL APPEARANCE AND PHYSICAL READINESS
A. U.S. NAVY UNIFORM REGULATIONS.
B. OPNAVINST 6110.1C

1. PRIDE AND PROFESSIONALISM EVIDENCED BY NAVY PEOPLE IN UNIFORM REFLECT SUPERB STANDARDS OF EXCELLENCE BOTH EXPECTED AND DESIRED. PERSONAL APPEARANCE AND PHYSICAL READINESS ARE STRONG VISIBLE REMINDERS OF THESE STANDARDS. DURING RECENT VISITS TO VARIOUS COMMANDS THROUGHOUT OUR NAVY ESTABLISHMENT I HAVE NOTED A REASONABLE PERCENTAGE OF OFFICERS AND ENLISTED PERSONNEL WHO PRESENT A LESS THAN SATISFACTORY MILITARY APPEARANCE. BEARDS, OVERGROWN MUSTACHES, AND SCRAGGLY FACIAL HAIR, TOGETHER WITH A NUMBER OF OVERWEIGHT PEOPLE WHO APPEAR NOT PHYSICALLY FIT, ARE EASILY RECOGNIZED AMONGST THE MAJORITY OF OUR PEOPLE.

2. AN APPARENT INCREASE IN BEARDS INDICATES REGULATIONS, REF A, ARE BEING IGNORED OR LIBERALLY APPLIED PER CHANCE POLICY MAY CHANGE. I SEE NO REASON OR RATIONALE FOR A CHANGE IN ANY PAST POLICY ON PRIDE AND PROFESSIONALISM. THERE ARE VALID SAFETY AND HEALTH REQUIREMENTS, PARTICULARLY IN SHIPBOARD ENVIRONMENT, FOR NOT PERMITTING BEARDS. TO ESTABLISH A POLICY ALLOWING BEARDS IN OTHER ENVIRONMENTS WOULD SET UNACCEPTABLE DUAL STANDARDS. A BEARD MAY ONLY BE AUTHORIZED FOR HEALTH REASONS, MUST BE AUTHORIZED BY THE INDIVIDUALS COMMANDER/COMMANDING OFFICER, AND ONLY FOR THE LIMITED PERIOD SPECIFIED BY THE ATTENDING MEDICAL OFFICER. MUSTACHES MUST BE PROPERLY TRIMMED AND THE REST OF THE FACE AND NECK CLEAN SHAVEN. HAIRCUTS FOR MALES AND FEMALES ARE CLEARLY DEFINED AND COMMON SENSE REASONABLENESS SHOULD APPLY IN ENSURING COMPLIANCE WITH REGULATIONS. IF A HAT DOESN'T FIT, HAIR BREAKS THE COLLAR, OR IS NOT PROPERLY TRIMMED, IT DOESN'T MEET ACCEPTABLE STANDARDS.

3. BODY FAT STANDARDS WERE ESTABLISHED WITH REALISTIC FACTORS INCLUDING BODY BUILD AND HEALTH CONSIDERATIONS. PHYSICAL FITNESS REQUIREMENTS, REF B, WERE REFINED TO PERMIT COMMANDERS/COMMANDING OFFICERS NECESSARY PROCEDURES TO ESTABLISH LOCAL FITNESS PROGRAMS, AND ARE DESIGNED TO MEET NEEDS OF INDIVIDUAL COMMANDS AND APPROPRIATELY ASSIST PEOPLE WITH OVERWEIGHT PROBLEMS TO REACH AND MAINTAIN ACCEPTABLE FITNESS STANDARDS. ADDITIONALLY, SUBSTANTIAL RECIPE CHANGES HAVE BEEN INSTITUTED IN NAVY CLUBS AND SHIPBOARD AND SHORE FACILITY MESSES TO REDUCE SODIUM AND FAT CONTENT AND ALSO PROVIDE LOW CALORIE "WEIGHT WATCHER" CHOICES.

4. TO HELP EDUCATE AND CREATE MORE AWARENESS FOR THESE PROGRAMS, MARCH IS DESIGNATED AS NAVY NUTRITION MONTH AND MAY IS DESIGNATED AS NAVY FITNESS MONTH TO PARALLEL NATIONAL AWARENESS EFFORTS.

SMOKING EDUCATION AND PREVENTION, HIGH BLOOD PRESSURE IDENTIFICATION AND CONTROL, STRESS MANAGEMENT, ALCOHOL/DRUG ABUSE PREVENTION, PERSONNEL (LOW BACK) INJURY PREVENTION, AND OBESITY REHABILITATION ARE NAVY PROGRAMS REQUIRING COMMAND INVOLVEMENT AND YOUR PERSONAL ATTENTION. NAVY MEDICAL FACILITIES; FAMILY SERVICE CENTERS; AND MORALE, WELFARE AND RECREATION SERVICE FACILITIES OFFER MANY AVENUES TO ASSIST IN MEETING FITNESS REQUIREMENTS AND SHOULD BE FULLY EXPLOITED BY EACH COMMAND. APPROPRIATELY ORGANIZED FITNESS PERIODS SHOULD BE SCHEDULED IN THE STANDARD ROUTINE OF THE DAY, WITH SUFFICIENT FLEXIBILITY TO MEET WORK CENTER AND WATCH/DUTY REQUIREMENTS.

5. IN SPITE OF YOUR EFFORTS, SOME PEOPLE CANNOT OR WILL NOT MEET REQUIRED STANDARDS. THOSE INDIVIDUALS WHO CANNOT MEET THESE STANDARDS MUST BE REFERRED TO A MEDICAL REVIEW BOARD FOR DETERMINATION OF FITNESS FOR CONTINUED SERVICE, PLACED ON A CORRECTIVE PROGRAM OF REHABILITATION WITHIN LIMITED DUTY ASSIGNMENT GUIDELINES, OR ADMINISTRATIVELY SEPARATED FOR MEDICAL REASON. OTHER INDIVIDUALS WHO DO NOT MEET REQUIRED STANDARDS AND FAIL PHYSICAL READINESS TEST AND/OR ARE MEDICALLY DIAGNOSED AS OBESE, ARE NOT PROMOTABLE AND WILL NOT BE ADVANCED, TRANSFERED OR REENLISTED. VARIOUS ADMINISTRATIVE TOOLS ARE AVAILABLE AND SHOULD BE USED TO TAKE CORRECTIVE ACTION WHERE REQUIRED. PROBATIONARY PERIODS WITH DOCUMENTED DIRECTION WILL EITHER ACT AS AN INCENTIVE TO CORRECT NOTED DEFICIENCIES OR PROVIDE REQUIRED SUPPORT FOR ADMINISTRATIVE SEPARATION.

6. PRIDE AND PROFESSIONALISM BY NAVY PEOPLE HAVE NEVER BEEN HIGHER. THOSE FEW INDIVIDUALS WITHIN EACH OF YOUR COMMANDS WHO DON'T COMPLY WITH OUR NAVY PROGRAMS ARE AN IRRITANT TO THE VAST MAJORITY WHO DO MEET NAVY STANDARDS OF EXCELLENCE. TAKE A GOOD LOOK AT YOUR PEOPLE, COMMAND FITNESS PROGRAMS AND PROCEDURES, AND TAKE CORRECTIVE ACTION WHERE NECESSARY.

7. C. A. H. TROST, ADMIRAL, USN. BT

```
NAVEXBD...ACT                                              1
NAVREL....ACT                                              1
CNRC.....ACT                                               5
NDBDM....ACT                                               1
BDCNR....ACT                                               1

CNO OP ZERO ONE                                           19
ACTION OP13(1) OP14(1) OP15(1) OP16(1) OP52(1)      (M)
       AMRD(1) OP01(1) OP01D(1) OP01F(1) OP09G(1) OP01B(2)
       OP11(1) OP12(6)

CNMPC WASH DC                                              2
ACTION PERSONAL FOR VADM CARLSON   * * *  CNP(1)    (M,C)
       PERSONAL FOR RADM  DISHER     * *  NMPC00(1)

CMC WASH DC                                                4
ACTION                                              (M,C)
       PERSONAL FOR GEN KELLEY   * * * *  CODE CMC(1)
       PERSONAL FOR GEN MORGAN   * * * *  CODE ACMC(1)
       PERSONAL FOR LTGEN DEAN   * * * *  CODE CS(1)
       PERSONAL FOR  COL HANCOCK          HQBN(1)
```

MCN=87043/28331   TOR=87043/1807Z   TAD=87043/2211Z   CDSN=MAB854

* PERSONAL FOR *

**UNCLASSIFIED**

PAGE 1 OF 1
121638Z FEB 87
TAB A
(Enclosure (3))