# Exhibit N




**DEPARTMENT OF THE NAVY**
U.S. FLEET FORCES COMMAND NORFOLK VA 23551-2487
U.S. PACIFIC FLEET PEARL HARBOR HI 96860-3131
U.S. NAVAL FORCES EUROPE/AFRICA FPO AE 09620-0001

COMUSFLTFORCOM/
COMPACFLTINST 3000.15B
COMUSNAVEUR/COMUSNAVAFINST 3000.15
20 Oct 2020

COMUSFLTFORCOM INSTRUCTION 3000.15B
COMPACFLT INSTRUCTION 3000.15B
COMUSNAVEUR/COMUSNAVAF INSTRUCTION 3000.15

From: Commander, U.S. Fleet Forces Command
Commander, U.S. Pacific Fleet
Commander, U.S. Naval Forces Europe/Africa

Subj: OPTIMIZED FLEET RESPONSE PLAN

Ref: (a) OPNAVINST 5400.45
(b) OPNAVINST 3000.16
(c) NTRP 1-03.5
(d) COMUSFLTFORCOM/COMPACFLTINST 3501.6
(e) OPNAVINST 1500.76C
(f) OPNAVINST 3500.34G
(g) OPNAVINST 3501.316C
(h) COMUSFLTFORCOM/COMPACFLTINST 4790.3C
(i) COMUSFLTFORCOM/COMPACFLTINST 3501.3
(j) COMUSFLTFORCOM/COMNAVPERSCOMINST 1300.1A
(k) OPNAVINST 3000.13D
(l) OPNAVINST 3000.15A

1. Purpose. To provide fleet commanders, U.S. Navy (USN) component commanders, numbered fleet commanders, systems commands, type commanders, and subordinate commanders and staffs with guidance to execute optimized fleet response plan (OFRP). This instruction is a complete revision and should be reviewed in its entirety.

2. Cancellation. COMUSFLTFORCOM/COMPACFLT INSTRUCTION 3000.15A.

3. Scope and applicability. This instruction applies to all USN forces, including operational staffs under Commander, U.S. Fleet Forces Command and Commander, U.S. Pacific Fleet administrative control, as outlined in reference (a).

4. Discussion. Effective immediately, this instruction provides the basis for OFRP execution policy and should be reviewed in its entirety.

5. Records Management. Records created as a result of this instruction, regardless of format or media, must be maintained and dispositioned for the standard subject identification codes 1000 through 13000 series per the records disposition schedules located on the Department of the Navy/Assistant for Administration (DON/AA), Directives and Records Management Division (DRMD) portal page at https://portal.secnav.navy.mil/orgs/DUSNM/DONAA/DRM/Records-and-Information-Management/Approved%20Record%20Schedules/Forms/AllItems.aspx.

6. Review and Effective Date. Per OPNAVINST 5215.17A, USFLTFORCOM (N02R) will review this instruction annually around the anniversary of its issuance date to ensure applicability, currency, and consistency with Federal, Department of Defense, Secretary of the Navy, and Navy policy and statutory authority using OPNAV 5215/40 Review of Instruction. This instruction will be in effect for 10 years, unless revised or cancelled in the interim, and will be reissued by the 10-year anniversary date if it is still required, unless it meets one of the exceptions in OPNAVINST 5215.17A, paragraph 9. Otherwise, if the instruction is no longer required, it will be processed for cancellation as soon as the need for cancellation is known following the guidance in OPNAV Manual 5215.1 of May 2016.

R. P. BURKE
Commander
U.S. Naval Forces Europe/Africa

J. C. AQUILINO
Commander
U.S. Pacific Fleet

C. W. GRADY
Commander
U.S. Fleet Forces Command

Releasability and distribution:
This instruction has not been cleared for public release and is available electronically only via:

USFLTFORCOM Portal website, https://usff.navy.deps.mil/sites/hq/Pages/Default.aspx, the

USPACFLT Online Portal, https://CPF.navy.deps.mil/SitePages/default.aspx, and

COMUSNAVEUR/COMUSNAVAF Instructions: Contact
M-NA-CNE-CNA-C6FADMIN-GD@eu.navy.mil

TABLE OF CONTENTS


CHAPTER 1 – GUIDING PRINCIPLES

| | | |
|---|---|---|
| 101. | Executive Summary | 7 |
| 102. | OFRP Mission | 9 |
| 103. | Guiding Principles | 9 |
| 104. | Assessing Force Readiness Production to Plan | 10 |

CHAPTER 2 – ROLES AND RESPONSIBILITIES

| | | |
|---|---|---|
| 201. | U.S. Navy Integrated Readiness Responsibilities | 11 |
| 201.1. | Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM) | 11 |
| 201.2. | Commander, USFLTFORCOM, Commander, U.S. Pacific Fleet and Commander, U.S. Naval Forces Europe/Africa | 12 |
| 201.3. | Commander, U.S. SECOND Fleet (COMSECONDFLT) and Commander, U.S. THIRD Fleet (COMTHIRDFLT) | 13 |
| 201.4. | Commander, U.S. FIFTH Fleet (COMFIFTHFLT), Commander, U.S. SIXTH Fleet (COMSIXTHFLT), and Commander, U.S. SEVENTH Fleet (COMSEVENTHFLT) | 15 |
| 201.5. | Commanders, Naval Air Force Atlantic/Air Force, U.S. Pacific Fleet; Commanders, Naval Surface Force Atlantic/ Naval Surface Force U.S. Pacific Fleet; Commanders, Submarine Force Atlantic/ U.S. Submarine Force Pacific Fleet; Commander, Navy Expeditionary Combat Command/ Commander, Navy Expeditionary Combat Command Pacific; Commander, Naval Information Forces (COMNAVIFOR); Commander, Military Sealift Command (COMSC) | 17 |
| 201.6. | Commander, Carrier Strike Group FOUR and Commander, Carrier Strike Group FIFTEEN | 19 |
| 201.7. | Commander, Naval Surface and Mine Warfighting Development Center (NSMWDC) Commander, Naval Aviation Warfighting Development Center (NAWDC); Commander, Navy Undersea Warfighting Development Center (NUWDC); Commander, Navy Information Warfighting Development Center (NIWDC); Commander, Navy Expeditionary Warfighting Development Center (NEXWDC) | 20 |
| 201.8. | Commander, Navy Warfare Development Command (COMNAVWARDEVCOM) | 20 |
| 201.9. | Commanders, Carrier Strike Group (CSGs); Commanders, Expeditionary Strike Group (ESGs); Amphibious Ready Groups (ARGs) | 20 |

CHAPTER 3 – SUPPORTING AND COORDINATION RELATIONSHIPS

| | | |
|---|---|---|
| 301. | Support and Coordination | 22 |

301.1. Chief of Naval Operations 22
301.2. Navy Component Commanders 23
301.3. Commander, U.S. Fleet Cyber Command/Commander, U.S. TENTH Fleet 23
301.4. Commander, Naval Education and Training Command 23
301.5. Systems Commands and Program Executive Offices 24
301.6. Commander, Naval Supply Systems Command 25
301.7. Commander, Navy Munitions Command Atlantic/ Navy Munitions Command Pacific 25

CHAPTER 4 – OPTIMIZED FLEET RESPONSE PLAN
401. OFRP Phases 26
401.1. Maintenance and Modernization Phase 26
401.2. Basic Phase 27
401.3. Advanced Phase 28
401.4. Integrated Phase 30
401.5. Sustainment Phase 31
402. Forward Deployed Naval Forces 33
403. Adaptive Force Packages (AFPs) 34
404. Military Sealift Command (MSC) 34
405. Information Warfare (IW) Forces 34
406. Deviating from a Readiness Standard Policy 35
407. Inspections 36

CHAPTER 5 – MASTER OFRP PRODUCTION PLAN
501. Overview and Purpose 38
502. Schedule 39
503. Responsibilities 40
504. Assessments 40
505. OFRP Cycle Modifications 41

CHAPTER 6 – READINESS GENERATION REPORTING
601. Readiness Generation Reporting 42
602. Employability Metrics 42
603. Reporting 43

CHAPTER 7 – MANNING AND INDIVIDUAL TRAINING
701. Overview 44
702. Manpower 44
703. Manning 44
704. Individual Training 45
705. PERSTEMPO and OPTEMPO 45

CHAPTER 8 – LOGISTICS

801. Overview 46
802. Spares 46
803. Ordnance 47
803.1. Limiting Factors 47
803.2. Responsibilities 47
803.3. Ordnance Load Cycle 48

APPENDIX

| | | |
|---|---|---|
| Appendix A: | OFRP Supporting Working Groups, Boards, and Executive Councils | 50 |
| Appendix B: | Basic Phase Mission Area Certifications Authorities | 51 |
| Appendix C: | Employment and Deployment Certification Authorities | 56 |
| Appendix D: | Employment and Deployment Certification Construct | 64 |
| Appendix E: | Minimum Training Requirements for At-Sea Events | 66 |
| Appendix F: | Nominal OFRP Cycle and Master OFRP Cycle Lengths | 70 |
| Appendix G: | OFRP Nominal Phase Durations | 76 |
| Appendix H: | Nominal Deployment Scheduling Planning Factors | 91 |
| Appendix I: | Deviation from a Readiness Standard Request Message Template | 94 |
| Appendix J: | Deviation from a Readiness Standard Approval Message Template | 95 |
| Appendix K: | Deployment or Employment Certification Recommendation Template | 96 |
| Appendix L: | Deployment or Employment Certification Template | 99 |
| Appendix M: | Forward Deployed Naval Forces – Pacific Command (Japan) OFRP | 102 |
| Appendix N: | Forward Deployed Naval Forces – Europe Command OFRP | 112 |
| Appendix O: | Deployed Naval Forces – Central Command OFRP | 114 |
| Appendix P: | Assessments | 116 |

# CHAPTER 1
# GUIDING PRINCIPLES

101. Executive Summary. The optimized fleet response plan (OFRP) is the force readiness generation construct used to maximize employability through a disciplined, repeatable, predictable approach that balances mid and long term readiness production stability for the fleet with the agility to support dynamic employment. Through OFRP, the U.S. Navy (USN) integrates commands, activities, demands, resources, and schedules for force generation (FG) based on four tenets:

a. Rotate the force. The USN is a platform centric rotational force with resourced, regularly scheduled deployments. This rotation supports adjudicated combatant commander's needs through the global force management allocation plan (GFMAP) process. Rotational deployment length considerations include the long-term health of the force (operations tempo) and health of our Sailors (personnel tempo).

b. Surge the force. A dedicated sustainment period is built into the OFRP cycle to respond to crisis, adjust for friction, and fight tonight with capacity above peacetime presence demands. A resourced sustainment period with fully certified forces provides the flexibility to dynamically respond to short-term peak demands for naval forces and respond to operation plan (OPLAN) force flow requirements.

c. Modernize and maintain the force. OFRP provides the time to maintain platforms to reach their expected service life while modernization ensures tactical and operational relevance, reduces obsolescence, and adds lethality.

d. Reset in stride. The flexibility of the OFRP construct allows the fleet to continuously optimize FG at a unit-by-unit level before, during, and after surge demands inside long term readiness production planning. The production of readiness is not a perpetual motion engine – consumption of readiness ahead (time) or above (number of units) of plan requires a reset. In the longer term, the fleet must continue to reset and sustain readiness recovery while increasing the efficiency and effectiveness of readiness production.

e. OFRP is comprehensive, applying to all USN forces, including operational staffs, under administrative control (ADCON) of Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM), Commander, U.S. Pacific Fleet (COMPACFLT), and Commander, U.S. Naval Forces Europe/Africa (COMUSNAVEUR/COMUSNAVAF). Appendices will be evaluated annually and updated as required.

f. OFRP is not a static optimization, but a continuous optimization of resources and force structure as impacted by real world schedule demands and friction to maximize employability and warfighting readiness. Force readiness generation production plans are developed as the

master OFRP production plan (MOPP) as detailed in chapter 5. A notional model cycle is comprised of the three primary components outlined in Figure 1 (Carrier Strike Group example):




*Figure 1: Navy Force Readiness Generation Cycle*

g. Maintenance and Modernization. A period based on induction into a prolonged depot-level availability. Maintenance or modernization may be the driver for phase length. Includes time before and after the depot availability that the unit is unavailable for tasking and training such as "smart start" or post-availability testing and trials in the case of conventional surface ships.

h. Training. While training is continuous for a unit, the training component is a dedicated period of three phases to build, train, and certify the combat team. Not all unit, group, and force types complete all three phases. The phases of training are:

(1) Basic Phase. Unit focus on core mission essential tasks in a building block approach.

(2) Advanced Phase. Multi-unit advanced tactical training and mission specific training to meet combatant commanders or Navy component commander's mission requirements.

(3) Integrated Phase. Applicable to carrier strike groups and amphibious ready groups as well as many independent deployers, the integrated phase culminates in certification for employment. Forces deploying as individual units may certify without an integrated phase, or those assigned an integrated phase may do so by completing events other than a composite training unit exercise (COMPTUEX) in order to certify to the high-end fight. COMUSFLTFORCOM and COMPACFLT will approve these alternatives.

i. Sustainment. This OFRP period is attained after a deployment certification is achieved and readiness for employment sustained. Regularly scheduled rotational deployments happen during this time. Additionally, forces in a dedicated sustainment phase will sustain their deployment readiness levels to maintain combat proficiency and be prepared to deploy at any time.

j. The makeup of each unit, group, platform type model OFRP cycle is based upon warfighting required operational capabilities, whether the force is rotational, forward deployed naval force, or a surge force not on a reoccurring cycle. Some units deploying independently such as submarines, expeditionary Navy Expeditionary Combat Command, and Naval Information Forces units will follow type commander specific certification directives (e.g. CSL and CSP force readiness training plan (FRTP)), and will follow platform and force specific cycle lengths.

k. As outlined in Appendices F and G, nominal Model OFRP cycles (and phases) vary in length based on platform type, with the most common being 36-months. The MOPP therefore looks at three consecutive OFRP cycles. Cycles are further tailored based on the type (and therefore duration) of the depot-level maintenance and modernization period. Developing the MOPP includes an analysis of Chief of Naval Operation guidance and Navy readiness recovery goals, GFMAP and Office of Secretary of Defense directed readiness tables, nominal phase durations, personnel, equipment, supply, training, and ordnance, networks, and infrastructure resources, port loading, and the performance-to-plan of cycles in execution. Once approved by fleet commanders, the MOPP is the resourced force readiness generation plan. However, submarines will follow their class specific submerged operating cycle in order to maximize their operational availability.

102. OFRP Output. Optimize readiness generation to achieve and sustain maximum employability and warfighting readiness for all forces. In execution, the output of OFRP is a major combat element-unit, group, or force that is:

a. Manned and equipped to standards

b. Materially and logistically ready to support sustained operations

c. Trained and certified as an integrated combat team to a single high-end standard

d. Dynamically-employable worldwide

103. Guiding Principles

a. Cycle lengths will support required maintenance, modernization and training, while maximizing fleet level operational availability under the current force structure.

b. Modernized, high end-capable platforms will be delivered on time.

c. Naval forces trained to a single fleet standard for a high-end threat.

d. The right Sailor with the right training will be provided at the right time in a sea duty centric and oriented Navy.

e. Parts, ordnance, and logistics systems will align to support and prioritize OFRP phases.

f. To support a single fleet standard for material condition, proficiency and readiness, inspections, certifications, assessments, and visits will be consolidated and purposefully aligned to OFRP phases.

g. Consistency in readiness reporting during all OFRP phases is achieved through timely and accurate assessments of tasks, standards, missions, and resource status in the defense readiness reporting system.

h. Unambiguous organizational responsibility and accountability will be established and maintained within each OFRP cycle.

104. Assessing Force Readiness Production to Plan

a. OFRP integrates numerous processes built on top of sub-processes to generate readiness outputs from inputs across the Navy enterprise. Rigorous, transparent assessments of the readiness production process is required to ensure alignment and accountability across the enterprise, and matching output delivered to output desired.

b. Appendix P provides additional detail on development of key performance indicators, metrics, and readiness standards to support OFRP assessments per reference (b).

# CHAPTER 2
# RESPONSIBILITIES

201. U.S. Navy (USN) responsibilities for generating combat-ready forces including force development (FD), force generation (FG), and force employment (FE) responsibilities are outlined in reference (b). Additional optimized fleet response plan (OFRP) responsibilities include:

201.1. Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM)

a. The generation of combat ready naval forces is governed by one set of USN readiness and material condition standards. These standards guide readiness policies and certifications of all Navy forces. In coordination with Commander, U.S. Pacific Fleet (COMPACFLT), and Commander, U.S. Naval Forces Europe/Africa (COMUSNAVEUR/COMUSNAVAF), oversee the development and dissemination of these standards.

b. Develop measures of performance and measures of effectiveness for evaluating OFRP. Define and collect metrics or data sets across the personnel, equipment, supply, training, and ordnance, networks and infrastructure (PESTONI) resourcing pillars that measure the effectiveness of OFRP in achieving required readiness. In order to assess OFRP with a targeted process for improvement, ensure regular review of these data sets is conducted in coordination with COMPACFLT, COMUSNAVEUR/COMUSNAVAF, and type commanders (TYCOM).

c. Conduct assessments to identify means by which FD to FG transition and synchronization of all elements of readiness may be improved.

d. Provide certification (deployment certification or employment certification) for assigned forces informed by Commander, U.S. SECOND Fleet (COMSECONDFLT), Commander, Carrier Strike Group FOUR (COMCARSTRKGRU FOUR), and TYCOM recommendations.

e. Provide employment certification for those forces that have achieved TYCOM certification but have not fulfilled all requirements for deployment certification, and which are assigned operations within Commander, U.S. Northern Command (NORTHCOM) area of responsibility (AOR), such as Homeland Defense. Certification must be informed by TYCOM recommendation.

f. Serve as Office of the Chief of Naval Operations (OPNAV) executive agent (EA) for global force management (GFM).

g. Coordinate with OPNAV N9 and co-chair the maintenance and modernization execution board of directors.

h. Serve as EA for inspections, certifications, assessments, visits, and verification through fleet assessment board of directors.

201.2. COMUSFLTFORCOM, COMPACFLT and COMUSNAVEUR/COMUSNAVAF

a. Oversee the implementation and execution of OFRP for all subordinate USN forces.

b. COMUSFLTFORCOM and COMPACFLT develop and manage the master OFRP production plans for all deploying and forward deployed naval force (FDNF) forces, to include phase requirements and completion dates, sustainment and employability periods, and key events.

c. Approve the makeup of each unit, force type OFRP cycle, informed by the numbered fleet commander (NFC) and TYCOM recommendations.

d. Adjudicate and retain approval authority for all cross-phase encroachments and phase transitions when phase exit criteria have not been met.

e. Ensure maintenance and modernization is planned and executed within established timelines to support planned deployment date requirements including basic, advanced, and integrated phases with fully interoperable USN forces.

f. COMUSFLTFORCOM and COMPACFLT co-chair supporting working groups, boards, and executive councils identified in Appendix A to resolve OFRP implementation and execution issues while maintaining one set of Navy readiness, and material condition standards.

g. Ensure all USN forces have the requisite logistics to support OFRP requirements.

h. Develop, align, and synchronize resource requirements necessary to execute OFRP.

i. Ensure USN forces maintain current readiness reports in the Defense Readiness Reporting System (DRRS).

j. Ensure USN forces maintain accurate and up to date schedules in a web-enabled system.

k. COMUSFLTFORCOM and COMPACFLT execute GFM process, providing forces for rotational or surge demands.

l. COMUSFLTFORCOM and COMPACFLT ensure resourcing is available to execute OFRP by providing future years defense program long range planning projections of force availability for deployment, sustainment, and surge capacity annually. This is completed in conjunction with the development of master schedules supporting program objective memorandum (POM) development, and following OPNAV POM development.

m. COMPACFLT and COMUSNAVEUR/COMUSNAVAF support COMUSFLTFORCOM in the evaluation, assessment, and development of a "one fleet standard" for readiness and policy.

201.3. COMSECONDFLT and Commander, U.S. THIRD Fleet (COMTHIRDFLT)

a. Implement OFRP for all assigned forces and ensure forces are combat ready to support GFM employment and deployment requirements.

b. Provide recommendation(s), in coordination with TYCOMs, for makeup of each unit and force type OFRP cycle.

c. COMTHIRDFLT provide deployment certification for forces deploying to a geographic combatant commander's AOR, informed by TYCOM, Warfare Development Centers (WDC), and Commander, Carrier Strike Group FIFTEEN (COMCARSTRKGRU FIFTEEN) recommendations as applicable. COMSECONDFLT provide deployment certification recommendation endorsement to COMUSFLTFORCOM.

d. COMTHIRDFLT provide employment certification for those forces that have achieved TYCOM certification but have not fulfilled all requirements for deployment certification, and which are assigned operations within NORTHCOM AOR, such as Homeland Defense. Certification must be informed by TYCOM recommendation. COMSECONDFLT provide employment certification recommendation endorsement to COMUSFLTFORCOM.

e. In coordination with appropriate TYCOM, systems commands (SYSCOMs), and program executive office (PEO) ensure units assigned missions prior to TYCOM certification or deployment and employment certification meet standards outlined in the "minimum training requirements for at sea events," Appendix E.

f. Assume primary responsibility for assessing readiness, informed by TYCOM assessment of unit personnel, PESTONI pillars, in the Sustainment Phase of the OFRP to ensure sustainment of overall combat readiness to support full spectrum military operations.

g. Ensure forces that are deployment certified maintain man, train, and equip readiness standards through the remainder of the OFRP cycle.

h. Coordinate with appropriate TYCOM for resource related matters in support of assigned naval forces and to ensure forces are certified for mission readiness (TYCOM certification) prior to transition to advanced or sustainment phases, as applicable.

i. Coordinate with TYCOMs to ensure advanced phase includes training and events that support unit readiness for anticipated Great Power Competition mission requirements.

j. Ensure COMCARSTRKGRU FOUR and COMCARSTRKGRU FIFTEEN support the integrated phase with an integrated training plan and assessment for carrier strike groups (CSGs), expeditionary strike groups (ESGs), amphibious ready groups (ARGs), and independently deploying surface ships.

k. Develop and maintain consistent fleet response training plan processes and standards that enable maritime forces to organize, train, and demonstrate performance and proficiency in conditions that replicate real-world complexity across the range of military operations.

l. Plan, develop, and conduct fleet and strike group-level integrated and sustainment phase fleet training events (e.g., COMPTUEX, sustainment exercise (SUSTEX)) in support of OFRP. Ensure scenario development, scripting, staff education, targeting support, persistent intelligence and cryptologic support, and foreign disclosure support is provided as required.

m. Provide amphibious force support to advanced, integrated and sustainment phase training of deploying Marine Air Ground Task Forces (MAGTF), including special purpose MAGTFs, Marine Expeditionary Unit (MEU) or, when assigned, Marine Expeditionary Brigades. Direct liaison authorized with U.S. Marine Corps (USMC) I, II, and III Marine Expeditionary Force (MEF), as appropriate, for coordination of USMC training and certification requirements.

n. In support of advanced, integrated, and sustainment phase training objectives, plan and conduct maritime, joint, and combined training exercises which enable unified and allied commanders' requirements to train those forces for effective response to global contingencies.

o. Advise COMUSFLTFORCOM or COMPACFLT, as appropriate, on all facets of integrated training, assessment, and deployment certification.

p. Identify, prioritize, report, and actively facilitate the resolution of assigned units' readiness issues that affect OFRP execution.

q. Ensure the appropriate TYCOM, SYSCOM, and PEO is informed once an assigned unit or units are deemed unable to execute any assigned mission(s).

r. Ensure units that shift homeport(s) from continental United States (CONUS) to FDNF are fully certified through advanced and integrated phase (deployment certified) prior to homeport shift. Exceptions may exist for those units unable to integrate until conducting homeport shift, such as (aircraft carrier nuclear propulsion, landing helicopter assault, landing platform dock, dock landing ship, and guided missile destroyer. These units will conduct the basic and advanced phases prior to homeport shift and will then conduct the equivalent integrated training with their respective group once in theater during sustainment phase.

s. Ensure units that shift homeport(s) from CONUS to CONUS (i.e.: east coast-west coast) meet the same "minimum training requirements for at sea events" appendix E standards required for theater security cooperation and passing exercise.

t. Support COMUSFLTFORCOM and COMPACFLT in the development of master OFRP production plans for all deploying forces, to include phase requirements and completion dates, sustainment and employability periods, and key events.

u. Provide representation to supporting working groups, boards, and executive councils identified in Appendix A to resolve OFRP implementation and execution issues while maintaining one set of USN readiness and material condition standards.

v. Support COMUSFLTFORCOM in the development of a "one fleet standard" for readiness and policy.

201.4. Commander, U.S. FIFTH Fleet (COMFIFTHFLT), Commander, U.S. SIXTH Fleet (COMSIXTHFLT), and Commander, U.S. SEVENTH Fleet (COMSEVENTHFLT)

a. Implement OFRP for all assigned FDNF, as appropriate, and assume primary responsibility for assessing readiness in sustainment phase of OFRP to ensure overall combat readiness to support full spectrum military operations.

b. Provide recommendation, in coordination with TYCOMs, for makeup of each unit and force type OFRP cycle.

c. Provide employment certification for FDNF forces assigned, informed by TYCOM, WDCs, and COMCARSTRKGRU FOUR and FIFTEEN recommendations as applicable.

d. Ensure FDNF forces which have been employment certified, sustain required training and material readiness standards. Ensure advanced and integrated training is accomplished during sustainment phase and continuing until transition to the next maintenance phase. Inability to conduct advanced and integrated training during the sustainment phase must be briefed as exceptions for approval to COMUSFLTFORCOM, COMPACFLT, or COMUSNAVEUR/COMUSNAVAF.

e. In coordination with the appropriate TYCOM, SYSCOM, and PEO ensure units assigned missions prior to TYCOM certification or employment certification are maintaining requirements outlined in the "minimum training requirements for at sea events," appendix E.

f. Assume primary responsibility for assessing readiness, informed by TYCOM assessment of unit personnel, equipment, supply, training, and ordnance PESTO pillars, in sustainment phase of OFRP to ensure sustainment of overall combat readiness to support full spectrum

military operations.

g. Ensure FDNF forces deployed to respective AORs maintain required training and material readiness standards.

h. Coordinate with appropriate TYCOM for resource related matters in support of FDNF assigned forces and to ensure forces are certified for mission readiness (TYCOM certification) prior to assigning tasking in sustainment phase.

i. Coordinate with appropriate TYCOM for WDCs to support advanced training, as required.

j. Coordinate with COMTHIRDFLT, COMCARSTRKGRU FIFTEEN, COMSECONDFLT, or COMCARSTRKGRU FOUR, as appropriate, to support integrated training and assessment, as required.

k. Develop and maintain consistent processes and standards that enable FDNF maritime forces to organize, train and demonstrate performance and proficiency in conditions that replicate real-world complexity across the range of military operations.

l. Plan, develop, and conduct major fleet and strike group-level exercises in support of OFRP. Ensure scenario development, scripting, staff education, targeting support, persistent intelligence and cryptologic support, and foreign disclosure support is provided as required.

m. Provide amphibious force support to training of deploying MAGTF, including special purpose MAGTFs, MEU, or when assigned, Marine Expeditionary Brigades. Direct liaison authorized with USMC I, II, III MEF, as appropriate, for coordination of USMC training and certification requirements.

n. In support of sustainment phase training objectives, plan and conduct maritime, joint, and combined training exercises to train those forces for effective response to global contingencies.

o. Advise COMUSFLTFORCOM, COMUSNAVEUR/COMUSNAVAF, or COMPACFLT, as appropriate, on all facets of FDNF training, assessment, and employment certification.

p. Identify, prioritize, report, and actively facilitate the resolution of FDNF assigned units' readiness issues that affect OFRP execution.

q. In coordination with the appropriate TYCOM, SYSCOM, and PEO ensure FDNF units which are assigned missions prior to TYCOM certification meet requirements outlined in

"minimum training requirements for at sea events," Appendix E.

r. Ensure the appropriate TYCOM, SYSCOM, and PEO is informed once an FDNF assigned unit or units is deemed unable to execute any assigned mission(s).

s. To ensure fleet training meets USN component commanders requirements, provide recurring articulation of AOR specific mission requirements and prioritization of capabilities and mission essential tasks that support combatant commander's missions.

t. Support COMUSFLTFORCOM and COMPACFLT in the development of Master OFRP production plan for all deploying forces, to include phase requirements and completion dates, sustainment and employability periods, and key events.

u. Provide representation to supporting working groups, boards, and executive councils identified in Appendix A to resolve OFRP implementation and execution issues while maintaining one set of USN readiness and material condition standards.

v. Support COMUSFLTFORCOM in the development of a "one fleet standard" for readiness and policy.

201.5. Commander, Naval Air Force Atlantic Commander, Naval Air Force, U.S. Pacific, Commander, Naval Surface Force Atlantic Commander, Naval Surface Force U.S. Pacific Fleet, Commander, Submarine Force Atlantic, Commander, Submarine Force U.S. Pacific Fleet, Commander, Navy Expeditionary Combat Command, and Commander, Navy Expeditionary Combat Command Pacific, Commander, Naval Information Forces, Commander, Military Sealift Command.

a. Provide combat-ready Naval forces capable of conducting prompt, sustained naval, joint, and combined operations in support of U.S. national interests. TYCOMs retain administrative control authority, responsibility, and accountability of assigned USN forces throughout all phases of OFRP.

b. Alleviated from force design and development, TYCOMs will concentrate on readiness and Fg, specifically training and certifying mission readiness for tasking (TYCOM certification).

c. Implement OFRP for all assigned forces and assume primary responsibility for assessing readiness in the maintenance, basic, and advanced phases of OFRP to ensure unit mission readiness for tasking with a completion report or TYCOM certification.

d. In coordination with the appropriate NFC, SYSCOM, and PEO ensure FDNF units which are assigned missions prior to TYCOM certification are maintaining requirements outlined in the "minimum training requirements for at sea events," Appendix E.

e. Support COMSECONDFLT, COMTHIRDFLT, COMFIFTHFLT, COMSIXTHFLT, and COMSEVENTHFLT in assessing readiness of units and forces during the advanced, integrated, and sustainment phases. Provide PESTONI pillar assessments and recommendation to support deployment or employment certifications for deploying units, surge forces, FDNF, and adaptive force packages (AFPs).

f. Develop platform-specific resource requirements necessary to implement, execute, and expand application, as required, of OFRP.

g. In coordination with COMUSFLTFORCOM and COMPACFLT, generate baseline configuration change plans, conduct wholeness assessments and capability and capacity assessments to ensure new capabilities are delivered holistically.

h. Ensure assigned forces are mission-ready to meet operational commander requirements and successfully complete required inspections, certifications, assessments and visits.

i. Ensure maintenance and modernization is planned and executed within established timelines to support basic phase and planned deployment date requirements with fully interoperable Naval forces.

j. Manage emergent and scheduled maintenance and modernization, including identification and prioritization of corrective actions, and alterations.

k. To the maximum extent possible, ensure assigned forces correct outstanding material and logistics issues detailed in active casualty reports prior to TYCOM certification.

l. Ensure all USN forces have the requisite logistics to support OFRP requirements.

m. Ensure all USN forces have the requisite manning to support OFRP requirements. Forces should be manned to fit, fill, and critical USN enlisted classification DRRS threshold standards or other criteria (e.g. AMEX, Composite Training Unit Exercise) upon "M" date or the beginning of the submarine deployment preparation period and should sustain required manning levels throughout the sustainment phase.

n. Ensure deploying augmenters and direct support personnel (e.g., tactical air control squadrons fleet surgical teams, meteorological, acoustic intelligence specialists, submarine direct support element, and oceanographic direct support, etc.) are available to embark deploying forces to support basic phase and remain assigned through post deployment sustainment.

o. Liaise with respective MEU staffs to ensure compatibility and integration of deploying naval force training and readiness objectives.

p. Monitor the timeliness and accuracy of readiness reporting by assigned forces and enforce compliance with reference (c).

q. Support COMUSFLTFORCOM and COMPACFLT in the development of master OFRP production plans for all deploying forces, to include phase requirements and completion dates, sustainment and employability periods, and key events.

r. Provide representation to supporting working groups, boards, and executive councils identified in Appendix A to resolve OFRP implementation and execution issues while maintaining one set of USN readiness and material condition standards.

s. Support COMUSFLTFORCOM in development of a "one fleet standard" for readiness and policy.

t. Upon completion of advanced and integrated phase (as applicable), provide an employment or deployment certification per Appendix C and K.

201.6. COMCARSTRKGRU FOUR, and COMCARSTRKGRU FIFTEEN

a. Assume primary responsibility for training execution and assessing readiness in the integrated phase of OFRP to ensure integration and interoperability of the group, proficiency for the group staff, and achievement of requisite levels of warfighting readiness for the high-end threat.

b. Support COMSECONDFLT, COMTHIRDFLT, COMSIXTHFLT, and COMSEVENTHFLT in planning and execution of assigned events during integrated phase and provide a deployment or employment certification recommendation to COMUSFLTFORCOM or COMTHIRDFLT for CSGs, ARGs, ESGs, independently deploying surface ships, FDNF, and designated AFPs, submitted within one week upon completing integrated phase within the format outlined in Appendix K.

c. As required, support COMSECONDFLT, COMTHIRDFLT, and group commanders in the planning and execution of assigned events during the sustainment phase.

d. Provide representation to supporting working groups, boards, and executive councils identified in Appendix A to resolve OFRP implementation and execution issues while maintaining one set of Navy readiness and material condition standards.

e. COMCARSTRKGRU FOUR support COMSIXTHFLT at exercises such as FDNF-E Joint Warrior with training and assessment to support certification.

201.7. Commander, Surface Mine Warfighting Development Center (SMWDC), Commander, Navy Air Warfighting Development Center (NAWDC), Commander, Navy Undersea Warfighting Development Center, Commander, Navy Information Warfighting Development Center, and Commander, Navy Expeditionary Warfighting Development Center

a. NAWDC and SMWDC assume primary responsibility for training and assessing readiness in advanced phase of OFRP of applicable forces to ensure proficiency for the warfare commanders' staffs and unit achievement of requisite levels of warfighting readiness for the high-end threat.

b. Support COMSECONDFLT, COMTHIRDFLT, COMFITHFLT, COMSIXTHFLT, COMSEVENTHFLT, and TYCOMs (as applicable) in planning and execution of assigned events during advanced phase and sustainment phase and provide an advanced phase completion report submitted within one week upon completing the advanced phase.

201.8. Commander, Navy Warfare Development Command (COMNAVWARDEVCOM)

a. Support COMSECONDFLT, COMTHIRDFLT, COMFIFTHFLT, COMSIXTHFLT, and COMSEVENTHFLT with war game opportunities to build and sustain strike group tactical proficiency during basic, advanced, integrated, and sustainment phases as required.

b. Provide representation to supporting working groups, boards, and executive councils identified in Appendix A to facilitate the incorporation of lessons learned into OFRP implementation and execution resolutions, maintaining one set of Navy readiness and material condition standards.

201.9. CSGs, ESGs, and ARGs

a. Identify, prioritize, report, and actively facilitate the resolution of assigned units' readiness issues that affect OFRP execution at their level.

b. In addition to any operational reporting requirement, ensure reports identify all readiness issues related to assigned units that affect OFRP execution.

c. Ensure forces that are deployment certified maintain man, train, and equip readiness standards through the remainder of the sustainment phase of the OFRP cycle. A readiness assessment will be conducted at least every 120 days, commencing with deployment certification and continuing through the OFRP cycle. For FDNF-J ships in sustainment, a 14-day commanding officer and immediate superior in command assessment will be conducted following a selected incremental availabilities (twice per OFRP cycle).

(1) If deployed, the high-end warfighting assessment will be conducted as a self-assessment by the group commander, supported by TYCOMs and COMCARSTRKGRU FOUR and FIFTEEN as required. Results of self-assessment will be reported to COMSECONDFLT and COMTHIRDFLT, and the applicable NFC to which currently deployed.

(2) While in pre or post-deployment periods of sustainment phase, the readiness assessment will be a dedicated sustainment training and assessment exercise (SUSTEX) assessed by COMSECONDFLT and COMTHIRDFLT with support by COMCARSTRKGRU FOUR and FIFTEEN. A SUSTEX assesses to the same high-end warfighting standard of a deployment certification exercise (e.g. COMPTUEX).

d. Support in the planning and execution of assigned events during sustainment phase by providing NFCs a notional schedule with identified sustainment training and assessment opportunities for approval.

e. In coordination with the appropriate TYCOM, SYSCOM, and PEO ensure units assigned missions prior to TYCOM certification are maintaining requirements outlined in the "minimum training requirements for at sea events," Appendix E.

f. Ensure the appropriate TYCOM, SYSCOM, and PEO is informed once an assigned unit or units are deemed unable to execute any assigned mission(s).

g Monitor the timeliness and accuracy of readiness reporting by assigned forces and enforce compliance with references (c) and (d).

## CHAPTER 3
## SUPPORTING AND COORDINATION RELATIONSHIPS

301. Support and Coordination. The following support the implementation of optimized fleet response plan (OFRP):

301.1. Chief of Naval Operations (CNO)

a. Deputy CNO (DCNO) for Manpower, Personnel, Training, and Education (N1) and Chief of Naval Personnel (CHNAVPERS) is the manning control authority, and will generate sufficient Sailors for assignment to the fleets. CNO N1 and CHNAVPERS determines the quality, quantity, and priority for assignment of personnel to billets and will direct the order in which vacancies are filled across the fleets.

b. DCNO for Operations, Plans and Strategy (N3/N5) provide OFRP policy oversight and development. OPNAV N3/N5 is the operating tempo and personnel tempo program coordinator.

c. DCNO for Operations, Plans and Strategy (N3/N5) and DCNO for Integration of Capabilities and Resources (N8), with Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM) and Commander, U.S. Pacific Fleet (COMPACFLT) develop supply based readiness production and readiness recovery targets of major combat elements for future years defense planning and inclusion into the DCNO for Operations for Warfighting Development (N7) CNO's program objective management (POM) annual guidance. This forms the basis of resource informed global force management (GFM) offerings.

d. DCNO for Integration of Capabilities and Resources (N8) assesses readiness requirements that support OFRP execution and reports to CNO on the adequacy of readiness funding supporting OFRP objectives as part of the annual POM readiness assessment processes. Coordinate within Office of Chief of Naval Operations (OPNAV), COMUSFLTFORCOM, and COMPACFLT to ensure visibility of OFRP requirements and resourcing.

e. DCNO for Information Warfare (N2/N6) and DCNO for Warfare Systems (N9) oversee the resourcing and modernization of platforms to ensure timely and effective execution of the OFRP and identify any shortfalls within available funding in their sponsor program proposal.

(a) Lead the development and management of maintenance and modernization programs.

(b) Oversee maintenance and modernization processes, procedures, and products to ensure the OFRP is fully supported and executed.

(c) Analyze maintenance and modernization feedback to determine process improvements.

f. OPNAV N9, in coordination with COMUSFLTFORCOM, chairs the maintenance and modernization execution board of directors.

301.2. Navy Component Commanders (NCCs)-Commander, U.S. Naval Forces Northern Command, COMPACFLT, Commander, U.S. Naval Forces Europe/Africa (COMUSNAVEUR/COMUSNAVAF), Commander U.S. Naval Forces Central Command, Commander, U.S. Naval Forces Southern Command, Commander, U.S. Fleet Cyber Command (COMFLTCYBERCOM), and Commander, Military Sealift Command

a. Ensure force requirements are articulated through GFM process, providing rotational and surge force demands.

b. To ensure fleet training meets NCC requirements, provide recurring articulation of area of responsibility specific mission requirements, and prioritization of capabilities and mission essential tasks that support combatant commander's missions.

301.3. COMFLTCYBERCOM and Commander, U.S. TENTH Fleet

a. Provide representation to supporting working groups, boards, and executive councils identified in Appendix A to resolve OFRP implementation and execution issues while maintaining one set of Navy readiness and material condition standards.

b. Ensure critical installs are complete prior to start of basic phase to maximum extent possible.

301.4. Commander, Naval Education and Training Command

a. Serve as principal advisor to COMUSFLTFORCOM and COMPACFLT on individual training and education issues that have direct impact on OFRP.

b. Provide the Sailor with the right training to meet fleet manning requirements.

c. Ensure formal school curricula are relevant, current, and aligned to latest systems command (SYSCOM), type commander (TYCOM), fleet requirements, and funded via the resource sponsor. Ensure deployed forces provide exercise after action reports and post deployment lessons learned

d. Support the development, execution, assessment, and evaluation of classroom, academic, live, virtual, and constructive training events.

e. Ensure formal school schedules and student throughput supports SYSCOM, TYCOM, and fleet requirements including the new systems reflected in the baseline configuration change plans.

f. Determine and certify adequate in-theater schoolhouses to support resource sponsor validated training requirements in support of forward deployed naval forces crew and individual sustainment and certification training.

g. Serve as acquisition personnel qualification standards (PQS) model managers, to include structured on-the-job training and rate training manuals, and assign PQS sustainment responsibility to appropriate learning center(s) per references (e) and (f).

301.5. SYSCOM and Program Executive Offices

a. Lead the development and management of maintenance and modernization programs in support of peacetime and warfighting requirements.

b. Ensure maintenance and modernization is planned and executed efficiently and cost-effectively to support integrated operability (e.g., command, control, communications, computers, and intelligence, surveillance, and reconnaissance), readiness and on-time commencement of basic phase.

c. Provide support necessary to maintain the material condition and, as applicable, the material cybersecurity condition of all forces.

d. Provide support necessary to generate and maintain baseline configuration change plans for all forces and conduct wholeness assessments to ensure holistic delivery of new capabilities.

e. Oversee standardization of maintenance and modernization processes, procedures, and products in support of OFRP.

f. Establish policy and procedures to maintain standard configuration for all forces.

g. Provide support as necessary to perform quality maintenance and modernization.

h. Analyze maintenance and modernization feedback to determine required process improvements.

i. Ensure manpower, personnel, training, and education requirements, in support of new or modernized capabilities, are articulated in the form of a USN training systems plan, and are in place prior to installation.

j. Support COMUSFLTFORCOM and COMPACFLT in the development of master OFRP production plans for all deploying forces, to include phase requirements and completion dates, sustainment and employability periods, and key events.

k. Provide representation to supporting working groups, boards, and executive councils identified in Appendix A to resolve OFRP implementation and execution issues while maintaining one set of Navy readiness and material condition standards.

l. Support COMUSFLTFORCOM in the development of a "one fleet standard" for readiness and policy.

301.6. Commander, Naval Supply Systems Command

a. Issue supply management policy and procedures to support material procurement and control in support of OFRP.

b. Ensure standard stock material is procured and available to resource OFRP phase requirements and timelines.

301.7. Commanding Officer, Navy Munitions Command Atlantic; Commander, Navy Munitions Command Pacific CONUS West Division; Commanding Officer, Navy Munitions Command Pacific East Asia Division

a. Serve as the USN center for fleet ordnance support at select shore stations world-wide for COMUSFLTFORCOM and COMPACFLT to enable OFRP.

b. Provide responsive logistics, technical and materiel support to deploying forces and other fleet commands through all phases of the OFRP. Maintain and operate explosive ordnance out-loading and trans-shipment facilities.

c. Maintain an ordnance stockpile to support fleet requirements.

d. Receive ammunition from, and issue ammunition to, forces as required.

CHAPTER 4
OPTIMIZED FLEET RESPONSE PLAN

401. Optimized Fleet Response Plan (OFRP). The OFRP is the readiness generation model used to maximize employability, while preserving necessary maintenance, modernization and training requirements.

a. OFRP cycle is comprised of:

(1) Maintenance and Modernization

(2) Training-Basic, Advanced, and Integrated Phases (as applicable)

(3) Sustainment-Regularly scheduled deployments(s) and sustained deployment readiness

b. The makeup of each unit, group, and force type OFRP cycle is based upon warfighting required operational capabilities (ROC) and whether the force is rotational, a forward deployed naval forces (FDNF), or a surge force not on a reoccurring cycle.

c. The OFRP cycle starts at the beginning of maintenance and modernization phase and ends upon the beginning of the next maintenance and modernization phase.

d. Material and training readiness increases throughout the OFRP cycle; with Navy forces trained to a single fleet standard for a high-end pacing threat, achieved through the advanced and integrated phases and indicated by a unit and force achieving deployment or employment certification. This readiness standard is then maintained through sustainment phase until the start of a new OFRP cycle.

e. OFRP includes a distinct transition from one phase to another. These transitions will be documented via record message traffic for each applicable unit or force. Transition messages will include major milestones or certifications achieved any deviations from required phase transition standards and timelines, and an assessment of the effectiveness of the phase with identified deficiencies or contributing factors.

f. Modifications to OFRP cycle phases may apply, due to the unique requirements, for forces other than rotational (e.g., those forces such as FDNF or surge units which do not deploy on a reoccurring basis). These modifications are outlined in sections 401.6 through 401.8.

401.1. Maintenance and Modernization Phase. The goal of this phase is on-time completion of maintenance, modernization, and system integration.

a. During the maintenance and modernization phase major shipyard or depot-level repairs, upgrades, force reconstitution, and platform modernization occur. In addition, USN forces will complete required inspections, certifications, assist visits, and individual and team training, per established training and readiness policies to achieve required levels of resource readiness.

b. On time completion of the maintenance and modernization phase is critical to the OFRP. Maintenance and modernization phase on time completion ensures USN forces are able to commence a regimented training schedule, which has been synchronized across the organization, to ensure global force management requirements are met. Due to the limited number of maintenance activities and repair yards, the delay in a unit's maintenance phase completion not only impacts that force, but also the forces in subsequent OFRP cycles, resulting in compounding detriment to the overall OFRP model. Consequently, delays in maintenance may require re-alignment of units to constitute a deploying group or force.

c. Surface combatants will conduct a shakedown period as part of the maintenance phase. The shakedown period is notionally 4-weeks in duration following completion of a Chief of Naval Operations availability. During the shakedown period, the ship is either pier side or underway for sea trials and is supported by type commander (TYCOM) to ensure requirements outlined in the "minimum training requirements for at sea events" are met. Shakedown periods will be annotated separately within fleet scheduling tools and databases.

d. Air wings and other unique forces (e.g., expeditionary) do not experience a total loss of capability when they enter the maintenance phase, unlike a surface ship when it enters a restricted availability. These forces experience a reduction in asset allocation with a commensurate decrease in readiness as they reconstitute their capability.

e. Maintenance availabilities with non-standard durations (e.g., complex mid-life modernization) will transition early from the preceding sustainment phase (potentially including impact to the deployment period), in order to, preserve on-time commencement of subsequent OFRP basic phase.

f. In addition to major scheduled depot-maintenance periods, continuous maintenance is employed throughout OFRP, to maximize the use of available short periods of time when ship and aircraft work can be accomplished. This is increasingly important under OFRP construct, as it facilitates overall increased operational availability.

g. TYCOMs will validate the transition from maintenance and modernization phase to the basic phase for forces under administrative control (ADCON) via record message traffic.

401.2. Basic Training Phase. The goal of this phase is to provide a continuous and uninterrupted block of time to focus on development of core unit mission required operational capabilities.

a. During basic phase, units enhance skills and validate readiness through completion of basic-level training, inspections, certifications, assessments, and visits. The focus is on individual and individual unit level training. Achievement of required levels of material and training readiness during basic phase is essential to success in subsequent OFRP phases.

b. TYCOMs are responsible for assessing forces in basic phase and certify unit's mission readiness for tasking (TYCOM certification) upon successful completion of basic phase requirements. Forces that have completed all basic phase requirements and achieved TYCOM certification are capable of unit-level operations and are ready for training that is more complex.

c. TYCOMs will establish a mechanism for tracking and reporting status of basic phase mission area readiness for all forces under ADCON, as outlined in Appendix B.

d. Forces which have achieved TYCOM certification may be employed for surge or contingency operations with employment certification.

e. Amphibious ships may be employed for surge or contingency operations prior to attaining TYCOM certification. Commander, Naval Surface Force Pacific, and Commander, Naval Surface Force Atlantic will ensure amphibious ships are prepared to execute contingency amphibious lift requirements no less than 60 days after the start of their basic phase. This requirement applies only to the assigned ships and crew and does not imply any U.S. Marine Corps (USMC) capability, which Marine air ground task forces (MAGTF) provides. Amphibious ships executing this requirement can only provide lift support and are not capable of conducting the full spectrum of amphibious specialty tasks. These ships are capable of conducting combat and administrative load-out of ground forces in support of emergent requirements. They may support special operations forces, special purpose MAGTFs, adaptive force packages for missions such as defense support of civil authorities or humanitarian assistance disaster relief support, or provide lift as approved by Commander, U.S. SECOND Fleet, or Commander, U.S. THIRD Fleet, with employment certification.

f. Following basic phase completion and associated TYCOM certification, units will maintain proficiency through repetition of fundamentals in each mission area by accomplishing required repetitive exercises and training during the following phases of the OFRP.

g. TYCOM certification messages must be submitted within one week upon completing basic phase. This message must document any outstanding basic phase training requirement(s) and will designate any delinquent unit as "training incomplete," with delineation of appropriate mitigation requirements and pathway to resolution.

401.3. Advanced Training Phase. The goal of this phase is to attain additional advanced skills in preparation for forward-deployed operations.

a. TYCOMs assume primary responsibility for training and assessing readiness in the advanced phase of OFRP to ensure proficiency for the warfare commanders' staffs and unit achievement of requisite levels of warfighting readiness for the high-end threat.

b. This period is designed to enhance unit and group warfighting capabilities using classroom, academic, live, and live, virtual, constructive (LVC) training in tactics, techniques, and procedures (TTP) of all warfighting ROCs within a challenging warfighting environment.

c. The advanced phase provides an opportunity to hone TTPs with other units and conduct mission specific training to meet combatant commander or USN component commander mission requirements while exercising and maintaining proficiency attained in the basic phase through execution of required repetitive exercises and training.

d. Warfare development centers (WDC) will support the TYCOMs in the planning and execution of assigned events during the advanced phase and provide an Advanced Phase Completion Report within one week of completion of the advanced phase. This report will document completion of advanced phase training requirements (e.g. SWATT, LFWAP) and will identify any appropriate mitigations in support of Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM) or, COMTHIRDFLT determination in certifying the applicable unit for deployment and employment.

e. WDCs will support Commander, U.S. SIXTH Fleet (COMSIXTHFLT), and Commander, U.S. SEVENTH Fleet (COMSEVENTHFLT) in the planning and execution of assigned events during sustainment phase and provide an advanced training completion report.

f. TYCOMs will ensure forces under ADCON meet all advanced phase training requirements.

g. All like forces (e.g., surface ships, aviation squadrons) assigned to a carrier strike group (CSG), expeditionary strike group (ESG), amphibious readiness group (ARG), or surface action group (SAG), must have completed the basic phase and should be ready to commence the advanced phase as a cohesive force by a pre-determined date. This date, known as the "A" date, is the advanced phase commencement date for all forces within a CSG, ESG, ARG, or SAG. To maximize force employability, "A" date will be scheduled as early as practicable in the OFRP cycle, while facilitating sufficient time for maintenance and basic phase completion.

h. The advanced phase will include training events and activities designated by the TYCOMs, COMSECONDFLT, or COMTHIRDFLT which supports unit and force readiness for deployment. These events can include: group sail, Surface Warfare Advanced Tactical Training (SWATT), Deploying Group Systems Integration Testing (DGSIT), aviation systems grooming, and Air Wing Fallon.

i. COMSECONDFLT and COMTHIRDFLT will ensure forces designated by COMUSFLTFORCOM or COMPACFLT that are expected to operate with a group (CSG, ESG, ARG, SAG, or other combined arms force), will execute both advanced phase and integrated phase prior to deployment certification. Designated forces that are not expected to operate with a group may be certified for deployment or employment upon completion of the advanced phase and when resource levels are at deployment standards. Forces will have successfully demonstrated proficiency in leading and executing required missions and capabilities under realistic, high-end threat conditions as defined by COMSECONDFLT or COMTHIRDFLT. These missions and capabilities, at a minimum, include all ROCs and other emergent capabilities, as required, and will be completed by the appropriate training organization.

j. For those forces not requiring an integrated phase, COMUSFLTFORCOM and COMTHIRDFLT will make final determination for a unit's deployment or employment certification based on recommendations from TYCOMs. The deployment or employment certification will be issued via record message and will document any outstanding requirements a staff or unit was unable to complete with the signifying staff or unit identified as "training incomplete." The certification recommendation message will identify any appropriate mitigation requirements with pathway to resolution.

k. For units not requiring an integrated phase and upon COMUSFLTFORCOM or COMTHIRDFLT designation of that unit's deployment or employment certification, the unit will transition from the advanced phase to sustainment phase.

l. Per reference (b), the training of Commander, U.S. Naval Forces Europe/Africa (COMUSNAVEUR/COMUSNAVAF) units is completed under agreements with COMUSFLTFORCOM who maintains ADCON, however as the certification and waiver authority, COMUSNAVEUR/COMUSNAVAF retains ultimate responsibility for ensuring completion of all required training prior to deployment certification.

401.4. Integrated Training Phase. The goal of this phase is to attain high-end warfighting skills in preparation for forward deployed operations and to integrate units expected to operate in a group

a. Commander, Carrier Strike Group FOUR (COMCARSTRKGRU FOUR), and Commander, Carrier Strike Group FIFTEEN (COMCARSTRKGRU FIFTEEN) have primary responsibility for training execution and assessing readiness in the integrated phase of the OFRP to ensure integration and interoperability of the group, proficiency for the group staff, and achievement of requisite levels of warfighting readiness for the high-end threat.

b. The goal of the integrated phase is to synthesize individual units and staffs into aggregated, coordinated CSG, ESG, ARG, SAG, or other combined-arms forces and build proficiency operating in the anticipated naval and joint C2 structure in a challenging,

multi-dimensional, pacing threat environment. This phase provides an opportunity for CSG, ESG, ARG, SAG decision makers and watch standers to conduct naval and joint C2 in-port and at-sea training culminating in a performance assessment under high-end threat conditions.

c. COMCARSTRKGRU FOUR and COMCARSTRKGRU FIFTEEN plans and executes assigned events during the integrated phase

d. All forces must complete the advanced phase as a prerequisite to the Integrated Phase. Forces assigned to a CSG, ESG, ARG, or SAG must be ready to commence the integrated phase as a cohesive group by a pre-determined date. This date, known as the "I" date, is the integrated phase commencement date for all forces within a specific CSG, ESG, ARG, or SAG.

e. TYCOMs maintain ADCON of respective forces during the integrated phase and support COMSECONDFLT and COMTHIRDFLT ensuring unit integrated requirements are met.

f. Upon completion of the integrated phase training requirements, COMCARSTRKGRU FOUR or COMCARSTRKGRU FIFTEEN will send a certification recommendation message to COMUSFLTFORCOM (info COMSECONDFLT) or COMTHIRDFLT. Any outstanding integrated phase training a staff or unit was unable to complete must be documented with the signifying staff or unit identified as "training incomplete". The certification recommendation message will identify any appropriate mitigation requirements with pathway to resolution.

g. Forces may be certified to deploy upon completion of the integrated phase and when resource levels are at deployment standards. Forces will have successfully demonstrated the ability to operate in group, joint, and coalition operations, as applicable; as well as, demonstrated proficiency in leading and executing required missions and capabilities under realistic, high-end threat conditions as defined by COMUSFLTFORCOM or COMTHIRDFLT. These missions and capabilities, at a minimum, include all ROCs and other emergent capabilities, as required.

h. COMUSFLTFORCOM and COMTHIRDFLT will make final determination for a unit's deployment certification based on recommendations from TYCOMs, and COMCARSTRKGRU FOUR or COMCARSTRKGRU FIFTEEN.

i. Upon COMUSFLTFORCOM and COMTHIRDFLT designation of a unit's deployment certification, that unit will transition from the integrated phase to the sustainment phase.

401.5. <u>Sustainment Phase</u>. The goal of this phase is ensure USN forces maintain readiness for operations.

a. The sustainment phase begins upon COMUSFLTFORCOM or COMTHIRDFLT designation of a unit's or group's deployment certification and ends with the commencement of

the next maintenance phase. Pre-deployment activities, deployment, and post-deployment are incorporated into the sustainment phase. Deployment (s) can occur anytime during sustainment phase.

b. COMSECONDFLT, COMTHIRDFLT, and the TYCOMs will ensure training and material readiness standards required for deployment and employment are sustained until the next designated maintenance phase.

c. Fully resourced forces will maintain readiness standards through continued unit and group-level training and material readiness events including participation in navy component commander exercises and an optimal mix of classroom, academic, live, virtual, and constructive training. Unit level repetitive exercises and training, inspections, assessments, qualifications, and certifications; multi-unit advanced training; composite training as well as maintenance of required levels of resource readiness are all in support of the sustainment phase. Group commanders and units will report sustainment readiness via Defense Readiness Reporting System (DRRS) and normal battle rhythm events.

d. COMSECONDFLT and COMTHIRDFLT, with support from TYCOM, will ensure forces in the sustainment phase maintain readiness to deploy within 30 days. Any forces unable to maintain deployment readiness shall be briefed as exceptions for approval to COMUSFLTFORCOM or COMPACFLT. Requests for exceptions to the 30-day deployment readiness status during the sustainment phase, should identify the number of additional days required to regain 30-day status along with required resources and a mitigation plan. This does not preclude more restrictive surge readiness requirements for individual units or groups, as directed by the fleet or group commander.

e. CSG, ESG, and ARG baseline force composition is specified in reference (g). To the maximum extent possible, CSGs, ESGs, and ARGs will maintain integrity throughout the sustainment phase. In cases where forces within a CSG, ESG, or ARG need to begin a maintenance availability or respond to another emergent or planned requirement, the CSG, ESG, or ARG Commander will provide a risk assessment to COMSECONDFLT or COMTHIRDFLT and update the DRRS Commander's assessment accordingly.

f. COMSECONDFLT and COMTHIRDFLT will coordinate with the respective Marine Expeditionary Force (MEF) for USMC support for ARG sustainment phase.

g. A voyage repair (VR) is assigned for both the accomplishment of corrective maintenance on mission or safety essential items necessary for a ship to continue on its deployment and as an opportunity to prepare (e.g., perform ship checks) for upcoming larger maintenance periods. VRs are performed as required during deployment periods and are scheduled for the time duration necessary to address specific mission or safety essential repairs.

402. Forward Deployed Naval Forces (FDNF). FDNF assigned forces will execute a modified OFRP cycle to develop and sustain the requisite level of readiness with key differences in how the phases are scheduled and executed.

a. Commander, U.S. FIFTH Fleet, COMSIXTHFLT, and COMSEVENTHFLT implement the OFRP for all assigned FDNF as outlined in appendices (M, N, and O). In addition, FDNF numbered fleet commanders (NFCs) assume primary responsibility for defining the requirements and assessing the readiness of FDNF forces in the sustainment phase of the OFRP to ensure overall combat readiness to support full spectrum military operations.

b. TYCOMs are responsible for execution of the maintenance and modernization, basic, and advanced phases; however, the FDNF NFC retains scheduling authority for transition to the maintenance phase.

c. TYCOMs may exercise the FDNF maintenance and basic phase responsibilities through executive agents.

d. TYCOMs are responsible for assessing forces in the basic phase and certify unit's mission readiness for tasking (TYCOM certification) upon successful completion of basic phase requirements.

e. FDNF NFCs may employ assigned forces for operations following TYCOM certification while in the sustainment phase.

f. The FDNF sustainment phase will include distinct advanced and integrated training and assessment periods. These periods are not required to be sequentially executed following the basic phase. The FDNF NFC is responsible for scheduling the advanced and integrated training and assessment periods.

g. Inability to conduct advanced and integrated training during the sustainment phase within 36 months shall be briefed as exceptions for approval to COMUSFLTFORCOM, COMPACFLT, or COMUSNAVEUR/COMUSNAVAF.

h. WDCs will support FDNF advanced training performance analysis.

i. COMCARSTRKGRU FOUR and FIFTEEN will support FDNF integrated training and assessment during the sustainment phase.

j. FDNF NFCs will provide certification (employment certification) for FDNF forces assigned, informed by TYCOMs and COMCARSTRKGRU FOUR and FIFTEEN recommendations.

403. Adaptive Force Packages (AFPs). An AFP is any non-standard set of capabilities that deploy to accomplish a variety of combatant commander (CCDR) and NCC assigned missions. The composition and sourcing will depend on a number of factors, to include the mission and availability of required forces.

a. Individual forces assigned to an AFP will conduct a basic phase and attain TYCOM certification to ensure readiness in core capabilities.

b. Upon designation of an AFP, COMUSFLTFORCOM or COMPACFLT will issue a mission specific Planning Order (PLANORD) which will identify the supported and supporting commands for the development and execution of a training plan incorporating advanced and integrated training based upon time allotted, assigned forces, and the projected employment. Training should focus on the integration of the capabilities in support of the CCDR and NCC assigned mission.

c. Upon completion of training, COMUSFLTFORCOM or COMTHIRDFLT will certify AFPs for deployment based on the supported commands recommendation.

d. While operational, AFPs must maintain proficiency through ongoing training, exercises, and normal operations.

e. For enduring rotational AFPs, the establishment and execution of an OFRP cycle will be outlined within the applicable PLANORD.

404. Military Sealift Command (MSC). Upon completion of mission specific certification and tactical training, COMSC will certify service retained units for continued operations. COMSC also certifies units permanently assigned to a CCDR. While operational, COMSC forces will maintain proficiency by using ongoing training, exercises, and normal operations as directed by higher authority. The certification will remain valid until the unit enters maintenance phase, fails to remain current in repetitive exercises and training (i.e., TYCOM certifications), or the unit suffers a major readiness degradation not addressed in the previous certification.

405. Information Warfare (IW) Forces. IW Direct Support (DIRSUP) Forces are designed to meet immediate and imminent deployment requirements per Chief of Naval Operations Guidance.

a. Commander, Naval Information Forces Command (COMNAVIFOR) is responsible for the implementation and execution of the OFRP for assigned IW forces and does so through the execution of the Information Warfare Readiness Continuum.

b. Required inspections, certifications, assist visits, and personnel, equipment, supply, and training readiness requirements, as outlined in COMNAVIFOR training and readiness policy, are

conducted on a repetitive cycle to ensure proficiency and readiness for operations does not atrophy.

c. Mission area certification periodicity is set per TYCOM training and readiness manuals. Mission areas may be recertified at any point within that periodicity.

d. Upon successful completion of training, COMUSFLTFORCOM will certify COMNAVIFOR forces for continued operation. While operational, COMNAVIFOR forces will maintain proficiency by using ongoing training, exercises, and normal operations, as directed by higher authority. The certification will remain valid until the certification expires, the unit fails to remain current in repetitive exercises and training (i.e., TYCOM certifications), or the unit suffers a major readiness degradation not addressed in the previous certification.

406. Deviations from a Readiness Standard Policy. It is fleet commander policy that all readiness and training standards be fully met prior to deployment or operational employment. This policy applies to operational staffs and units assigned under COMUSFLTFORCOM, COMPACFLT, and COMUSNAVEUR/COMUSNAVAF ADCON, which includes forces rotationally deployed or forward deployed forces assigned to COMFIFTHFLT, Commander, U.S. FOURTH Fleet, COMSIXTHFLT, and COMSEVENTHFLT.

a. Overview. In circumstances where these standards cannot be met and there is no alternative to tasking the staff or unit, approval to deviate from a readiness standard must be obtained by an appropriate authority prior to deploying or operational employment.

(1) A deviation from a readiness standard differs from a waiver in that a deviation from a readiness standard does not relinquish or abandon a readiness requirement and requires actions to correct the deficiency.

(2) COMUSFLTFORCOM, COMPACFLT, or COMUSNAVEUR/COMUSNAVAF are the approving authorities in cases where a deviation from a readiness standard results in a significant degradation to a USN warfighting capability or negatively impacts the USN ability to meet an operational commitment.

(3) COMUSFLTFORCOM, COMPACFLT, or COMUSNAVEUR/COMUSNAVAF must notify CNO via DCNO for Operations, Plans, and Strategy (CNO N3N5) of all deviations from approved readiness production plans and of any deployment certification waivers for Navy forces.

b. Policy and Procedures. An approved deviation from a readiness standard does not waive any standard, it only grants temporary permission to operate, out of necessity, in a degraded condition. Every effort will be made to correct the deficiency as soon as possible.

(1) NFCs will submit deviation from a readiness standard request for all forces assigned in the integrated training and sustainment phases.

(2) TYCOMs will submit deviation from a readiness standard request for all forces assigned in the maintenance and modernization, basic, and advanced phases.

c. For units that are deployment certified in the sustainment phase, requests for deviation from a readiness standard (an all-encompassing term that includes standards such as redlines, learning standards, watch team continuity, etc. per specific fleet and TYCOM directives) will be submitted within 24 hours of identifying the deficiency. Staffs and units not deployment certified will submit a deviation from a readiness standard request as far in advance of operational employment as is practical.

d. The deviation from a readiness standard request will identify; situation, personnel, equipment, supply, training and ordnance, network, and infrastructure shortfalls, risks, mitigations, planned actions, ongoing actions, assistance needed, impact to mission, and projected date to correct deficiency if available and recommendation. Deviation from a readiness standard requests will be submitted via naval message to COMUSFLTFORCOM, COMPACFLT, or COMUSNAVEUR/COMUSNAVAF, and info as appropriate. DRRS commander's assessment must be updated and remain consistent with the deviation from a readiness standard.

e. COMUSFLTFORCOM, COMPACFLT, or COMUSNAVEUR/COMUSNAVAF will normally answer the deviation from a readiness standard request within 48 hours for a staff or unit currently deployed or operationally employed and within 5 days in all other circumstances.

f. A deviation from a readiness standard request that is not approved prohibits the staff or unit from executing actions under that mission area until the deficiency is corrected. A deviation from a readiness standard request that is approved permits the staff or unit to continue actions under that mission area as specified.

g. NFCs and TYCOMs, as applicable, are required to report when a deviation from a readiness standard has been corrected or is no longer required. They must also provide a status update to an approved deviation from a readiness standard prior to the estimated correction date when the deficiency has not been corrected.

407. Inspections. To enhance the effectiveness of fleet assessments across the OFRP, eliminate unnecessary and redundant assessments, optimize assessment timing, apply appropriate levels of resources, and standardize the process to reduce unnecessary impacts to personnel.

a. Using a building block approach, inspection, and assessment events shall be synchronized to eliminate redundancy and determine when each inspection best fits within the

OFRP, inspecting once wherever possible and using data many times. This practice allows Navy forces to focus on training and combat readiness rather than repeating the same demonstrations and materiel checks for different assessors. By sharing data and processes, Fleet assessors (e.g., TYCOM, Regional Maintenance Centers (RMC)) are better aligned with units being held to one universally accepted standard. Reduction in redundant inspections will free up TYCOM and RMC resources to focus on improving readiness.

b. Future changes to personnel policies, doctrine, assessment criteria, and periodicity for all inspection, certification, assessment, and visit events that impact Navy forces must be thoroughly vetted with fleet, TYCOM and systems command stakeholders.

c. Specific inspection, certification, assessment, and visit requirements will be published in applicable TYCOM training and readiness guidance.

d. Inspections, the result of which may impact a unit's readiness to deploy, should be scheduled during the maintenance phase or post-deployment during the sustainment phase as best possible.

## CHAPTER 5
## MASTER OFRP PRODUCTION PLAN (MOPP)

501. Overview and Purpose. To improve the U.S. Navy's (USN) force generation (FG) output and to gain predictability and transformation there must be alignment and synchronization of Navy-wide activities and resources. There must be increased coordination between force development (FD) and FG and bind them together with a rigorous assessment process that improves and synchronizes all elements of readiness. This will be accomplished through the three inter-related efforts comprised of FD, FG and force employment (FE) as shown in figure 5-1. FD is the process of integrating and synchronizing existing processes to better prepare forces to enter the FG phase of the OFRP. FG includes the maintenance, modernization, training, and certification processes. FG begins with the maintenance availability of any given unit, and continues through basic, advanced, and integrated phase training and certification. The FE phase starts upon group or unit certification, and includes the sustainment and deployment periods. The cycle repeats again with FG upon entry into the next maintenance availability. FD is always occurring, supporting the unit's transition into the next cycle's FG phase. One of the key assessment processes is the generation of a MOPP.




Figure 5-1
FD, FG, and FE relationships

a. MOPPs are a long-term schedule of events used to plan the generation of sustained Fleet-wide readiness. The measure of OFRP's tier 1 output is the delivery of X + Y + Z day for

day per FY to approved readiness goals (see chapter 6). The measure of the efficiency of this readiness production is $A_O$ and cycle length – both tier 2 drivers of readiness output. Individual unit $A_O$ and cycle lengths are subordinate to the generation of sustained Fleet-wide readiness production (X + Y + Z and Fleet $A_O$). MOPPs will be developed annually and must depict three OFRP cycle durations (at least 9-years) for the forces as listed in Appendix F and include specific requirements (e.g., modernization milestones outlined in reference (h)), phase-specific requirements, completion dates, sustainment periods, employability periods, and key events. MOPP development is a process that analyzes and enables alignment and synchronization of Navy-wide resources (means) and activities (ways) to improve the FG process (OFRP) and to maximize long-range outputs (ends).

b. Synchronization. The MOPPs are used to plan warfighting readiness production. They rely on planned funding levels, force structure, maintenance and modernization plans, and personnel, equipment, supply, training and ordnance, network, and infrastructure (PESTONI) resourcing as outlined in figure 5-2, over a long period to plan to desired outputs, including: 1) rotational forces, 2) surge forces and 3) maintenance and modernization.




Figure 5-2
Master OFRP Production Plan Cycle

c. Decision Support. The master MOPPs provide a long-term readiness picture to understand the impact of resource and policy decisions, and long-term planning in support of warfighting requirements. Analysis and results are used to increase vertical and horizontal coordination and communication across all organizations to improve the generation of ready forces to support operational and warfighting demands.

502. Schedule. The OFRP cross functioning teams (CFT) will meet monthly or more frequently as required to conduct master OFRP production plan execution management, in support of both steady-state and crisis action planning, to include:

a. Cross-master OFRP production plan synchronization

b. Cross-LOE synchronization

c. Campaign plan execution monitoring

d. Maintenance level loading and on-time execution monitoring.

503. Responsibilities. When required, the OFRP CFT will present master OFRP production plans, LOE issues, and recommendations to the Fleet Commander's Readiness Council (FCRC) via the Readiness Requirement Review Board.

a. The FCRC will assign master OFRP production plans and LOE corrective actions to the appropriate LOE lead.

b. Corrective actions will be assigned to the Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM), Commander, U.S. Pacific Command (COMPACFLT), or Chief of Naval Operations for resolution.

c. As the Navy identifies resource shortfalls, they will be submitted and addressed through budgeting and programming processes.

d. Once corrective actions have been implemented, OFRP CFT will update master OFRP production plans, as required.

e. OFRP CFT will update master OFRP production plans any time a crisis response or readiness issue results in schedule changes that create negative impact on other force's master OFRP production plan or LOEs.

f. The OFRP CFT will coordinate an annual review of the enclosed appendices and staff any necessary revisions. Approval for appendix updates will be normally delegated to COMUSFLTFORCOM N02R and COMPACFLT MHQD.

504. Assessment. The OFRP CFT evaluates each master OFRP production plan for identification of limiting factors and required resources. OFRP assessment results are reviewed quarterly in the OFRP CFT and briefed to the FCRC semi-annually in order to inform leadership on the limiting factors and resources based on given funding levels. Corrective actions based on these results are key to continuous improvement and achieving maximum employability for a given level of resourcing.

a. COMUSFLTFORCOM will develop measures of performance and measures of effectiveness for evaluating OFRP. Metrics or data sets will be defined and collected across the PESTONI that measure the effectiveness of the OFRP in achieving required readiness. In order to assess the OFRP with a targeted process for improvement, COMUSFLTFORCOM will ensure regular review of these data sets is conducted in coordination with COMPACFLT, COMUSNAVEUR/COMUSNAVAF, and type commanders.

b. Maintenance delays or overages, training phase duration modifications, and manning shortfall consistencies are examples of trends that should be identified. These trends will be presented at the OFRP CFT in order to ensure a continual process for improvement, including potential cycle modifications.

505. OFRP Cycle Modifications. The OFRP CFT will meet quarterly or more frequently as required; to review proposed OFRP cycle modifications based on master OFRP production plan analysis. When required, the OFRP CFT will present OFRP cycle modifications to the FCRC via the Readiness Requirement Review Board for approval.

## CHAPTER 6
## READINESS GENERATION REPORTING

601. Unit Readiness Generation Reporting. As a result of the tiered approach to readiness generation, reported readiness of units is expected to vary throughout the optimized fleet response plan (OFRP) cycle.

602. Employability Metrics. These metrics capture forces deployed, forces in Sustainment phase, and forces in basic, advanced, and integrated phases capable of meeting rotational and surge demands.

a. Employability will be measured using an X + Y + Z construct where

(1) X = Deployed forces.

(2) Y = Sustainment Phase forces, certified ready to deploy with resourcing to support training as needed to sustain readiness to surge within 30 days.

(3) Z = Not deployment certified forces in basic, advanced, and integrated phases, not in maintenance and modernization phase.

(4) Military Sealift Command (MSC) forces will be designated as X or:

(a) Y when conducting voyage repair maintenance periods, required training, and MSC specific certification events.

(b) Z when conducting planned major maintenance or preparations for maintenance.

b. In addition to X + Y + Z, M and RR also apply

(1) M = Maintenance and Modernization phase

(2) RR = Deliberate reduced readiness. Units in the OFRP construct but not in an OFRP cycle, usually post-sustainment awaiting a maintenance phase or a new construction unit before completion of post-shakedown availability. Does not includes aircraft carrier, nuclear refueling and complex overhaul or service life extension program where the unit is not in the active rotational force.

(3) X + Y + Z + M + RR will account for the active force structure.

c. X + Y + Z forces will be reported monthly in the fleet surge readiness scorecard, an 18-month view of the ability to meet global force management allocation plan, operation plan (OPLAN) requirements, and surge capacity. The goal is to meet steady day for day X + Y + Z production targets rather than an annual average.

603. Fleet Commander Reporting. Commander, U.S. Fleet Forces Command, and Commander, U.S. Pacific Fleet OFRP reporting responsibilities include:

a. Develop a master OFRP production plan (MOPP) for all deploying forces, to include phase requirement and completion dates, sustainment and employability period, and key events. MOPPs will be developed by each respective type commander (TYCOM) and supported by the fleet commander staffs as required.

b. Review and approve schedule proposals developed by the TYCOMs.

c. Report annual long range planning projections (i.e., current FYDP + 2 years) of force availability for deployment, sustainment, and surge capacity in conjunction with development of master schedules supporting program objective memorandum development.

# CHAPTER 7
# MANNING AND INDIVIDUAL TRAINING

701. Overview. Fleet policies governing the effective use of personnel resources and the maintenance of fleet personnel readiness, including guidance for individual commands, Immediate Supervisor in Command's, type commander's (TYCOM's), Budget Submitting Offices (BSO's), and Navy Personnel Command will be in full support of this instruction and the optimized fleet response plan (OFRP).

702. Manpower. U.S. Navy (USN) force manpower levels will be validated through manpower requirement determination studies conducted by the Navy Manpower Analysis Center (NAVMAC) for afloat activities or a qualified fleet manpower assessment team for shore activities. Studies will determine the total force manpower requirements needed to accomplish the functions and tasks that support the OFRP.

703. Manning. Measures of fleet manning are known as "Fill," "Fit" and "Defense Reporting Requirement System (DRRS) CNEC thresholds." Manning requirements for specific units will be coordinated, set, and approved jointly by Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM), and Commander, U.S. Pacific Command (COMPACFLT). These requirements and the timing to achieve them will be codified in a joint note.

a. COMUSFLTFORCOM and COMPACFLT N1s will publish a joint note annually of approved "Fill", "Fit", and other data driven (e.g. AMEX) manning targets and DRRS CNEC thresholds to all stakeholders. The goal for all deploying forces is to attain prescribed manning levels to include the embarkation of deploying augmenters and personnel, to support pre-deployment training achieved in the basic phase and maintain these approved manning levels throughout the OFRP cycle including the post-deployment period of the sustainment phase. It is the cognizant TYCOM responsibility to monitor manning levels and to provide additional personnel as needed through use of permanent change station moves, transfers from other commands via cross-decks and diverts, operational holds, and temporary additional duty assists. Procedures for these actions are set forth in reference (i) which will be updated and replaced by a forthcoming OPNAVINST 1300.1 (series).

b. All units in coordination with cognizant TYCOM will have a COMUSFLTFORCOM or COMPACFLT N1 established "M" date (set as no later than the start of basic training phase) or the beginning of the submarine deployment preparation period (set approximately 6 - 7 months prior to the scheduled deployment date). Nominally 12-15 months prior to deployment for those forces that do not maintain a consistent target), the "M" date will be established prior to commencement of basic phase. The "M" date establishment will be coordinated and will annotate the planned attainment of prescribed manning levels to include deploying augmenters and personnel embarkation. Once established, the "M" date will not be changed without specific approval of the cognizant fleet commander N1.

704. Individual Training. Relevant, current and timely specialized skills and individual training will ensure that individuals assigned to deploying forces have the requisite skills to meet fleet requirements. Individual training must support efficient, effective, and optimized delivery of Sailors to fleet operational forces with minimum wait time.

705. Personnel TEMPO (PERSTEMPO) and Operating TEMPO (OPTEMPO). Reference (j) is the governing instruction for PERSTEMPO (personnel) and OPTEMPO (units) and provides details regarding deployment length thresholds within the OFRP cycle.

a. OPTEMPO deviation from reference (j) must be approved by the Chief of Naval Operations (OPNAV), via COMUSFLTFORCOM or COMPACFLT through OPNAV N3/N5.

b. PERSTEMPO deviation from reference (j) must be approved by the first flag officer or equivalent in the administrative chain of command.

## CHAPTER 8
## LOGISTICS

801. Overview. Logistics support is a key element in the readiness of Navy forces to support current and future operations. Critical to this effort is consistent and adequate funding of the Navy Working Capital Fund, (NWCF) operations and maintenance, Navy, and spares accounts.

802. Spares. Full and consistent spares funding is required to maintain adequate levels of aviation, shipboard, and weapons spare parts to support fleet training and deployed operations. Spares funding accounts provide planeside, shipboard, and depot inventories of spare parts to support naval aviation, maritime, and ordnance programs. These appropriations provide ready-for-issue assets available for immediate installation increasing the operational availability of airplanes, weapon systems, and ordnance. Aviation spares are funded through Aircraft Procurement, Navy (APN-6) accounts; shipboard spares are funded through Other Procurement, Navy (OPN-8) and Shipbuilding and Conversion, Navy (SCN) accounts; and weapon spares are funded through Weapons Procurement, Navy (WPN-6) accounts.

a. NWCF obligation authority needs to be sufficient and aligned with both spares accounts and operations and maintenance accounts, also known as buy-out accounts. This ensures materiel is available to support the introduction of new systems and sustains existing requirements. Misalignment between NWCF and buy-out accounts threatens NWCF solvency. A misalignment can lead to decreased obligation authority and a vulnerable cash position that would prevent procurement of material a lead-time in advance, increasing the risk to operational readiness. Fully funding buy-out accounts and outfitting to the requirement mitigates spares backlogs, cannibalization rates, and reliance on cross-decks, all of which are detrimental to readiness, increase operational risk, and limit surge capacity.

b. Equipment configuration records in Naval Sea Systems Command (NAVSEA) configuration data manager's open architecture database must match the equipment installed at operational commands. Maintaining accurate configuration records yields accurate allowance products that are critical to ensuring Navy forces have the right onboard spares support.

c. Type commanders (TYCOMs) are directed to maintain operational unit storeroom inventories at 100 percent on-hand or on-order, consistent with Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM) and Commander, U.S. Pacific Fleet (COMPACFLT) funding guidelines. In addition, TYCOMs are directed to have operational units run stock level setting programs after an allowance event (e.g., targeted allowance reconciliation tool, Aviation Consolidated Allowance List, Consolidated Shipboard Allowance List), and 90-120 days prior to the sustainment phase of the OFRP cycle. TYCOMs may direct a higher frequency, but may not exempt units from the minimum requirement, without COMUSFLTFORCOM or COMPACFLT approval.

d. Range and depth of shipboard and aircraft spares should adhere to established TYCOM guidelines, according to respective phase in the OFRP cycle.

803. Ordnance. Management of ordnance is a key element in support of rotational demands and the ability to surge to emergent requirements, such as homeland defense or request for forces, in addition to routine ordnance expenditure requirements in support of OFRP training. U.S. Navy (USN) forces must plan to have certain ordnance entitlements during the initial OFRP phase (i.e., maintenance and modernization phase) to ensure that ordnance is available for on-load at the earliest opportunity. Numbered fleet commanders (NFCs) and TYCOMs will schedule the ordnance on-load at the earliest practical time in the OFRP cycle and maintain proper ordnance readiness posture by optimizing the use of the ordnance shore infrastructure and the combat logistics force (CLF).

803.1. Limiting Factors. Inventory levels, CLF availability, and in-port loading constraints are the primary limitations affecting ordnance loads. NFCs and TYCOMs will work with activities on a case-by-case basis, keeping COMUSFLTFORCOM and COMPACFLT apprised of items not available. Navy Munitions Command Atlantic (NMCLANT), Navy Munitions Command CONUS West Division, or Navy Munitions Command Pacific East Asia Division will coordinate most ordnance actions on behalf of COMUSFLTFORCOM and COMPACFLT to fulfill shortages and on-load events.

803.2. Responsibilities

a. COMUSFLTFORCOM and COMPACFLT will validate operational necessity of emergent ordnance loading and coordinate with NFCs and TYCOMs. COMUSFLTFORCOM and COMPACFLT must be notified for authorization of priority 03/999 requisitions. For submarines, Commander, Submarine Forces Atlantic or Commander, Submarine Forces Pacific may certify operational necessity.

b. NFCs and TYCOMs will ensure adherence to procedures and timelines outlined in chapter 16 so that the OFRP maximizes operational availability while minimizing increased costs such as overtime at Navy Munitions Command (NMC) activities. Additionally, TYCOMs must ensure ordnance allowances are correct, prior to units submitting requisitions.

c. Units will develop requisitions, continuously monitor requisition status, submit modifiers, expedite and verify the arrival of ordnance at the expected load point with assistance from NFCs, TYCOMs, and Commander, Navy Supply Systems Command Ammunition Logistics Center. An accurate assignment of required delivery date (RDD) and load out location in a ship's ordnance military standard requisitioning and issue procedures requisition is essential to obtaining a high state of ordnance readiness, while not incurring excessive costs in handling and transportation.

d. USN forces that deploy to forward bases managed by other U.S. military services, Navy advanced bases, or dispersal fields will receive ordnance support by the base ammunition supply point. Unit specific ordnance requirements must be provided to the carrier strike group, expeditionary strike group, amphibious readiness group, and surface action groups, command ordnance officer, and be based on the deploying unit's 30,000 series service allowance, tailored load list, or approved non-combat expenditure allocation (NCEA).

803.3. Ordnance Load Cycle. All forces, with the exception of forward deployed naval forces (FDNF), will schedule major ordnance-loading evolutions. Additional ordnance loading and offloading will be scheduled, as necessary, to support cross decking, maintenance availability, and other requirements, as specified by COMUSFLTFORCOM, COMPACFLT, NFCs, and TYCOMs.

a. Maintenance and Modernization Phase. Aircraft carrier, nuclear, landing helicopter assault ships, and landing helicopter dock ships will all retain maximum inert and precision guided munitions kits onboard, as practicable, during maintenance periods. During periods of extended maintenance, authority to offload inert ordnance for supporting space renovation or system maintenance requirements will be directed by NFCs and TYCOMs.

b. The initial load for all platforms consists of NCEA ordnance and safety for sea anticipated for use during the OFRP or for tasking in support of focused operations. All platforms must be loaded to COMUSFLTFORCOM or COMPACFLT directed load-outs to support all force protection and training requirements, less Tomahawk land attack missiles, which will be handled separately. If COMUSFLTFORCOM or COMPACFLT load-out cannot be achieved, TYCOMs will submit a waiver to COMUSFLTFORCOM or COMPACFLT, requesting deviation from this policy.

(1) Aircraft carriers will schedule two major ordnance-loading evolutions per the OFRP. The first occurs during the basic phase and the second during advanced or integrated phase.

(2) Surface combatants will schedule one minor and two major ordnance-loading evolutions, per the OFRP. The minor on load occurs during the shakedown phase (supports TYCOM sea trials and safety at sea requirements), the second on load occurs within 60 days of the Basic Phase, and the third on load occurs during the advanced or integrated phase.

c. Advanced or Integrated Phase. Remaining ordnance mission load requirements that cannot be filled during the initial ordnance load will be accomplished during Advanced or Integrated Phase. If unable to meet or maintain the requirements, TYCOMs will notify COMUSFLTFORCOM or COMPACFLT.

d. Sustainment Phase. Returning deployers will maintain mission loads and cargo mission loads, until download is directed by COMUSFLTFORCOM or COMPACFLT. Shortfalls in mission load for returning forces must be addressed on a case-by-case basis by COMUSFLTFORCOM or COMPACFLT; however, if returning deployers are not fully mission loaded, forces will notify COMUSFLTFORCOM or COMPACFLT via their chain of command.

e. Forward Deployed Naval Forces. Upload and download cycles are the responsibility of Commander, U.S. FIFTH Fleet (COMFIFTHFLT), Commander, U.S. SIXTH Fleet, and Commander, U.S. SEVENTH Fleet (COMSEVENTHFLT). FDNF forces are considered deployed and will routinely remain loaded, as directed. Any ordnance expended from a CONUS ship deployed to COMFIFTHFLT or COMSEVENTHFLT must be replenished to the maximum extent possible, prior to out chop and return to CONUS.

f. Military Sealift Command. CLF ships will requisition mission load 120 to 180 days prior to routine scheduled deployment, with specified RDD to supporting weapons stations and detachments 90 days prior to scheduled load date. Inert ordnance not retained during maintenance should be loaded at the earliest opportunity.

## APPENDIX A
## OFRP SUPPORTING WORKING GROUPS, BOARDS, AND EXECUTIVE COUNCILS

Several groups are critical to the coordination, execution and improvement of the OFRP. A partial list includes:

1. Fleet Commander's Readiness Council (including Fleet R3B)
2. Fleet Maintenance Board of Directors
3. Fleet Training Integration Panel
4. RRL Integration Board
5. Readiness Reform Oversight Council
6. OFRP Cross Functional Team
7. Warfare Improvement Programs
8. RRL Executive Steering Committee
9. Senior Leader Fleet Manning Review
10. Program Budget Coordination Group(s)
11. Maritime Allowance RBS Re-provisioning and Change Review Board
12. Performance-to-Plan Executive Forum
13. Force Readiness ($F_r$) Cross-Functional Team

APPENDIX B
BASIC PHASE MISSION AREA CERTIFICATION AUTHORITIES
(TYCOM CERTIFICATION)

| SURFACE FORCES | | |
|---|---|---|
| COMNAVSURFPAC / COMNAVSURFLANT | Surface Combatants – Guided-Missile Cruisers (CG) | Amphibious Construction Battalion (PHIBCB) |
| | Surface Combatants – Guided-Missile Destroyers (DDG) | Tactical Air Control Group (TACGRU) |
| | Amphibious Assault Ships (LHA/LHD) | Tactical Air Control Squadron (TACRON) |
| | Amphibious Transport Dock (LPD) | Patrol Coastal Ships (PC) – CONUS |
| | Amphibious Dock Landing Ships (LSD) | Surface Combatants – Guided-Missile Destroyers (DDG-1000) |
| | Fleet Surgical Team (FST) | Mine Countermeasures (MCM) – CONUS |
| | Naval Beach Group (NBG) | Expeditionary Mobile Base (T-ESB) |
| | Assault Craft Unit (ACU) | Aegis Ashore - Rotational Crews |
| | Beach Master Unit (BMU) | Littoral Combat Ship (LCS) |
| SUBMARINE FORCES | | |
| COMSUBLANT / COMSUBPAC | Attack Submarines (SSN) | Guided Missile Submarine (SSGN) |
| | UUVRON | |
| AVIATION FORCES | | |
| COMNAVAIRPAC / COMNAVAIRLANT | Aircraft Carrier (CVN) | Helicopter Mine Countermeasures Squadron (HM) |
| | CVW – Strike Fighter Squadron (VFA) | Electronic Attack Squadron (VAQ) Expeditionary |
| | CVW – Carrier Airborne Command and Control Squadron (VAW) | Patrol Squadron (VP) |
| | CVW – Electronic Attack Squadron (VAQ) | Mobile Tactical Operations Center (MTOC) |
| | CVW – Fleet Logistics Support Squadron (VRC) | Unmanned Patrol Squadron (VUP) |
| | CVW – Helicopter Sea Combat Squadron (HSC) | Patrol Squadron Special Projects Unit (VPU) |
| | CVW – Helicopter Maritime Strike Squadron (HSM) | Fleet Air Reconnaissance Squadron (VQ) |

| AVIATION FORCES (cont'd) | | |
|---|---|---|
| COMNAVAIRPAC / COMNAVAIRLANT | EXP - Helicopter Sea Combat Squadron (HSC)/Helicopter Maritime Strike Squadron (HSM) Squadrons | CVW – Fleet Logistics Multi-Mission Squadron (VRM) |
| EXPEDITIONARY FORCES | | |
| COMNECC / COMNECCPAC | Naval Construction Regiment (NCR) AC | Naval Mobile Construction Battalion (NMCB) RC |
| | Naval Construction Regiment (NCR) RC | Underwater Construction Team (UCT) |
| | Naval Mobile Construction Battalion (NMCB) AC | Construction Battalion Maintenance Unit (CBMU) |
| | EOD Area Search Platoon (AS PLT) | EOD Post Mission Analyst Team |
| | EOD Expeditionary Mine Countermeasures Company (ExMCM Co) | EOD Shore Based Detachments (SB DET) |
| | EOD Fly Away Recompression Chamber Platoon (FARC PLT) | EOD Special Operations Force Platoon (SOF PLT) |
| | EOD Group (GRU) | EOD Unmanned Systems Platoon (UMS PLT) |
| | EOD Mobile Communications Platoon (MC PLT) | EOD Very Shallow Water Dive Combatant Craft Platoon (VSW CC PLT) |
| | EOD Mine Countermeasures Platoon (MCM PLT) | EOD Very Shallow Water Dive Platoon (VSW DIVE PLT) |
| | EOD Mobile Platoon (MOB PLT) | EOD Very Shallow Water Unmanned Systems Platoon (VSW UMS PLT) |
| | EOD Mobile Unit (EODMU) | Mobile Diving and Salvage Unit (MDSU) |
| | EOD Navy Special Operations Force Platoon (NAVSOF PLT) | Mobile Diving and Salvage Unit Company (MDSU Co) |
| | EOD OCONUS Mobile Unit (OMU) | |
| | Navy Expeditionary Logistic Regiment (NELR) AC | Navy Expeditionary Logistics Support Group (NAVELSG) Surface Company AC |

| EXPEDITIONARY FORCES (cont'd) | | |
|---|---|---|
| COMNECC / COMNECCPAC | Navy Expeditionary Logistic Regiment (NELR) RC | Navy Expeditionary Logistics Support Group (NAVELSG) Fuels Company AC |
| | Navy Cargo Handling Battalion (NCHB) AC | Navy Expeditionary Logistics Support Group (NAVELSG) Air Cargo Company AC |
| | Navy Cargo Handling Battalion (NCHB) RC | Navy Expeditionary Logistics Support Group (NAVELSG) Cargo Terminal Companies (CTC) AC |
| | Navy Expeditionary Logistics Support Group (NAVELSG) NCHB HQ Company AC | Navy Expeditionary Logistics Support Group (NAVELSG) Exercise Support (ExSUP) Company AC |
| | Coastal Riverine Group (CORIVGRU) | Security Boat Company (SBC) AC |
| | Coastal Riverine Squadron (CRS) AC | Security Boat Company (SBC) RC |
| | Coastal Riverine Squadron (CRS) RC | Security Platoon (SEC PLT) AC |
| | Coastal Riverine Force High Value Unit Detachment (CRF HVU DET) | Security Platoon (SEC PLT) RC |
| | Patrol Boat Company (PBC) | Coastal Riverine Group Embarked Security Teams (EST) |
| | Intelligence Exploitation Team (IET) | |
| INFORMATION FORCES | | |
| COMNAVIFOR | Fleet Intelligence Detachments | Naval Computer and Telecommunications Station |
| | Naval Satellite Operations Center | Naval Oceanography Operations Command |
| | Naval Network Warfare Command | Naval Oceanography Mine Warfare Center |
| | Navy Cyber Defense Operations Command | Joint Typhoon Warning Center |
| | Navy Information Operations Command | Naval Oceanography Anti-Submarine Warfare Center |
| | Cryptologic Warfare Groups | Fleet Survey Teams |

| INFORMATION FORCES (cont'd) | | |
|---|---|---|
| COMNAVIFOR | Naval Computer and Telecommunications Area Master Station | Fleet Weather Centers |
| | Cryptologic Warfare Group | Cryptologic Warfare Maritime Activity |
| | Cyber Defense Activity | |
| **MSC FORCES** | | |
| COMSC | Dry Cargo/Ammunition Ships (T-AKE) | Fleet Replenishment Oilers (T-AO) |
| | Fast Combat Support Ships (T-AOE) | Rescue/Salvage Ships (T-ARS) |
| | Cable Laying/Repair Ship (T-ARC) | Submarine Tender (AS) – Civilian Crew |
| | Command Ship (LCC) – Civilian Crew | Expeditionary Sea Base (T-ESB) – Civilian Crew |
| | Fleet Ocean Tugs (T-ATF) | Expeditionary Fast Transports (T-EPF) |
| | Hospital Ships (T-AH) | Missile Range Instrumentation Ships (T-AGM) |
| | Submarine and Special Warfare Support Ships (T-AGSE / MV) | Navigation Test Support Ship (T-AGS) |
| | Oceanographic Survey Ships (T-AGS) | Sea-based X-band Radar Platform (SBX) |
| | Ocean Surveillance Ships (T-AGOS) | Expeditionary Transfer Dock (T-ESD) |
| | Container Ships (T-AK) | High Speed Transports (HST) |
| | Large, Medium-Speed, Roll-On/Roll-Off Ships (T-AKR) | High Speed Vessel (HSV) |
| | Dry Cargo/Ammunition Ships (T-AKE) | Offshore Petroleum Distribution System (T-AG) |
| **FDNF-JAPAN (COMSEVENTHFLT)** | | |
| COMNAVSURFPAC | Amphibious Command Ship (LCC) | Surface Combatants – Guided-Missile Cruisers (CG) |
| | Surface Combatants – Guided-Missile Destroyer (DDG) | Amphibious Assault Ships (LHA/LHD) |
| | Amphibious Transport Dock (LPD) | Amphibious Dock Landing Ships (LSD) |
| | Navy Beach (NAVBEACH) Unit | Mine Countermeasures (MCM) |
| COMNAVAIRPAC | Aircraft Carrier (CVN) | CVW – Strike Fighter Squadron (VFA) |

| FDNF-JAPAN (COMSEVENTHFLT) (cont'd) | | |
|---|---|---|
| COMNAVAIRPAC | Airborne Command and Control Squadron (VAW) | CVW – Fleet Logistics Support Squadron (VRC) |
| | CVW – Electronic Attack Squadron (VAQ) | CVW – Helicopter Sea Combat Squadron (HSC) |
| | EXP - Helicopter Sea Combat Squadron (HSC) - Guam | CVW – Helicopter Maritime Strike Squadron (HSM) |
| | EXP - Helicopter Maritime Strike Squadron (HSM) - Japan | CVW - Fleet Logistics Multi-Mission Squadron (VRM) |
| COMSUBPAC | Attack Submarines – SSN (Guam) | Submarine Tender (AS) – Military Crew and Vessel |
| FDNF-USCENTCOM (COMFIFTHFLT) | | |
| COMNAVSURFLANT | Mine Countermeasures (MCM) | Expeditionary Mobile Base (ESB) |
| | Patrol Coastal Ships (PC) | |
| FDNF-EUCOM (COMSIXTHFLT) | | |
| COMNAVSURFLANT | Surface Combatants – Guided-Missile Destroyer (DDG) BMD | Amphibious Command Ship (LCC) MILCREW |
| COMNAVAIRLANT | EXP - Helicopter Maritime Strike Squadron (HSM) Expeditionary – Spain | |

**Note:** Guam SSNs are OPCON to COMSEVENTHFLT but ADCON to COMSUBPAC. Guam AS Tenders are OPCON to COMSEVENTHFLT, but the mariner crew is ADCON to COMSC. COMSC will provide a deployment or employment certification recommendation (as applicable) for the mariner crew to USFF and COMSUBPAC. COMSUBPAC will provide the overall deployment or employment certification recommendation to COMSEVENTHFLT.

## APPENDIX C
## DEPLOYMENT AND EMPLOYMENT CERTIFICATION AUTHORITIES

Employment and Deployment certification. This is applicable to all Navy forces under Commander, U.S. Fleet Forces Command and Commander, U.S. Pacific Fleet administrative control (ADCON) under these circumstances: (1) deployment to fulfill a global force management, Request for Forces (RFF), Request for Capability (RFC) requirements, (2) requirement for sustained readiness certification for continued operations (e.g., forward deployed naval forces, information warfare forces), (3) departure from certification authority area of responsibility for training or exercises, or (4) employment in response to higher headquarter tasking (e.g., DSCA, HADR). This does not preclude certifying authority from requiring an employment or deployment certification requirement for force employment not addressed.

a. The certification authority will make employment and deployment certification decisions using assessments, certification recommendations, Defense Reporting Requirement System readiness reporting data, and any other pertinent information to validate that a force or unit has the requisite level of readiness to perform assigned missions.

(1) The certification authority will document employment and deployment certifications via naval message.

(2) This message will include a summary of all personnel, equipment, supply, training, and ordnance pillar areas of concern and a training and proficiency assessment in all capability and mission areas. Additional capabilities may be included.

| Unit | Certification Authority |
|---|---|
| Carrier Strike Group (CSG)<br>• Includes staffs, airwings, surface units with embarked helicopter detachments, expeditionary detachments (e.g., EOD), supporting augmenters, or any other force not specifically noted | COMUSFLTFORCOM / COMTHIRDFLT |
| Expeditionary Strike Group (ESG)<br>• Staffs, surface units with embarked helicopter detachments, expeditionary detachments, amphibious detachments, supporting augmenters, or any other force not specifically noted | COMUSFLTFORCOM / COMTHIRDFLT |
| Amphibious Ready Group (ARG)<br>• Includes staffs, surface units with embarked helicopter detachments, expeditionary forces, amphibious detachments, supporting augmenters, or any other force not specifically noted | COMUSFLTFORCOM / COMTHIRDFLT |

| Unit | Certification Authority |
|---|---|
| Adaptive Force Packages (AFPs)<br>• Includes staff elements, surface units with embarked helicopter detachments, MSC units, expeditionary detachments, amphibious detachments, supporting augmenters, or any other force not specifically noted | COMUSFLTFORCOM / COMTHIRDFLT |
| Surface Action Groups (SAGs)<br>• Includes staffs, surface units with embarked helicopter detachments, supporting augmenters, or any other force not specifically noted | COMUSFLTFORCOM / COMTHIRDFLT |
| Independently Deploying Staffs, Ships and Crews | |
| Surface Combatants - Guided-Missile Cruisers (CG) | COMUSFLTFORCOM / COMTHIRDFLT |
| Surface Combatants - Guided-Missile Destroyers (DDG) | COMUSFLTFORCOM / COMTHIRDFLT |
| Amphibious Assault Ships (LHA/LHD) | COMUSFLTFORCOM / COMTHIRDFLT |
| Amphibious Transport Dock (LPD) | COMUSFLTFORCOM / COMTHIRDFLT |
| Amphibious Dock Landing Ships (LSD) | COMUSFLTFORCOM / COMTHIRDFLT |
| Fleet Surgical Team (FST) | COMUSFLTFORCOM / COMTHIRDFLT |
| Naval Beach Group (NBG) | COMUSFLTFORCOM / COMTHIRDFLT |
| Assault Craft Unit (ACU) | COMUSFLTFORCOM / COMTHIRDFLT |
| Beach Master Unit (BMU) | COMUSFLTFORCOM / COMTHIRDFLT |
| Amphibious Construction Battalion (PHIBCB) | COMUSFLTFORCOM / COMTHIRDFLT |
| Tactical Air Control Group (TACGRU) | COMUSFLTFORCOM / COMTHIRDFLT |
| Tactical Air Control Squadron (TACRON) | COMUSFLTFORCOM / COMTHIRDFLT |
| Patrol Coastal Ships (PC) – CONUS | COMUSFLTFORCOM |
| Surface Combatants - Guided-Missile Destroyers (DDG-1000) | COMTHIRDFLT |
| Mine Countermeasures (MCM) - CONUS | COMTHIRDFLT |
| Expeditionary Mobile Base (T-ESB) | COMUSFLTFORCOM / COMTHIRDFLT |
| Aegis Ashore - Rotational Crews | COMUSFLTFORCOM / COMTHIRDFLT |
| Littoral Combat Ship (LCS) | |
| LCS - Rotational Crews | COMUSFLTFORCOM / COMTHIRDFLT |
| LCS – Hull Deployers | COMUSFLTFORCOM / COMTHIRDFLT |
| LCS – Training Ship Exchange | COMUSFLTFORCOM / COMTHIRDFLT |
| Submarines | |
| Guided Missile Submarine (SSGN) – Deployment | COMUSFLTFORCOM / COMTHIRDFLT |

| Unit | Certification Authority |
|---|---|
| Guided Missile Submarine (SSGN) – Crew Exchange | COMSUBLANT / COMSUBPAC |
| Attack Submarines (SSN) | COMUSFLTFORCOM / COMTHIRDFLT |
| Independently Deploying Aviation | |
| Helicopter Sea Combat Squadron (HSC)/ Helicopter Maritime Strike Squadron (HSM) | COMUSFLTFORCOM / COMTHIRDFLT |
| Electronic Attack Squadron (VAQ) Expeditionary | COMPACFLT / COMTHIRDFLT |
| Helicopter Mine Countermeasures Squadron (HM) | COMUSFLTFORCOM |
| Patrol Squadron (VP) | COMUSFLTFORCOM / COMTHIRDFLT |
| Helicopter Sea Combat Squadron (HSC) - Guam | COMPACFLT / COMSEVENTHFLT |
| Mobile Tactical Operations Center (MTOC) | COMUSFLTFORCOM / COMTHIRDFLT |
| Unmanned Patrol Squadron (VUP) | COMUSFLTFORCOM / COMTHIRDFLT |
| Patrol Squadron Special Projects Unit (VPU) | COMUSFLTFORCOM / COMTHIRDFLT |
| Fleet Air Reconnaissance Squadron (VQ) | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Construction Force (NCF) | |
| Naval Construction Regiment (NCR) AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Naval Construction Regiment (NCR) RC | COMUSFLTFORCOM / COMTHIRDFLT |
| Naval Mobile Construction Battalion (NMCB) AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Naval Mobile Construction Battalion (NMCB) RC | COMUSFLTFORCOM / COMTHIRDFLT |
| Underwater Construction Team (UCT) | COMUSFLTFORCOM / COMTHIRDFLT |
| Construction Battalion Maintenance Unit (CBMU) | COMUSFLTFORCOM / COMTHIRDFLT |
| Explosive Ordnance Disposal (EOD) | |
| EOD Area Search Platoon (AS PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Expeditionary Mine Countermeasures Company (ExMCM Co) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Fly Away Recompression Chamber Platoon (FARC PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Group (GRU) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Mobile Communications Platoon (MC PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Mine Countermeasures Platoon (MCM PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Mobile Platoon (MOB PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Mobile Unit (EODMU) | COMUSFLTFORCOM / COMTHIRDFLT |

| Unit | Certification Authority |
|---|---|
| Explosive Ordnance Disposal (EOD) (cont'd) | |
| EOD Navy Special Operations Force Platoon (NAVSOF PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD OCONUS Mobile Unit (OMU) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Post Mission Analyst Team | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Shore Based Detachments (SB DET) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Special Operations Force Platoon (SOF PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Unmanned Systems Platoon (UMS PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Very Shallow Water Dive Combatant Craft Platoon (VSW CC PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Very Shallow Water Dive Platoon (VSW DIVE PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| EOD Very Shallow Water Unmanned Systems Platoon (VSW UMS PLT) | COMUSFLTFORCOM / COMTHIRDFLT |
| Mobile Diving and Salvage Unit (MDSU) | COMUSFLTFORCOM / COMTHIRDFLT |
| Mobile Diving and Salvage Unit Company (MDSU Co) | COMUSFLTFORCOM / COMTHIRDFLT |
| Expeditionary Logistic Support | |
| Navy Expeditionary Logistic Regiment (NELR) AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Expeditionary Logistic Regiment (NELR) RC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Cargo Handling Battalion (NCHB) AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Cargo Handling Battalion (NCHB) RC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Expeditionary Logistics Support Group (NAVELSG) NCHB HQ Company AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Expeditionary Logistics Support Group (NAVELSG) Surface Company AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Expeditionary Logistics Support Group (NAVELSG) Fuels Company AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Expeditionary Logistics Support Group (NAVELSG) Air Cargo Company AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Expeditionary Logistics Support Group (NAVELSG) Cargo Terminal Companies (CTC) AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Navy Expeditionary Logistics Support Group (NAVELSG) Exercise Support (ExSUP) Company AC | COMUSFLTFORCOM / COMTHIRDFLT |

| Unit | Certification Authority |
|---|---|
| Coastal Riverine Force (CRF) | |
| Coastal Riverine Group (CORIVGRU) | COMUSFLTFORCOM / COMTHIRDFLT |
| Coastal Riverine Squadron (CRS) AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Coastal Riverine Squadron (CRS) RC | COMUSFLTFORCOM / COMTHIRDFLT |
| Coastal Riverine Force High Value Unit Detachment (CRF HVU DET) | COMUSFLTFORCOM / COMTHIRDFLT |
| Patrol Boat Company (PBC) | COMUSFLTFORCOM / COMTHIRDFLT |
| Security Boat Company (SBC) AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Security Boat Company (SBC) RC | COMUSFLTFORCOM / COMTHIRDFLT |
| Security Platoon (SEC PLT) AC | COMUSFLTFORCOM / COMTHIRDFLT |
| Security Platoon (SEC PLT) RC | COMUSFLTFORCOM / COMTHIRDFLT |
| Coastal Riverine Group Embarked Security Teams (EST) | COMUSFLTFORCOM / COMTHIRDFLT |
| Expeditionary Intelligence Command | |
| Intelligence Exploitation Team (IET) | COMUSFLTFORCOM / COMTHIRDFLT |
| Information Forces | |
| Fleet Intelligence Detachments (FIDs) | COMUSFLTFORCOM |
| Naval Satellite Operations Center | COMUSFLTFORCOM |
| Navy Information Operations Command (NIOC) | COMUSFLTFORCOM |
| Cryptologic Warfare Groups | COMUSFLTFORCOM |
| Naval Computer and Telecommunications Area Master Station (NCTAMS) | COMUSFLTFORCOM |
| Naval Computer and Telecommunications Station (NAVCOMTELSTA) | COMUSFLTFORCOM |
| Naval Network Warfare Command (NNWC) | COMUSFLTFORCOM |
| Navy Cyber Defense Operations Command (NCDOC) | COMUSFLTFORCOM |
| Naval Oceanographic Office | COMUSFLTFORCOM |
| Fleet Weather Center – Norfolk | COMUSFLTFORCOM |
| Fleet Weather Center - San Diego | COMUSFLTFORCOM |
| Naval Oceanography Operations Command (NOOC) | COMUSFLTFORCOM |
| Joint Typhoon Warning Center (JTWC) | COMUSFLTFORCOM |
| Military Sealift Command (MSC) - Combat Logistics Force | |
| Dry Cargo/Ammunition Ships (T-AKE) | COMSC |
| Fast Combat Support Ships (T-AOE) | COMSC |
| Fleet Replenishment Oilers (T-AO) | COMSC |

| Unit | Certification Authority |
|---|---|
| Military Sealift Command (MSC) - Service and Command Support | |
| Cable Laying/Repair Ship (T-ARC) | COMSC |
| Fleet Ocean Tugs (T-ATF) | COMSC |
| Hospital Ships (T-AH) | COMSC |
| Rescue/Salvage Ships (T-ARS) | COMSC |
| Expeditionary Fast Transports (T-EPF) | COMSC |
| Expeditionary Sea Base (T-ESB)) | COMUSFLTFORCOM |
| Military Sealift Command (MSC) - Special Mission | |
| Submarine and Special Warfare Support Ships (T-AGSE / MV) | COMSC |
| Oceanographic Survey Ships and Navigation Test Support Ship (T-AGS) | COMSC |
| Ocean Surveillance Ships (T-AGOS) | COMSC |
| Missile Range Instrumentation Ships (T-AGM) | COMSC |
| Sea-based X-band Radar Platform (SBX) | COMSC |
| Military Sealift Command (MSC) - Prepositioning | |
| Container Ships (T-AK) | COMSC |
| Large, Medium-Speed, Roll-On/Roll-Off Ships (T-AKR) | COMSC |
| Dry Cargo/Ammunition Ships (T-AKE) | COMSC |
| Offshore Petroleum Distribution System (T-AG) | COMSC |
| Expeditionary Transfer Dock (T-ESD) | COMSC |
| High Speed Transports (HST) | COMSC |
| High Speed Vessel (HSV) | COMSC |
| FDNF-JAPAN (COMSEVENTHFLT) | |
| Carrier Strike Group (CSG)<br>• Includes staffs, airwings, surface units with embarked helicopter detachments, expeditionary detachments (e.g., EOD), supporting augmenters, or any other force not specifically noted | COMSEVENTHFLT |
| Expeditionary Strike Group (ESG)<br>• Includes assigned staffs, surface units with embarked helicopter detachments, expeditionary forces, amphibious detachments, supporting augmenters, or any other force not specifically noted | COMSEVENTHFLT |

| Unit | Certification Authority |
|---|---|
| FDNF-JAPAN (COMSEVENTHFLT) (cont'd) | |
| Amphibious Ready Group (ARG)<br>• Includes assigned staffs, surface units with embarked helicopter detachments, expeditionary forces, amphibious detachments, supporting augmenters, or any other force not specifically noted | COMSEVENTHFLT |
| Surface Action Groups (SAG)<br>• Includes staffs, surface units with embarked helicopter detachments, supporting augmenters, or any other force not specifically noted | COMSEVENTHFLT |
| Independently Deploying Staffs, Ships and Crews | |
| Amphibious Command Ship (LCC) | COMSEVENTHFLT |
| Surface Combatants - Guided-Missile Cruisers (CG) | COMSEVENTHFLT |
| Surface Combatants - Guided-Missile Destroyer (DDG) | COMSEVENTHFLT |
| Amphibious Assault Ships (LHD) | COMSEVENTHFLT |
| Amphibious Transport Dock (LPD) | COMSEVENTHFLT |
| Amphibious Dock Landing Ships (LSD) | COMSEVENTHFLT |
| Navy Beach (NAVBEACH) Unit | COMSEVENTHFLT |
| Mine Countermeasures (MCM) | COMSEVENTHFLT |
| Aviation | |
| EXP - Helicopter Sea Combat Squadron (HSC) - Guam | COMSEVENTHFLT |
| EXP - Helicopter Maritime Strike Squadron (HSM) - Japan | COMSEVENTHFLT |
| Submarine | |
| Attack Submarines – SSN | COMSEVENTHFLT |
| Submarine Tender (AS) | COMSEVENTHFLT |
| FDNF-USCENTCOM (COMFIFTHFLT) | |
| Mine Countermeasures (MCM) | COMFIFTHFLT |
| Patrol Coastal Ships (PC) | COMFIFTHFLT |
| Expeditionary Mobile Base (ESB) | COMFIFTHFLT |
| FDNF-EUCOM (COMSIXTHFLT) | |
| Surface Combatants – Guided-Missile Destroyer (DDG) | COMSIXTHFLT |
| Amphibious Command Ship (LCC) | COMSIXTHFLT |

**Note:** Guam SSNs are operational control to Commander, U.S. SEVENTH Fleet (COMSEVENTHFLT) but ADCON to Commander, Submarine Force Pacific (COMSUBPAC). Guam AS Tenders are OPCON to COMSEVENTHFLT, but the mariner crew is ADCON to Commander, Military Sealift Command (COMSC). COMSC will provide a deployment or employment certification recommendation (as applicable) for the mariner crew to U.S. Fleet Forces Command and COMSUBPAC. COMSUBPAC will provide the overall deployment or employment certification recommendation to COMSEVENTHFLT.

## APPENDIX D
## EMPLOYMENT and DEPLOYMENT CERTIFICATION CONSTRUCT

1. Capability and Mission Area Training Experience: An indicator of force or unit experience level in a specific capability and mission area gained through completion of training events, sub-events, and assessments.

a. TRAINING COMPLETE: Completed all required academic, live, virtual, and constructive training. Training meets all of the criteria, including required inspections, certifications, assessments, and visits.

(1) Multi-warfare, joint, multinational, and interagency environment, as appropriate.

(2) Anticipated force organizational C2 structure (e.g., joint, commander task force, carrier strike group, expeditionary strike group, amphibious ready group, surface action group, section, and division).

b. TRAINING INCOMPLETE: Did not complete all required inspections, certifications, assessments, visits and training; or completed all required training, but that training did not meet the "TRAINING COMPLETE" criteria.

c. NOT TRAINED: Force did not complete any training.

2. Capability and Mission Area Proficiency: A quantitative assessment of a force's ability to execute in a specific capability and mission area to established standards. Additional training may be required if performance standards are not met or observed.

a. AT STANDARDS must meet:

(1) Force met all performance standards in a live, virtual, or constructive event.

(2) Performance observed under pacing threat conditions.

(3) Personnel, equipment, supply, and ordnance fully meet requirements.

b. CONDITIONALLY QUALIFIED – AT STANDARDS: One or more of the criteria apply:

(1) Assessed as capable of meeting all performance standards, but not observed in a live or virtual, and constructive event.

(2) Satisfactory performance observed under less than pacing threat conditions.

(3) Personnel, equipment, supply, and ordnance partially meet requirements.

c. BELOW STANDARDS: One or more of the criteria apply:

(1) Performance standards not met

(2) Personnel, equipment, supply, or ordnance insufficient to meet requirements.

d. NOT ASSESSED: A required capability was not observed or assessed. Requires prior fleet commander approval.

## APPENDIX E
## MINIMUM TRAINING REQUIREMENTS FOR AT-SEA EVENTS

To ensure that surface ships and aircraft carriers, nuclear (CVNs) are ready for the tasking they are assigned, the "Minimum Training Requirements for At-Sea Events" specifies the minimum expected type commander (TYCOM) Mission Area Basic Phase Certifications required to assign indicated tasking. This table applies to all surface ships and CVNs under Commander, Naval Surface Force Atlantic, Commander Naval Surface Force Pacific, Commander, Naval Air Force Atlantic, or Commander, Naval Air Force Pacific administrative control.

a. Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM), Commander, U.S. Pacific Command (COMPACFLT), Commander, U.S. Naval Forces Europe/Africa (COMUSNAVEUR/COMUSNAVAF), through Commander, U.S. SECOND Fleet, Commander, U.S. THIRD Fleet, Commander, U.S. FIFTH Fleet, Commander, U.S. SIXTH Fleet, Commander, U.S. SEVENTH Fleet (COMSEVENTHFLT) and TYCOMS will ensure designated certifications are obtained prior to tasking assigning.

b. Units not meeting requirements specified in the following table, but are required for operational tasking must be briefed to and receive approval for tasking from either COMUSFLTFORCOM, COMPACFLT, or COMUSNAVEUR/COMUSNAVAF.

c. Units will be assigned for specified events based on the following scheduling priority:

(1) Units in Sustainment

(2) Units that are Basic Phase complete

(3) Units that have met the requirements specified in the "Minimum Training Requirements for At-Sea Events" table below

d. COMSEVENTHFLT events prior to Tier 2 certification are limited to the vicinity of Japan and the Marianas Islands to include associated ports.

| Minimum Training Requirements for At-Sea Events | | |
|---|---|---|
| Basic Phase Status | Service Allocation (SERVAL) Event/Task | Expected TYCOM Basic Phase Mission Area Certification Required [6] |
| Prior to Basic Phase | · Sea Trials | Conducted under specific detailed agenda with extensive preparation and technical oversight approved by the TYCOM |
| | · Developmental Testing (DT) | |
| Pre-Tier 1 BP Complete | · Other Testing & Experiments | MOB-D, MOB-E, MOB-N, MOB-S [1], SAR |
| | · Theater Security Cooperation (TSC) | |
| | · Passing Exercise (PASSEX) | |
| | · Helicopter Operations (e.g., deck landing qualification (DLQ), fast rope) | MOB-D, MOB-E, MOB-N, MOB-S [1], SAR, MOB-A |
| | · Special Operations Command Priority 1 Services | |
| | · Opposition Force (OPFOR) | MOB-D, MOB-E, MOB-N, MOB-S [1], SAR, MOB-A, COMMS [2] Submarines should be designated "Ready for Tasking" per TYCOM directive.[6] |
| | · Submarine Command Course (SCC) | |
| | · SSN Sea trials escort | |
| | · CONUS Homeport Shift | |
| | · DSCA | MOB-D, MOB-E, MOB-N, MOB-S [1], SAR, MOB-A, COMMS [2], AMW |
| | · Type Commanders Amphibious Training | MOB-D, MOB-E, MOB-N, MOB-S [1], SAR, MOB-A, COMMS [2], AMW, FSO-M |
| | · Well Deck Operations | |
| | · Fleet Week | MOB-D, MOB-E, MOB-N, MOB-S [1], SAR, MOB-A, FSO-M, AT |
| | · Naval Surface Fire Support (NSFS) | MOB-D, MOB-E, MOB-N, MOB-S [1], SAR, MOB-A, COMMS [2], STW(NSFS) |
| | · Missile Exercise (MISSILEX ) | MOB-D, MOB-E, MOB-N, MOB-S [1], SAR, MOB-A, COMMS [2], appropriate Tier 2 warfare area cert (AW, BMD, SW, USW, STW) commensurate with type of missile to be fired |
| BP Tier 1 Complete | · CONUS, Hawaii, Alaska OPAREA Exercises | Tier 1, SAR |
| | · Out of area [3] Exercises | |
| | · Foreign Humanitarian Assistance (FHA) | Tier 1, SAR, appropriate Tier 2 warfare area cert commensurate with type of mission (AW, BMD, SW, USW, STW), and FPEX (only if event includes foreign port) |
| | · Ready Duty Ship - Theater ASW, Homeland Defense, BMD Tether [4] | |

| | | |
|---|---|---|
| BP Tier 1 Complete (cont'd) | · Combat Systems Ship Qualification Trials (CSSQT) | Tier 1, SAR, AW, SW, EW. INT, appropriate Tier 2 warfare area cert (BMD, USW, STW) commensurate with type of mission |
| | · Intelligence Collection Ship (AGI) [3] Operations | Conducted under specific detailed agenda with extensive preparation and technical oversight approved by the TYCOM |
| | · Surface Warfare Advanced Tactical Training | Tier 1, SAR, SW, CRY, EW, INT |
| BP Tier 2 Complete | · Group Sail | Basic Phase Complete |
| | · Multi-Sail | |
| | · Counter-Narcotics (CN) [5] Operations | |
| | · Freedom of Navigation (FON) [3] Operations | |
| | · Live Fire With a Purpose (LFWAP) | |

Note 1: Requires administration, level of knowledge, underway from pier, mooring to a pier, anchoring, man overboard, small boat ops.

Note 2: COMMS for OPFOR and SCC are desired to the level of presentation required for the event.

Note 3: Includes exercises and operations in foreign ports/territorial waters and/or inside a different NFC's AOR.

Note 4: Any tether requirement that requires less than 96-hour Ready for Sea status may incur a day-for-day extension to Basic Phase as necessary due to system availability for training.

Note 5: Forces conducting Counter-Narcotics (CN) operations will conduct USCG Law Enforcement Detachment (LEDET) embarkation and Airborne Use of Force training before or en-route to AOR in which operations are expected.

Note 6: Submarines designated "Ready for Tasking" may perform all serial events with TYCOM concurrence.

Definitions:

Mobility (Tier 1). Core skills training in Maintenance and Material Management (3M), Amphibious Warfare (AMW), Anti-terrorism (AT), Communications (COMMS), Explosive Safety (EXPSAF), Fleet Support Operations-Medical (FSO-M), Mobility-Aviation (MOB-A),

Mobility-Damage Control (MOB-D), Mobility-Engineering (MOB-E), Mobility-Navigation (MOB-N), Mobility-Seamanship (MOB-S), Search and Rescue (SAR), and Supply (SUP).

**Unit Tactical (Tier 2).** Unit warfare training in Air Warfare (AW), Ballistic Missile Defense (BMD), Cryptology (CRY), Cyber (CYBER), Electronic Warfare (EW), Intelligence (INT), Mine Warfare (MIW), Surface Warfare (SW), Strike Warfare (STW)-Cruise Missile Tactical Qualification (CMTQ), Strike Warfare (STW)-Naval Surface Fire Support (NSFS), Undersea Warfare (USW), and Visit, Board, Search, and Seizure (VBSS) as applicable.

## APPENDIX F
## NOMINAL OFRP CYCLE AND MASTER OFRP CYCLE LENGTHS

Optimized fleet response plan (OFRP) cycle lengths vary across the Navy and provide a balance between maintenance and modernization, training requirements, and operational availability. Nominal cycle lengths are the planning basis for developing the master OFRP production plan (MOPP) for each group or unit. Cycle lengths are adjusted inside a group such as carrier strike group or amphibious ready group to align units to the start of the integrated phase.

| Unit | Nominal OFRP Cycle Length | Master OFRP Production Plan Cycle |
|---|---|---|
| Aircraft Carrier (CVN) Note 1 | 36 months | 9 years |
| Surface Combatants – Guided-Missile Cruisers (CG) | 36 months | 9 years |
| Surface Combatants – Guided-Missile Destroyers (DDG) | 36 months | 9 years |
| Amphibious Assault Ships (LHA/LHD) | 36 months | 9 years |
| Amphibious Transport Dock (LPD) | 36 months | 9 years |
| Amphibious Dock Landing Ships (LSD) | 36 months | 9 years |
| Fleet Surgical Team (FST) | 36 months | 9 years |
| Naval Beach Group (NBG) | 36 months | 9 years |
| Assault Craft Unit (ACU) | 36 months | 9 years |
| Beach Master Unit (BMU) | 36 months | 9 years |
| Amphibious Construction Battalion (PHIBCB) | 36 months | 9 years |
| Tactical Air Control Group (TACGRU) | 36 months | 9 years |
| Tactical Air Control Squadron (TACRON) | 36 months | 9 years |
| Patrol Coastal Ships (PC) – CONUS | 36 months | 9 years |
| Surface Combatants – Guided-Missile Destroyers (DDG-1000) | 36 months | 9 years |
| Mine Countermeasures (MCM) | 36 months | 9 years |
| Littoral Combat Ship (LCS) | 36 months | 9 years |
| **Submarine** | | |
| Guided Missile Submarine (SSGN) | 24 months | Note 4 |
| Attack Submarines (SSN) | 18 months | Note 4 |
| **Aviation** | | |
| CVW – Strike Fighter Squadron (VFA) | 36 months | 9 years |
| CVW – Airborne Command and Control Squadron (VAW) | 36 months | 9 years |

| **Aviation (cont'd)** | | |
|---|---|---|
| CVW – Electronic Attack Squadron (VAQ) | 36 months | 9 years |
| CVW – Fleet Logistics Support Squadron (VRC) | 36 months | 9 years |
| CVW – Helicopter Sea Combat Squadron (HSC) | 36 months | 9 years |
| CVW – Helicopter Maritime Strike Squadron (HSM) | 36 months | 9 years |
| Fleet Logistics Multi-Mission Squadron (VRM) | 36 months | 9 years |
| EXP - Helicopter Sea Combat Squadron (HSC)/ Helicopter Maritime Strike Squadron (HSM) Squadrons | 36 months | 9 years |
| Helicopter Mine Countermeasures Squadron (HM) | Note 2 | Note 2 |
| Electronic Attack Squadron (VAQ) Expeditionary | 24 months | 6 years |
| Patrol Squadron (VP) | 18 months | 5 years |
| Mobile Tactical Operations Center (MTOC) | 18 months | 5 years |
| Unmanned Patrol Squadron (VUP) | 18 months | 5 years |
| Patrol Squadron Special Projects Unit (VPU) | 18 months | 5 years |
| Fleet Air Reconnaissance Squadron (VQ) | 18 months | 5 years |
| **Naval Construction Force (NCF)** | | |
| Naval Construction Regiment (NCR) AC | 24 months | 6 years |
| Naval Construction Regiment (NCR) RC | 36 months | 9 years |
| Naval Mobile Construction Battalion (NMCB) AC | 18 months | 4.5 years |
| Naval Mobile Construction Battalion (NMCB) RC | 48 months | 12 years |
| Underwater Construction Team (UCT) | 24 months | 6 years |
| Construction Battalion Maintenance Unit (CBMU) | 24 months | 6 years |
| **Explosive Ordnance Disposal (EOD)** | | |
| EOD Area Search Platoon (AS PLT) | 24 months | 6 years |
| EOD Expeditionary Mine Countermeasures Company (Ex MCM Co) | 24 months | 6 years |
| EOD Fly Away Recompression Chamber Platoon (FARC PLT) | 24 months | 6 years |
| EOD Group (GRU) | 24 months | 6 years |
| EOD Mobile Communications Platoon (MC PLT) | 24 months | 6 years |
| EOD Mine Countermeasures Platoon (MCM PLT) | 24 months | 6 years |
| EOD Mobile Platoon (MOB PLT) | 24 months | 6 years |
| EOD Mobile Unit (EODMU) | 24 months | 6 years |
| EOD Navy Special Operations Force Platoon (NAVSOF PLT) | 24 months | 6 years |

| **Explosive Ordnance Disposal (EOD) (cont'd)** | | |
|---|---|---|
| EOD OCONUS Mobile Unit (OMU) | 24 months | 6 years |
| EOD Post Mission Analyst Team | 24 months | 6 years |
| EOD Shore Based Detachments (SB DET) | 24 months | 6 years |
| EOD Special Operations Force Platoon (SOF PLT) | 32 months | 8 years |
| EOD Unmanned Systems Platoon (UMS PLT) | 24 months | 6 years |
| EOD Very Shallow Water Dive Combatant Craft Platoon (VSW CC PLT) | 24 months | 6 years |
| EOD Very Shallow Water Dive Platoon (VSW DIVE PLT) | 24 months | 6 years |
| EOD Very Shallow Water Unmanned Systems Platoon (VSW UMS PLT) | 24 months | 6 years |
| Mobile Diving and Salvage Unit (MDSU) | 24 months | 6 years |
| Mobile Diving and Salvage Unit Company (MDSU Co) | 24 months | 6 years |
| **Expeditionary Logistic Support** | | |
| Navy Expeditionary Logistic Regiment (NELR) AC | 24 months | 6 years |
| Navy Expeditionary Logistic Regiment (NELR) RC | 48 months | 12 years |
| Navy Cargo Handling Battalion (NCHB) AC | 36 months | 9 years |
| Navy Cargo Handling Battalion (NCHB) RC | 48 months | 12 years |
| Navy Expeditionary Logistics Support Group (NAVELSG) NCHB HQ Company AC | 36 Months | 9 years |
| Navy Expeditionary Logistics Support Group (NAVELSG) Surface Company AC | 36 Months | 9 years |
| Navy Expeditionary Logistics Support Group (NAVELSG) Fuels Company AC | 36 Months | 9 years |
| Navy Expeditionary Logistics Support Group (NAVELSG) Air Cargo Company AC | 36 Months | 9 years |
| Navy Expeditionary Logistics Support Group (NAVELSG) Cargo Terminal Companies (CTC) AC | 36 Months | 9 years |
| Navy Expeditionary Logistics Support Group (NAVELSG) Exercise Support (ExSUP) Company AC | 36 Months | 9 years |
| **Coastal Riverine Force (CRF)** | | |
| Coastal Riverine Group (CORIVGRU) | 24 months | 6 years |
| Coastal Riverine Squadron (CRS) AC | 21 months | 5.25 years |

| **Coastal Riverine Force (CRF) (cont'd)** | | |
|---|---|---|
| Coastal Riverine Squadron (CRS) RC | 48 months | 12 years |
| Coastal Riverine Force High Value Unit Detachment (CRF HVU DET) | 12 months | 3 years |
| Patrol Boat Company (PBC) | 21 months | 5.25 years |
| Security Boat Company (SBC) AC | 21 months | 5.25 years |
| Security Boat Company (SBC) RC | 60 months | 12 years |
| Security Platoon (SEC PLT) AC | 21 months | 5.25 years |
| Security Platoon (SEC PLT) RC | 48 months | 12 years |
| Coastal Riverine Group Embarked Security Teams (EST) | 6 months | 1.5 years |
| **Expeditionary Intelligence Command** | | |
| Intelligence Exploitation Team (IET) | 18 months | 4.5 years |
| **AEGIS Ashore** | | |
| Aegis Ashore Missile Defense System | 18 months | 5 years |
| **Information Forces** | | |
| Fleet Intelligence Detachments | 24 months | 6 years |
| Naval Satellite Operations Center | 24 months | 6 years |
| Naval Network Warfare Command | 24 months | 6 years |
| Navy Cyber Defense Operations Command | 24 months | 6 years |
| Navy Information Operations Command | 24 months | 6 years |
| Cryptologic Warfare Groups | 24 months | 6 years |
| Naval Computer and Telecommunications Area Master Station | 24 months | 6 years |
| Naval Computer and Telecommunications Station | 24 months | 6 years |
| Naval Oceanography Operations Command | 24 months | 6 years |
| Naval Oceanography Mine Warfare Center | 24 months | 6 years |
| Joint Typhoon Warning Center | 24 months | 6 years |
| Naval Oceanography Anti-Submarine Warfare Center | 24 months | 6 years |
| Fleet Survey Teams | 24 months | 6 years |
| Fleet Weather Centers | 24 months | 6 years |
| **Military Sealift Command (MSC) - Combat Logistics Force** | | |
| Dry Cargo/Ammunition Ships (T-AKE) | 60 months | 15 years |
| Fast Combat Support Ships (T-AOE) | 60 months | 15 years |

| **Military Sealift Command (MSC) - Combat Logistics Force (cont'd)** | | |
|---|---|---|
| Fleet Replenishment Oilers (T-AO) | 60 months | 15 years |

| **Military Sealift Command (MSC) - Service and Command Support** | | |
|---|---|---|
| Cable Laying/Repair Ship (T-ARC) | 60 months | 15 years |
| Command Ship (LCC) – Civilian Crew | 60 months | 15 years |
| Fleet Ocean Tugs (T-ATF) | 60 months | 15 years |
| Hospital Ships (T-AH) | 60 months | 15 years |
| Rescue/Salvage Ships (T-ARS) | 60 months | 15 years |
| Submarine Tender (AS) – Civilian Crew | 60 months | 15 years |
| Expeditionary Sea Base (T-ESB) – Civilian Crew | 60 months | 15 years |
| Expeditionary Fast Transports (T-EPF) | 60 months | 15 years |
| **Military Sealift Command (MSC) - Special Mission** | | |
| Submarine and Special Warfare Support Ships (T-AGSE / MV) | 60 months | 15 years |
| Oceanographic Survey Ships (T-AGS) | 60 months | 15 years |
| Ocean Surveillance Ships (T-AGOS) | 60 months | 15 years |
| Missile Range Instrumentation Ships (T-AGM) | 60 months | 15 years |
| Navigation Test Support Ship (T-AGS) | 60 months | 15 years |
| Sea-based X-band Radar Platform (SBX) | 60 months | 15 years |
| **Military Sealift Command (MSC) - Prepositioning** | | |
| Container Ships (T-AK) | 72 months | 15 years |
| Large, Medium-Speed, Roll-On/Roll-Off Ships (T-AKR) | 72 months | 15 years |
| Dry Cargo/Ammunition Ships (T-AKE) | 72 months | 15 years |
| Offshore Petroleum Distribution System (T-AG) | 60 months | 15 years |
| Expeditionary Transfer Dock (T-ESD) | 60 months | 15 years |
| High Speed Transports (HST) | 60 months | 15 years |
| High Speed Vessel (HSV) | 60 months | 15 years |
| **FDNF-JAPAN (COMSEVENTHFLT)** | | |
| Amphibious Command Ship (LCC) | 36 months | 9 years |
| Aircraft Carrier (CVN) | 36 months | 9 years |
| Surface Combatants – Guided-Missile Cruisers (CG) | 36 months | 9 years |
| Surface Combatants – Guided-Missile Destroyer (DDG) | 36 months | 9 years |
| Amphibious Assault Ships (LHD) | 36 months | 9 years |

| **FDNF-JAPAN (COMSEVENTHFLT) (cont'd)** | | |
|---|---|---|
| Amphibious Transport Dock (LPD) | 36 months | 9 years |
| Amphibious Dock Landing Ships (LSD) | 36 months | 9 years |
| Mine Countermeasures (MCM) | 36 months | 9 years |
| CVW – Strike Fighter Squadron (VFA) | 12 months | 9 years |
| CVW – Airborne Command and Control Squadron (VAW) | 12 months | 9 years |
| CVW – Electronic Attack Squadron (VAQ) | 12 months | 9 years |
| CVW – Fleet Logistics Support Squadron (VRC) | 12 months | 9 years |
| CVW – Helicopter Sea Combat Squadron (HSC) | 12 months | 9 years |
| CVW – Helicopter Maritime Strike Squadron (HSM) | 12 months | 9 years |
| CVW – Fleet Logistics Multi-Mission Squadron (VRM) | 12 months | 9 years |
| EXP – Helicopter Sea Combat Squadron (HSC) - Guam | 12 months | 9 years |
| EXP – Helicopter Maritime Strike Squadron (HSM) - Japan | 12 months | 9 years |
| Attack Submarines – SSN (Guam) | 13 months | Note 4 |
| Submarine Tender (AS) – Military Crew | 30 months | 5 years |
| **FDNF-USCENTCOM (COMFIFTHFLT)** | | |
| Mine Countermeasures (MCM) | 24 months | 9 years |
| Patrol Coastal Ships (PC) | 36 months | 9 years |
| Expeditionary Mobile Base (ESB) | 24 months | 6 years |
| **FDNF-EUCOM (COMSIXTHFLT)** | | |
| Surface Combatants – Guided-Missile Destroyer (DDG) BMD | 36 months | 9 years |
| Amphibious Command Ship (LCC) | 36 months | 9 years |
| EXP - Helicopter Maritime Strike Squadron (HSM) - Spain | 12 months | 9 years |

**Note 1:** CVN refueling and complex overhaul (RCOH) periods are not part of the OFRP cycle length, with the OFRP cycle commencing upon completion of the in-plant depot maintenance. Fleet schedulers may extend post RCOH and docking plan incremental availability CVN cycles to maximize employability by increasing employment length to that comparable of a planned incremental availability CVN cycle as global force management demand dictate, as coordinated with Naval Reactors and Naval Sea Systems Command, and approved by the fleet commanders through the MOPP process. This additional employment length supports additional sustainment and if necessary a second deployment over the post-RCOH cycle.

**Note 2:** HM squadrons and detachments execute an individual training cycle in support of prepare to deploy order or detachment operations.

**Note 3:** Guam SSNs are operational control (OPCON) to Commander, U.S. SEVENTH Fleet (COMSEVENTHFLT) but administrative control (ADCON) to Commander, Submarine Force

Pacific (COMSUBPAC). Guam AS tenders are OPCON to COMSEVENTHFLT but ADCON to COMSUBPAC.

**Note 4:** SSN/SSGN based on Extended Dry-docking Selected Restricted Availability (EDSRA) and class specific submerged operation cycle.

APPENDIX G
OFRP NOMINAL PHASE DURATIONS

1. Nominal Durations. The nominal peacetime phase durations listed are for planning purposes only to ensure time is allocated to complete all required events. Durations are noted in days.

a. Nominal phase duration is the optimal flow of events, for a single work-up without consideration for competing assets, without interruption and the necessary time between events to allow for necessary overlap of integrated phase staff training and incorporation of lessons learned. Time between events is critical for full participation, adjusting individual, team, and unit training, and implementing modifications to standard operating procedures and processes. Nominal training phase durations represent the training entitlement for that phase.

(1) A Shakedown period, applicable only for cruisers, destroyer, patrol craft, mine warfare, and amphibious ships, is incorporated into the maintenance phase nominal durations.

(2) Major holiday periods and availability of outside resources (e.g., Carrier Air Wing (CVW) Fallon, AFLOATRAGRU) may compress, overlap, or extend phase durations for some units.

b. Maintenance entitlement is aligned with annual OPNAV 4700 letter that reflects latest representative intervals, durations, and repair man-days for depot level maintenance availabilities. Actual scheduled durations may change based on underlying ship material condition or changes in maintenance technical requirements as detailed in the Aviation and Surface Master Plans. If a maintenance delivery date is missed (i.e., duration exceeded) which will result in a basic phase not commencing on time, consideration should be given to minimize the impact to the basic phase duration in order to preserve required training for type commander certification.

c. When preparing the master optimized fleet response plan (MOPP), Fleet schedulers develop individual, optimized phase lengths (normally in the basic phase) to include non-training entitlements and requirements (such as a continuous maintenance availability per quarter for CONUS based surface ships) and to ensure units of a group enter the advanced and integrated phase together.

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Aircraft Carrier (CVN) [2] | | | | | |
| PIA [3] | 183 | 112 | 56 | 70 | Note 1 |
| DPIA [4 & 5] | 487 | 168 | 56 | 70 | Note 1 |
| RCOH | 1384 | 231 | 56 | 70 | Note 1 |
| Post PSA new CVN | N/A | 294 | 56 | 70 | Note 1 |
| Surface Combatants – Guided Missile Cruisers (CG) | | | | | |
| SRA | 152 | 168 | 84 | 70 | Note 1 |
| DSRA | 191 | 168 | 84 | 70 | Note 1 |
| ESRA | 310 | 168 | 84 | 70 | Note 1 |
| EDSRA | 395 | 168 | 84 | 70 | Note 1 |
| DMP | 395 | 168 | 84 | 70 | Note 1 |
| Surface Combatants – Guided Missile Cruisers (CG) BMD | | | | | |
| SRA | 152 | 175 | 84 | 70 | Note 1 |
| DSRA | 191 | 175 | 84 | 70 | Note 1 |
| ESRA | 310 | 175 | 84 | 70 | Note 1 |
| EDSRA | 395 | 175 | 84 | 70 | Note 1 |
| DMP | 395 | 175 | 84 | 70 | Note 1 |
| Surface Combatants – Guided Missile Destroyers (DDG) | | | | | |
| SRA | 136 | 168 | 84 | 70 | Note 1 |
| DSRA | 176 | 168 | 84 | 70 | Note 1 |
| EDSRA | 213 | 168 | 84 | 70 | Note 1 |
| ESRA | 401 | 168 | 84 | 70 | Note 1 |
| DMP | 422 | 168 | 84 | 70 | Note 1 |
| Surface Combatants – Guided Missile Destroyers (DDG) BMD | | | | | |
| SRA | 136 | 175 | 84 | 70 | Note 1 |
| DSRA | 176 | 175 | 84 | 70 | Note 1 |
| EDSRA | 213 | 175 | 84 | 70 | Note 1 |
| ESRA | 401 | 175 | 84 | 70 | Note 1 |
| DMP | 422 | 175 | 84 | 70 | Note 1 |
| Amphibious Assault Ships (LHA/LHD) | | | | | |
| PMA | 243 | 168 | 14 | 126 | Note 1 |
| DPMA | 334 | 168 | 14 | 126 | Note 1 |
| Amphibious Transport Dock (LPD) | | | | | |
| SRA | 243 | 168 | 14 | 126 | Note 1 |
| DSRA | 334 | 168 | 14 | 126 | Note 1 |
| Amphibious Dock Landing Ships (LSD) | | | | | |
| PMA | 243 | 168 | 14 | 126 | Note 1 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Amphibious Dock Landing Ships (LSD) (cont'd) | | | | | |
| DPMA | 334 | 168 | 14 | 126 | Note 1 |
| EDPMA | 334 | 168 | 14 | 126 | Note 1 |
| Patrol Coastal Ships (PC) – CONUS | | | | | |
| DPMA | 152 | 133 | 21 | N/A | Note 1 |
| Mine Countermeasures (MCM) - CONUS | | | | | |
| SRA | 100 | 168 | 84 | N/A | Note 1 |
| DSRA | 106 | 168 | 84 | N/A | Note 1 |
| Surface Combatants – Guided Missile Destroyers (DDG-1000) | | | | | |
| SRA | 191 | 168 | 84 | 70 | Note 1 |
| DSRA | 267 | 168 | 84 | 70 | Note 1 |
| Littoral Combat Ship (LCS) – Forward Deployers [6] | | | | | |
| SRA | 146 | 61 | 61 | | Note 1 |
| DSRA | 206 | 61 | 61 | | Note 1 |
| Littoral Combat Ship (LCS) – Training Ship Exchange [6] | | | | | |
| SRA | 146 | 61 | 61 | | Note 1 |
| DSRA | 206 | 61 | 61 | | Note 1 |
| Littoral Combat Ship (LCS) – Training Ship - Note 6 | | | | | |

| Guided Missile Submarine (SSGN) | | | | | |
|---|---|---|---|---|---|
| ERP | 161 | 91 | 182 | N/A | Note 1 |
| Attack Submarine – SSN 21 | | | | | |
| DPMA | 91 | 91 | 182 | N/A | Note 1 |
| DSRA 1 | 280 | 91 | 182 | N/A | Note 1 |
| DSRA 2 | 182 | 91 | 182 | N/A | Note 1 |
| Attack Submarine – SSN 22 | | | | | |
| DPMA | 91 | 91 | 182 | N/A | Note 1 |
| DSRA | 182 | 91 | 182 | N/A | Note 1 |
| Attack Submarine – SSN 23 | | | | | |
| DPMA 2 | 294 | 91 | 182 | N/A | Note 1 |
| DPMA 3 | 126 | 91 | 182 | N/A | Note 1 |
| DPMA 4 | 203 | 91 | 182 | N/A | Note 1 |
| DPMA 5-9 | 182 | 91 | 182 | N/A | Note 1 |
| EDSRA 1 | 490 | 91 | 182 | N/A | Note 1 |
| EDSRA 2 | 455 | 91 | 182 | N/A | Note 1 |
| ERO | 1092 | 91 | 182 | N/A | Note 1 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Attack Submarine – SSN 688 | | | | | |
| DSRA | 182 | 91 | 182 | N/A | Note 1 |
| DMP | 399 | 91 | 182 | N/A | Note 1 |
| EOH | 602 | 91 | 182 | N/A | Note 1 |
| Attack Submarine – SSN 774-781 | | | | | |
| EDSRA | 599 | 91 | 182 | N/A | Note 1 |
| DMP | 672 | 91 | 182 | N/A | Note 1 |

| Attack Submarine – SSN 781 - | | | | | |
|---|---|---|---|---|---|
| EDSRA-1 | 364 | 91 | 182 | N/A | Note 1 |
| EDSRA-2 | 399 | 91 | 182 | N/A | Note 1 |
| EDSRA-3 | 599 | 91 | 182 | N/A | Note 1 |
| DMP | 672 | 91 | 182 | N/A | Note 1 |

| Aviation | | | | | |
|---|---|---|---|---|---|
| CVW – Strike Fighter Squadron (VFA) | 133 | 161 | 56 | 70 | Note 1 |
| CVW – Airborne Command and Control Squadron (VAW) | 133 | 161 | 56 | 70 | Note 1 |
| CVW – Electronic Attack Squadron (VAQ) | 133 | 161 | 56 | 70 | Note 1 |
| CVW – Fleet Logistics Support Squadron (VRC) | 133 | 161 | 56 | 70 | Note 1 |
| Fleet Logistics Multi-Mission Squadron (VRM) | 133 | 161 | 56 | 70 | Note 1 |
| CVW – Helicopter Sea Combat Squadron (HSC) | 133 | 161 | 56 | 70 | Note 1 |
| CVW – Helicopter Maritime Strike Squadron (HSM) | 133 | 161 | 56 | 70 | Note 1 |
| Helicopter Sea Combat Squadron (HSC)/ Helicopter Maritime Strike Squadron (HSM) Detachments | Note 7 | 91 | 84 | 70 | N/A |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Aviation (cont'd) | | | | | |
| Electronic Attack Squadron (VAQ) Expeditionary | 120 | 150 | 90 | N/A | N/A |
| Helicopter Mine Countermeasures Squadron (HM) [8] | N/A | N/A | N/A | N/A | N/A |
| Patrol Squadron (VP) | N/A | 182 | 182 | N/A | N/A |
| Mobile Tactical Operations Center (MTOC) | 91 | 91 | 182 | N/A | 182 |
| Unmanned Patrol Squadron (VUP) | N/A | 122 | 122 | N/A | N/A |
| Patrol Squadron Special Projects Unit (VPU) | N/A | 63 | 63 | N/A | N/A |
| Fleet Air Reconnaissance Squadron (VQ) | N/A | 56 | 56 | N/A | N/A |

| Naval Construction Force (NCF) | | | | | |
|---|---|---|---|---|---|
| Naval Construction Regiment (NCR) AC | N/A | N/A | N/A | N/A | 728 |
| Naval Construction Regiment (NCR) RC | 364 | 364 | 119 | N/A | 245 |
| Naval Mobile Construction Battalion (NMCB) AC | 28 | 154 | 63 | N/A | 301 |
| Naval Mobile Construction Battalion (NMCB) RC | 364 | 602 | 245 | N/A | 245 |
| Underwater Construction Team (UCT) | N/A | N/A | N/A | N/A | 728 |
| Construction Battalion Maintenance Unit (CBMU) | N/A | N/A | N/A | N/A | 728 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Explosive Ordnance Disposal (EOD) | | | | | |
| EOD Area Search Platoon (AS PLT) | N/A | N/A | N/A | N/A | 728 |
| EOD Expeditionary Mine Countermeasures Company (ExMCM Co) | 182 | 119 | 28 | N/A | 392 |
| EOD Post Mission Analyst Team | 182 | 119 | 28 | N/A | 392 |
| EOD Fly Away Recompression Chamber Platoon (FARC PLT) | 63 | 182 | 91 | N/A | 392 |
| EOD Group (GRU) | N/A | N/A | N/A | N/A | 728 |
| EOD Mobile Communications Platoon (MC PLT) | 63 | 182 | 91 | N/A | 392 |
| EOD Mine Countermeasures Platoon (MCM PLT) | 63 | 210 | 63 | N/A | 392 |
| EOD Mobile Platoon (MOB PLT) | 63 | 210 | 63 | N/A | 392 |
| EOD Mobile Unit (EODMU) | 63 | 182 | 91 | N/A | 392 |
| EOD Navy Special Operations Force Platoon (NAVSOF PLT) | 63 | 210 | 245 | N/A | 210 |
| EOD OCONUS Mobile Unit (OMU) | N/A | N/A | N/A | N/A | 728 |
| EOD Shore Based Detachments (SB DET) | N/A | N/A | N/A | N/A | 728 |
| EOD Special Operations Force Platoon (SOF PLT) | 63 | 210 | 91 | N/A | 609 |
| EOD Unmanned Systems Platoon (UMS PLT) | 148 | 136 | 45 | N/A | 392 |
| EOD Very Shallow Water Combatant Craft Platoon (VSW CC PLT) | 63 | 182 | 91 | N/A | 392 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Explosive Ordnance Disposal (EOD) (cont'd) | | | | | |
| EOD Very Shallow Water Dive Platoon (VSW DIVE PLT) | 63 | 182 | 91 | N/A | 392 |
| EOD Very Shallow Water Unmanned Systems Platoon (VSW UMS PLT) | 63 | 182 | 91 | N/A | 392 |
| Mobile Diving and Salvage Unit (MDSU) | 63 | 182 | 91 | N/A | 392 |
| Mobile Diving and Salvage Unit Company (MDSU Co) | 63 | 210 | 63 | N/A | 392 |
| Expeditionary Logistic Support | | | | | |
| Navy Expeditionary Logistic Regiment (NELR) AC | N/A | N/A | N/A | N/A | 728 |
| Navy Expeditionary Logistic Regiment (NELR) RC | 182 | 728 | 245 | N/A | 301 |
| Navy Cargo Handling Battalion (NCHB) AC | 63 | 125 | 63 | N/A | 840 |
| Navy Cargo Handling Battalion (NCHB) RC | 182 | 728 | 245 | N/A | 301 |
| Navy Expeditionary Logistics Support Group (NAVELSG) NCHB HQ Company AC | 63 | 125 | 63 | N/A | 840 |
| Navy Expeditionary Logistics Support Group (NAVELSG) Surface Company AC | 63 | 125 | 63 | N/A | 840 |
| Navy Expeditionary Logistics Support Group (NAVELSG) Fuels Company AC | 63 | 125 | 63 | N/A | 840 |
| Navy Expeditionary Logistics Support Group (NAVELSG) Air Cargo Company AC | 63 | 125 | 63 | N/A | 840 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Expeditionary Logistic Support (cont'd) | | | | | |
| Navy Expeditionary Logistics Support Group (NAVELSG) Cargo Terminal Companies (CTC) AC | 63 | 125 | 63 | N/A | 840 |
| Navy Expeditionary Logistics Support Group (NAVELSG) Exercise Support (ExSUP) Company AC | 63 | 125 | 63 | N/A | 840 |
| Coastal Riverine Force (CRF) | | | | | |
| Coastal Riverine Group (CORIVGRU) | N/A | N/A | N/A | N/A | 728 |
| Coastal Riverine Squadron (CRS) AC | 61 | 243 | 61 | N/A | 274 |
| Coastal Riverine Squadron (CRS) RC | 91 | 791 | 301 | N/A | 273 |
| Coastal Riverine Force High Value Unit Detachment (CRF HVU DET) | N/A | N/A | N/A | N/A | 364 |
| Patrol Boat Company (PBC) | 61 | 243 | 61 | N/A | 274 |
| Security Boat Company (SBC) AC | 61 | 243 | 61 | N/A | 274 |
| Security Boat Company (SBC) RC | 730 | 548 | 180 | N/A | 364 |
| Security Platoon (SEC PLT) AC | 61 | 243 | 61 | N/A | 274 |
| Security Platoon (SEC PLT) RC | 91 | 791 | 301 | N/A | 273 |
| Coastal Riverine Group Embarked Security Teams (EST) | N/A | N/A | N/A | N/A | 182 |
| Expeditionary Intelligence Command | | | | | |
| Intelligence Exploitation Team (IET) | 224 | 77 | 7 | N/A | 238 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| AEGIS Ashore | | | | | |
| Aegis Ashore Missile Defense System | N/A | 98 | 21 | N/A | 429 |

| Information Forces | | | | | |
|---|---|---|---|---|---|
| Fleet Intelligence Detachments | N/A | N/A | N/A | N/A | 728 |
| Naval Satellite Operations Center | N/A | N/A | N/A | N/A | 728 |
| Naval Network Warfare Command | N/A | N/A | N/A | N/A | 728 |
| Navy Cyber Defense Operations Command | N/A | N/A | N/A | N/A | 728 |
| Navy Information Operations Command | N/A | N/A | N/A | N/A | 728 |
| Cryptologic Warfare Groups | N/A | N/A | N/A | N/A | 728 |
| Naval Computer and Telecommunications Area Master Station | N/A | N/A | N/A | N/A | 728 |
| Naval Computer and Telecommunications Station | N/A | N/A | N/A | N/A | 728 |
| Naval Oceanography Operations Command | N/A | N/A | N/A | N/A | 728 |
| Naval Oceanography Mine Warfare Center | N/A | N/A | N/A | N/A | 728 |
| Joint Typhoon Warning Center | N/A | N/A | N/A | N/A | 728 |
| Naval Oceanography Anti-Submarine Warfare Center | N/A | N/A | N/A | N/A | 728 |
| Fleet Survey Teams | N/A | N/A | N/A | N/A | 728 |
| Fleet Weather Centers | N/A | N/A | N/A | N/A | 728 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Military Sealift Command (MSC) | | | | | |
| Combat Logistics Force | | | | | |
| Dry Cargo/Ammunition Ships (T-AKE) | 480 | 68 | N/A | N/A | 1277 |
| Fast Combat Support Ships (T-AOE) | 480 | 68 | N/A | N/A | 1277 |
| Fleet Replenishment Oilers (T-AO 187 Class) | 515 | 68 | N/A | N/A | 1242 |
| Fleet Replenishment Oilers (T-AO 205 Class) | 490 | 68 | N/A | N/A | 1267 |
| Service and Command Support | | | | | |
| Cable Laying/Repair Ship (T-ARC) | 485 | 68 | N/A | N/A | 1272 |
| Command Ship (LCC) – Civilian Crew | 389 | 68 | N/A | N/A | 1368 |
| Fleet Ocean Tugs (T-ATF) | 560 | 68 | N/A | N/A | 1197 |
| Hospital Ships (T-AH) | 507 | 68 | N/A | N/A | 1250 |
| Rescue/Salvage Ships (T-ARS) | 560 | 68 | N/A | N/A | 1197 |
| Submarine Tender (AS) – Civilian Crew | 445 | 83 | N/A | N/A | 1297 |
| Expeditionary Sea Base (T-ESB) – Civilian Crew | 438 | 68 | N/A | N/A | 1319 |
| Expeditionary Fast Transports (T-EPF) | 555 | 155 | N/A | N/A | 1155 |
| Special Mission | | | | | |
| Submarine and Special Warfare Support Ships (T-AGSE / MV) | 228 | 68 | N/A | N/A | *1529* |
| Oceanographic Survey Ships (T-AGS) | 539 | 68 | N/A | N/A | 1218 |
| Ocean Surveillance Ships (T-AGOS) | 382 | 68 | N/A | N/A | 1375 |
| Missile Range Instrumentation Ships (T-AGM) | 381 | 68 | N/A | N/A | 1376 |
| Navigation Test Support Ship (T-AGS) | 539 | 68 | N/A | N/A | 1218 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Sea-based X-band Radar Platform (SBX) | 355 | 30 | N/A | N/A | 1440 |
| Prepositioning | | | | | |
| Container Ships (T-AK) | 518 | 30 | N/A | N/A | 1642 |
| Large, Medium-Speed, Roll-On/Roll-Off Ships (T-AKR) | 488 | 30 | N/A | N/A | 1672 |
| Dry Cargo/Ammunition Ships (T-AKE) | 346 | 58 | N/A | N/A | 1786 |
| Offshore Petroleum Distribution System (T-AG) | 372 | 30 | N/A | N/A | 1423 |
| Expeditionary TransFEr Dock (T-ESD) | 387 | 30 | N/A | N/A | 1408 |
| High Speed Transports (HST) | 415 | 60 | N/A | N/A | 1350 |
| High Speed Vessel (HSV) | 415 | 60 | N/A | N/A | 1350 |
| FDNF-JAPAN (COMSEVENTHFLT) | | | | | |
| Amphibious Command Ship (LCC) | | | | | |
| SRA | 90 (annual) [9] | 126 (every third year) | N/A | N/A | 671 (per 3-year cycle) [10] |
| DSRA | 196 (every 7 years) [9] | 126 (post DSRA) | N/A | N/A | 15 (in year 7) [10] |
| Aircraft Carrier (CVN) | | | | | |
| SRA [11] | 140 (annual) | 84 (annual) | 30 | 30 | 141 (annual) |
| Surface Combatants – Guided Missile Cruisers (CG) | | | | | |
| SRA [11] | 189 | 126 | 30 | 30 | 692 |
| DSRA | 210 | 126 | 30 | 30 | 671 |
| Surface Combatants – Guided Missile Cruisers (CG) BMD | | | | | |
| SRA [11] | 189 | 126 | 30 | 30 | 692 |
| DSRA | 210 | 126 | 30 | 30 | 671 |
| Surface Combatants – Guided Missile Destroyer (DDG) | | | | | |
| SRA [11] | 189 | 126 | 30 | 30 | 692 |
| DSRA [11] | 210 | 126 | 30 | 30 | 671 |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Surface Combatants – Guided Missile Destroyer (DDG) BMD | | | | | |
| SRA [11] | 189 | 126 | 30 | 30 | 692 |
| DSRA | 210 | 126 | 30 | 30 | 671 |
| Amphibious Assault Ships (LHD) | | | | | |
| SRA | 105 [12] | 126 | 10 | 42 | 784 [10] |
| Amphibious Transport Dock (LPD) | | | | | |
| SRA | 105 [12] | 126 | 10 | 42 | 784 [10] |
| Amphibious Dock Landing Ships (LSD) | | | | | |
| SRA | 105 [12] | 126 | 10 | 42 | 784 [10] |
| Mine Countermeasures (MCM) | | | | | |
| SRA | 147 [12] | 126 | 10 | N/A | 784 [10] |
| DSRS | 147 [12] | 126 | 10 | N/A | 784 [10] |
| Carrier Air Wing (CVW) [13] | | | | | |
| Strike Fighter Squadron (VFA) | 84 | 28 | N/A | 112 | 141 |
| Airborne Command and Control Squadron (VAW) | 84 | 28 | N/A | 112 | 141 |
| Electronic Attack Squadron (VAQ) | 84 | 28 | N/A | 112 | 141 |
| Fleet Logistics Support Squadron (VRC) | 84 | 28 | N/A | 112 | 141 |
| Fleet Logistics Multi-Mission Squadron (VRM) | 84 | 28 | N/A | 112 | 141 |
| Helicopter Sea Combat Squadron (HSC) | 84 | 28 | N/A | 112 | 141 |
| Helicopter Maritime Strike Squadron (HSM) | 84 | 28 | N/A | 112 | 141 |
| EXP - Helicopter Sea Combat Squadron (HSC) - Guam | | | | | |
| | 84 | 28 | N/A | 112 | 141 |
| Helicopter Maritime Strike Squadron (HSM) Expeditionary | | | | | |
| | 84 | 28 | N/A | 112 | 141 |
| Attack Submarines – SSN (Guam) [14] | | | | | |
| Equivalent SSN Readiness Levels | Maintenance | Not Ready | Ready For Tasking/ Combat Surge Ready | N/A | Combat Deployment Ready |

| Unit Type | Maintenance | Basic | Advanced | Integrated | Sustainment |
|---|---|---|---|---|---|
| Attack Submarines – SSN (Guam) [14] (cont'd) | | | | | |
| First Period Following Major Availability | -- | 50 | 160 / 225 | N/A | 150 |
| Subsequent 13 month Guam Mission Cycles | 0 | 0 | 0 / 240 | N/A | 150 |
| Submarine Tender (AS) – Military Crew (Repair Activity) | | | | | |
| | 90 | N/A | N/A | N/A | 810 |

| FDNF-USCENTCOM (COMFIFTHFLT) | | | | | |
|---|---|---|---|---|---|
| Mine Countermeasures (MCM) | 152 | 98 | 10 | 10 | 460 |
| Patrol Coastal Ships (PC) | 152 | 61 | 21 | N/A | 861 |
| Expeditionary Mobile Base (ESB) [14] | 77 | 364 | 14 | N/A | 275 |

| FDNF-EUCOM (COMSIXTHFLT) | | | | | |
|---|---|---|---|---|---|
| Surface Combatants – Guided Missile Destroyer (DDG) BMD [16] | 217 | 256 | 14 | N/A | 593 |
| Amphibious Command Ship (LCC) | 120 | 140 | 14 | N/A | 806 |
| EXP - Helicopter Maritime Strike Squadron (HSM) - Spain | 84 | 28 | N/A | 112 | 141 |

Note 1: Sustainment duration is based on subsequent maintenance and modernization phase commencing per the approved MOPP.

Note 2: Minimum time between shore-based detachments (e.g., Advanced Readiness Programs (ARP), CVW Fallon) and underway training (e.g., Tailored Ship's Training Availability (TSTA), composite training unit exercise (COMPTUEX) is 3 weeks to allow for movement of personnel and equipment, field carrier landing practice, and aircraft phase maintenance to maximize readiness and training opportunity.

Note 3: For Planned Incremental Availability (PIA): Minimum of one fleet replacement squadron or fleet replacement squadron training command carrier qualification period required prior to TSTA final evaluation period, 2 is desired, with another one prior to COMPTUEX.

Note 4: For docking planned incremental availability (DPIAs): Minimum of 2 Fleet replacement squadron or Fleet replacement squadron training command carrier qualification periods required prior to TSTA with another one prior to COMPTUEX.

Note 5: These are optimum times assuming that all resources and training assets are available as required.

Note 6: LCS operates on a modified OFRP as outlined in Chapter 7 of the Surface Force Training and Readiness Manual. LCS training hull is available for training LCS operational crews for 821 days between maintenance availabilities.

Note 7: Aviation units attached to surface ships will follow maintenance phase of corresponding unit. HSM and HSC detachments deploying with independent surface ships do not require integrated phase and will be certified to deploy at completion of advanced phase. HSC detachments deploying with ARG will require integrated phase as defined by the LHA or LHD phase cycle.

Note 8: HM squadrons and detachments executes an individual training model in support of prepare to deploy order or detachment operations.

Note 9: FDNF-JAPAN LCC receives a 12-week SRA every year and 28-week Dry-Docking Selected Restricted Availabilities (DSRA) every 7 years.

Note 10: Continuous maintenance periods are planned throughout employment periods, both during deployments (voyage repair availability (VR)) and during sustainment (continuous maintenance availability (CMAV)) per the Joint Fleet Maintenance Manual. CMAVs do not change employment certification and employment and do not count toward the length of the maintenance and modernization phase.

Note 11: FDNF-JAPAN Surface Combatants – Guided Missile Cruisers (CG) return to CONUS in year 9 to receive a DSRA. Ships that shift homeport to FDNF-Japan must have completed DSRA. Basic Phase includes additional four weeks to include RE6 and entitled CMAV during basic phase. Advanced and integrated phases are conducted not immediately following the Basic Phase and are considered part of the Sustainment phase.

Note 12: Surface Maintenance Engineering Planning Program has not conducted analysis on maintenance in a 3-year model for FDNF-Japan Amphibious Assault Ships, Amphibious Transport Dock, Amphibious Dock Landing Ships, and Mine Countermeasures ships, the durations annotated are notional. Reference Appendix M for the latest models of COMSEVENTHFLT OFRP (OFRP-J).

Note 13: FDNF-JAPAN CVW nominal phase durations are based on a yearly model.

Note 14: ESB operates forward deployed continuously under a blue and gold crew concept. OFRP phases will be conducted per COMNAVSURFLANTINST 3502.1.

APPENDIX H
NOMINAL DEPLOYMENT SCHEDULING PLANNING FACTORS

1. Nominal Deployment Scheduling Planning Factors. For routine rotational deployments:

a. Normal transit speed is 14 knots for amphibious readiness groups (ARGs) to 16 knots for carrier strike groups (CSGs).

b. Six-month deployments are 183 days.

c. Seven-month deployments are 213 days.

d. Eight-month deployments are 245 days.

e. U.S. Central Command (USCENTCOM) presence deployments are given 10 days' quality of life (QOL) port visit (PVST) time enroute to or from the area of responsibility (AOR) in either U.S. Indo-Pacific Command (INDOPACOM) or U.S. European Command (EUCOM) AORs.

f. To schedule or extend a deployment beyond limitations of reference (j) requires Chief of Naval Operations approval.

2. Nominal planning factors for USCENTCOM routine rotational deployments for East Coast based CSG

a. Deploy to EUCOM change of operational control (CHOP) is 7 days, which includes 3-day carrier qualification.

b. Commander Task Force 80 (CTF 80) to USCENTCOM CHOP is 20 days, which includes 10 days of QOL PVST.

c. USCENTCOM CHOP to CTF 80 is 20 days, which includes 10 days of QOL PVSTs.

d. Return to homeport is 5 days, which includes 1-day brief stop for personnel in Mayport.

3. Nominal planning factors for USCENTCOM routine rotational deployments for San Diego based CSG

a. Deploy to Western Pacific CHOP is 21 days, which include 3-day carrier qualifications, 10-day Fleet problem, and ASW assessment.

b. Western Pacific to USCENTCOM CHOP is 30 days, which includes 10 days of QOL PVSTs.

c. USCENTCOM CHOP to Eastern Pacific is 30 days, which includes 10 days of QOL PVSTs.

d. Return to homeport is 12 days, which includes 2 day PVST in Hawaii.

4. Nominal planning factors for USCENTCOM routine rotational deployments for Puget or Kitsap and Everett based CSG

a. Deploy to Western Pacific CHOP is 25 days, which includes 4-day transit to San Diego and on load, 3-day carrier qualifications, 10-day fleet problem, and ASW certification.

b. Western Pacific to USCENTCOM CHOP is 30 days, which includes 10 days of QOL PVSTs.

c. USCENTCOM CHOP to Eastern Pacific is 30 days, which includes 10 days of QOL PVSTs.

d. Return to homeport is 16 days, which includes 2-day PVST in Hawaii and 1-day San Diego offload.

5. Nominal planning factors for USCENTCOM routine rotational deployments for East Coast based ARG

a. Deploy to EUCOM CHOP is 8 days.

b. EUCOM to USCENTCOM CHOP is 20 days, which includes 10 days of QOL PVSTs.

c. USCENTCOM CHOP to CTF 80 is 20 days, which includes 10 days of QOL PVSTs.

d. Return to homeport is 8 days.

6. Nominal planning factors for USCENTCOM routine rotational deployments for San Diego based ARG.

a. Deploy to Western Pacific CHOP is 20 days, which includes 1-day on load, 3-day marine expeditionary unit sustainment in Hawaii, and 10-day fleet problem.

b. Western Pacific to USCENTCOM CHOP is 37 days, which includes 10 days of QOL PVST, MEU sustainment, and 10-day fleet problem.

c. USCENTCOM CHOP to Eastern Pacific is 33 days, which includes 10 days QOL PVST.

d. Return to homeport is 18 days, which includes 2-day III Marine Expeditionary Force/1st Marine Aircraft Wing deck landing qualifications for aircraft in Hawaii, 3-day PVST in Hawaii, and 1-day offload.

APPENDIX I
DEVIATION FROM A READINESS STANDARD REQUEST MESSAGE TEMPLATE

FM COMSECONDFLT/COMTHIRDFLT/COMSEVENTHFLT/GROUP
COMMANDER/TYCOM (as appropriate)
TO COMUSFLTFORCOM NORFOLK VA
COMPACFLT PEARL HARBOR HI
COMUSNAVEUR COMUSNAVAF NAPLES IT
INFO COMSECONDFLT (as appropriate)
COMTHIRDFLT (as appropriate)
COMFIFTHFLT (as appropriate)
COMSIXTHFLT (as appropriate)
COMSEVENTHFLT (as appropriate)
COMTENTHFLT
APPLICABLE TYCOMS
COMXXXSTRKGRU XXX
COMCARSTRKGRU FOUR/FIFTEEN (as appropriate)
ADCON ISIC OF STAFF/UNIT
STAFF/UNIT (as appropriate)
BT
CLASSIFY AS REQUIRED
MSGID/GENADMIN/-/MMM//
SUBJ/[STAFF/UNIT] DEVIATION FROM READINESS STANDARD//
REF/A/DOC/USFFCPFINST 3000.15B/COMUSNAVEUR/COMUSNAVAFINST 3000.15//
REF/B/MSGID:GENADMIN/[STAFF/UNIT /DTG]//
NARR/REF A IS OPTIMIZED FLEET RESPONSE PLAN (OFRP) INSTRUCTION. REF B IS [STAFF / UNIT] DEVIATION FROM READINESS STANDARD REQUEST//
POC/-/-/-/-//
RMKS/1. PER REF A, [NUMBERED COMMANDER OR TYCOM] REQUEST DEVIATION FROM READINESS STANDARD APPROVAL FOR [STAFF/UNIT].
2. SITUATION/READINESS STANDARD IMPACTED: (Provide a summary of relevant background, impacted readiness standard, impact and risk to mission, any mitigations)
3. ONGOING/PLANNED CORRECTIVE ACTIONS:
4. PROJECTED DATE TO CORRECT DEFICIENCY:
5. COMMENTS: (Additional comments or recommendations as required)//
BT

## APPENDIX J
## DEVIATION FROM A READINESS STANDARD APPROVAL MESSAGE TEMPLATE

FM COMUSFLTFORCOM NORFOLK VA/COMPACFLT PEARL HARBOR HI/
COMUSNAVEUR COMUSNAVAF NAPLES IT (as appropriate)
TO COMSECONDFLT/COMTHIRDFLT/COMSEVENTHFLT/GROUP
COMMANDER/TYCOM (as appropriate)
INFO COMSECONDFLT (as appropriate)
COMTHIRDFLT (as appropriate)
COMFIFTHFLT (as appropriate)
COMSIXTHFLT (as appropriate)
COMSEVENTHFLT (as appropriate)
COMTENTHFLT
APPLICABLE TYCOMS
COMXXXSTRKGRU XXX
COMCARSTRKGRU FOUR/FIFTEEN (as appropriate)
ADCON ISIC OF STAFF/UNIT
STAFF/UNIT (as appropriate)
BT
CLASSIFY AS REQUIRED
MSGID/GENADMIN/-/MMM//
SUBJ/[STAFF/UNIT] DEVIATION FROM READINESS STANDARD//
REF/A/DOC/USFFCPFINST 3000.15B/COMUSNAVEUR/COMUSNAVAFINST
3000.15// REF/B/MSGID:GENADMIN/[NUMBERED FLEET COMMANDER or
TYCOM]/DTG//
NARR/REF A IS OPTIMIZED FLEET RESPONSE PLAN (OFRP) INSTRUCTION. REF
B IS [STAFF/UNIT] DEVIATION FROM READINESS STANDARD REQUEST//
POC/-/-/-/-//
RMKS/1. PER REFS A AND B, [USFF/CPF] [APPROVES/ DISPROVES] DEVIATION
FROM READINESS STANDARD REQUEST FOR [STAFF/UNIT].
2. IF DISAPPROVED PROVIDE RATIONALE
3. COMMENTS: AS REQUIRED//
BT

APPENDIX K
DEPLOYMENT OR EMPLOYMENT CERTIFICATION RECOMMENDATION TEMPLATE

This report outlines the minimum information required to document the status of training, readiness, and deficiencies of all rotational, surge, and non-rotational Navy forces under COMUSFLTFORCOM and COMPACFLT ADCON:

FM COMCARSTRKGRU FOUR, COMCARSTRKGRU FIFTEEN, TYCOMS (AS APPLICABLE)
TO COMUSFLTFORCOM NORFOLK VA OR COMTHIRDFLT
INFO COMUSFLTFORCOM NORFOLK VA
COMPACFLT PEARL HARBOR HI
COMFLTCYBERCOM FT GEORGE G MEADE MD
COMSECONDFLT
COMTENTHFLT
APPLICABLE TYCOMS
COMCARSTRKGRU FOUR/FIFTEEN
COMNAVIFOR SUFFOLK VA
COMXXXSTRKGRU XXX (AS APPROPRIATE)
NAVIOCOM NORFOLK VA
GROUP/STAFF/SHIP/SQUADRON/UNIT/DETACHMENT BEING ASSESSED
ADCON ISIC OF THE ASSESSED STAFF/SHIP/SQUADRON/UNIT/DETACHMENT
OPCON ISIC OF THE ASSESSED STAFF/SHIP/SQUADRON/UNIT/DETACHMENT
BT
CLASSIFICATION //N03210//
MSGID/GENADMIN/ORIGINATOR//
SUBJ/[ CSG/ESG/ARG/AFP/SAG NAME]/[INDEPENDENT DEPLOYER UNIT NAME] CERTIFICATION TO DEPLOY RECOMMENDATION
REF/A/MSG/(ISIC COMMAND)/(DTG)//
REF/B/MSG/CSG-4 OR 15/(DTG)//
REF/C/MSG/CSG-4 OR 15/(DTG)//
REF/D/MSG/-/(DTG)//
REF/E/DOC/COMUSFLTFORCOM/COMPACFLTINST 3501.3D/DATE//
REF/F/DOC/TYCOM INSTRUCTION XXXX.X/DATE//
REF/G/FTN 91487654321//
NARR/REF A IS ADCON ISIC DEPLOYMENT CERTIFICATION RECOMMENDATION. REF B IS TRAINING COMMAND DEPLOYMENT CERTIFICATION RECOMMENDATION. REF C IS ATFP/FPEX CERTIFICATION RECOMMENDATION. REF D IS ADDITIONAL QUALIFICATION DOCUMENTATION. REF E IS THE FLEET TRAINING CONTINUUM. REF F IS (TYCOM) TRAINING OR READINESS MANUAL. REF G IS FORCE TRACKING NUMBER.//

POC/NAME/CODE/TEL/EMAIL//
RMKS/1. PER REFS A THROUGH D AND IAW REFS E AND F, ORIG CERTIFIES THAT [CSG/ESG/ARG/AFP/SAG/STAFF/UNIT/DETACHMENT] HAS (HAS NOT) COMPLETED ALL TRAINING AND READINESS REQUIREMENTS AND IS (IS NOT) READY FOR DEPLOYMENT.
[CSG/ESG/ARG/AFP/SAG/STAFF/UNIT/DETACHMENT] IS SCHEDULED TO DEPLOY TO (FLEET/CCDR) ON OR ABOUT [DATE] IN SUPPORT OF REF G.
2. THE FOLLOWING IS AN ASSESSMENT SUMMARY OF ALL MISSION AREAS AND NCC SPECIFIED CAPABILITIES.
(NOTE: GROUP CERTIFICATION RECOMMENDATION MESSAGES WILL INCLUDE ASSESSMENT SUMMARIES FOR THE GROUP STAFF, WARFARE COMMANDERS, AND EACH INDIVIDUAL UNIT ASSIGNED TO THAT GROUP)
A. STRIKE GROUP STAFF TO INCLUDE WARFARE COMMANDERS/ COORDINATORS
MISSION AREA 1 AT STANDARDS TRAINING COMPLETE
MISSION AREA 2 AT STANDARDS TRAINING COMPLETE
MISSION AREAS (ETC...)
NCC SPECIFIED CAPABILITIES AT STANDARDS TRAINING COMPLETE
B. USS AIRCRAFT CARRIER (CVN-XX)
MISSION AREA 1 AT STANDARDS TRAINING COMPLETE
MISSION AREA 2 BELOW STANDARDS TRAINING INCOMPLETE
MISSION AREAS (ETC...)
NCC SPECIFIED CAPABILITIES AT STANDARDS TRAINING COMPLETE
C. USS CRUISER (CG-XX)
MISSION AREA 1 BELOW STANDARDS TRAINING INCOMPLETE
MISSION AREA 2 AT STANDARDS TRAINING COMPLETE
MISSION AREAS (ETC...)
NCC SPECIFIED CAPABILITIES AT STANDARDS TRAINING COMPLETE
D. USS DESTROYER (DDG-XX)
MISSION AREA 1 AT STANDARDS TRAINING COMPLETE
MISSION AREA 2 BELOW STANDARDS TRAINING INCOMPLETE
MISSION AREAS (ETC...)
NCC SPECIFIED CAPABILITIES AT STANDARDS TRAINING COMPLETE
3. THE FOLLOWING REQUIREMENTS WERE NOT COMPLETED UNDER ESTABLISHED CONDITIONS OR WITHIN STANDARDS. COMPLETION OF REQUIRED REMEDIATION WILL BE REPORTED TO USFF/C3F INFO TYCOM AND (TRAINING COMMAND).
A. STRIKE GROUP STAFF
(1) MISSION AREA – PROVIDE SHORTFALL/GAP DETAILS AND PLANNED REMEDIATION REQUIRED, INCLUDING TIMELINE, AND REPORTING REQUIREMENTS.
B. CVN

(1) MISSION AREA – PROVIDE SHORTFALL/GAP DETAILS AND PLANNED REMEDIATION, INCLUDING TIMELINE AND REPORTING REQUIREMENTS
C. CG
(1) MISSION AREA – PROVIDE SHORTFALL/GAP DETAILS AND PLANNED REMEDIATION, INCLUDING TIMELINE AND REPORTING REQUIREMENTS
4. AREAS OF CONCERN WITH MITIGATION ACTION:
A. PERSONNEL. UNIT IS FULLY MANNED TO SUCCESSFULLY COMPLETE THE ASSIGNED MISSION (OR SPECIFY SHORTAGES).
B. EQUIPMENT. UNIT IS FULLY EQUIPPED TO SUCCESSFULLY COMPLETE THE ASSIGNED MISSION (OR SPECIFY ISSUES).
C. SUPPLY. ALL CURRENTLY REQUIRED SUPPLIES ARE ON HAND AND FUTURE SOURCES HAVE BEEN IDENTIFIED.
D. TRAINING. ALL REQUIRED INSPECTIONS, QUALIFICATIONS, PRELIMINARY CERTIFICATIONS, SCHOOLS, AND ASSESSMENTS HAVE BEEN COMPLETED. (OR "…HAVE BEEN COMPLETED WITH THE FOLLOWING EXCEPTIONS AND PLANNED MITIGATION…").
E. ORDNANCE. FULL LOAD OF ORDNANCE IS ON BOARD (OR WILL BE LOADED/PROVIDED BY).
5. CLOSING REMARKS//
BT

APPENDIX L
DEPLOYMENT OR EMPLOYMENT CERTIFICATION TEMPLATE

This report outlines the message template that the certification authority will send to document readiness for employment and inter-Fleet transfer.

FM COMUSFLTFORCOM NORFOLK VA or COMTHIRDFLT (as applicable)
TO RECEIVING NCC(s)/NFC(s)
INFO COMUSFLTFORCOM NORFOLK VA
COMPACFLT PEARL HARBOR HI
COMFLTCYBERCOM FT GEORGE G MEADE MD
COMSECONDFLT
COMTENTHFLT
APPLICABLE TYCOMS
COMNAVIFOR SUFFOLK VA
COMCARSTRKGRU FOUR or FIFTEEN (as appropriate)
COMXXXSTRKGRU XXX
NAVIOCOM NORFOLK VA
ADCON ISIC of the assessed Staff/Ship/Squadron/Unit/Detachment
OPCON ISIC of the assessed Staff/Ship/Squadron/Unit/Detachment
Group/Staff/Ship/Squadron/Unit/Detachment being certified
CLASSIFY AS REQUIRED
MSGID/GENADMIN/ORIGINATOR//
SUBJ/[STRIKE GROUP NAME]/[ARG NAME]/[INDEPENDENT DEPLOYER UNIT NAME] CERTIFICATION TO DEPLOY//
REF/A/MSG/(TYCOM)/(DTG)//
REF/B/MSG/C2F or 15/(DTG)//
REF/C/MSG/C2F or 15/(DTG)//
REF/D/MSG/-/(DTG)//
REF/E/MSG/(ISIC COMMAND)/(DTG)//
REF/F/DOC/COMUSFLTFORCOM/COMPACFLTINST 3501.3D/DATE//
REF/G/FTN 91487654321//
NARR/REF A IS TYCOM DEPLOYMENT CERTIFICATION RECOMMENDATION. REF B IS TRAINING COMMAND DEPLOYMENT CERTIFICATION RECOMMENDATION. REF C IS ATFP/FPEX CERTIFICATION RECOMMENDATION. REF D IS ADDITIONAL QUALIFICATION DOCUMENTATION. REF E IS REMEDIATION COMPLETE MESSAGE. REF F IS THE FLEET TRAINING CONTINUUM INSTRUCTION. REF G IS FORCE TRACKING NUMBER.//
POC/NAME/CODE/TEL/EMAIL//
RMKS/1. PER REFS A THROUGH E AND IAW REF F, [CSG/ESG/ARG/AFP/SAG/STAFF/UNIT/DETACHMENT] IS CERTIFIED TO DEPLOY TO (FLEET/CCDR) ON OR ABOUT [DATE] IN SUPPORT OF REF G.

2. THE FOLLOWING IS AN ASSESSMENT SUMMARY OF ALL MISSION AREAS AND NCC SPECIFIED CAPABILITIES.
(Note: Group Certification Messages will include assessment summaries for the group staff (CSG/ARG), warfare commanders as well as each individual unit assigned to that group)
A. STRIKE GROUP STAFF TO INCLUDE WARFARE COMMANDERS/ COORDINATORS
MISSION AREA 1 AT STANDARDS TRAINING COMPLETE
MISSION AREA 2 AT STANDARDS TRAINING COMPLETE
MISSION AREAS (ETC...)
NCC SPECIFIED CAPABILITIES AT STANDARDS TRAINING COMPLETE
B. USS AIRCRAFT CARRIER (CVN-XX)
MISSION AREA 1 AT STANDARDS TRAINING COMPLETE
MISSION AREA 2 BELOW STANDARDS TRAINING INCOMPLETE
MISSION AREAS (ETC...)
NCC SPECIFIED CAPABILITIES AT STANDARDS TRAINING COMPLETE
C. USS CRUISER (CG-XX)
MISSION AREA 1 BELOW STANDARDS TRAINING INCOMPLETE
MISSION AREA 2 AT STANDARDS TRAINING COMPLETE
MISSION AREAS (ETC...)
NCC SPECIFIED CAPABILITIES AT STANDARDS TRAINING COMPLETE
D. USS DESTROYER (DDG-XX)
MISSION AREA 1 AT STANDARDS TRAINING COMPLETE
MISSION AREA 2 BELOW STANDARDS TRAINING INCOMPLETE
MISSION AREAS (ETC...)
NCC SPECIFIED CAPABILITIES AT STANDARDS TRAINING COMPLETE
3. THE FOLLOWING WERE NOT COMPLETED UNDER ESTABLISHED CONDITIONS OR WITHIN STANDARDS:
A. STRIKE GROUP STAFF TO INCLUDE WARFARE COMMANDERS/ COORDINATORS
(1) MISSION AREA – PROVIDE SHORTFALL/GAP DETAILS AND PLANNED REMEDIATION, INCLUDING TIMELINE AND REPORTING REQUIREMENTS
B. CVN
(1) MISSION AREA – PROVIDE SHORTFALL/GAP DETAILS AND PLANNED REMEDIATION, INCLUDING TIMELINE AND REPORTING REQUIREMENTS
C. CG
(1) MISSION AREA – PROVIDE SHORTFALL/GAP DETAILS AND PLANNED REMEDIATION, INCLUDING TIMELINE AND REPORTING REQUIREMENTS
4. AREAS OF CONCERN WITH MITIGATION ACTION:
A. PERSONNEL. UNIT IS FULLY MANNED TO SUCCESSFULLY COMPLETE THE ASSIGNED MISSION (OR SPECIFY SHORTAGES).
B. EQUIPMENT. UNIT IS FULLY EQUIPPED TO SUCCESSFULLY COMPLETE THE ASSIGNED MISSION (OR SPECIFY ISSUES).

C. SUPPLY. ALL CURRENTLY REQUIRED SUPPLIES ARE ON HAND AND FUTURE SOURCES HAVE BEEN IDENTIFIED.
D. TRAINING. ALL REQUIRED INSPECTIONS, QUALIFICATIONS, PRELIMINARY CERTIFICATIONS, SCHOOLS, AND ASSESSMENTS HAVE BEEN COMPLETED. (OR "…HAVE BEEN COMPLETED WITH THE FOLLOWING EXCEPTIONS AND PLANNED MITIGATION…").
E. ORDNANCE. FULL LOAD OF ORDNANCE IS ON BOARD (OR WILL BE LOADED/PROVIDED BY).
5. REQUEST RECEIVING FLEETS ACKNOWLEDGE RECEIPT OF THIS CERTIFICATION MESSAGE TO USFF/C3F POC.
6. RELEASED BY RDML C.A. NIMITZ JR, USFF N7C.//
BT

APPENDIX M
OPTIMIZED FLEET RESPONSE PLAN
FORWARD DEPLOYED FORCES JAPAN (OFRP-J)

1. Background. Appendix M outlines the 36-month OFRP in the forward deployed naval forces (FNDF)-Japan (J). While FDNF-J forces achieve the common maintenance and readiness standards outlined in references (a-j), the manner in which they are implemented by schedule and command and control structures are different than those in continental United States (CONUS), FDNF-Europe and FDNF-Bahrain. FDNF-J generate advanced and integrated readiness in the sustainment phase. This appendix describes the OFRP-J model, supersedes COMPACFLTINST 3000.3A and directives governing the execution of the model are the responsibility of the Commander, U.S. SEVENTH Fleet (COMSEVENTHFLT).

2. Mission. The OFRP-J follows a construct similar to rotational forces deploying from the CONUS with key differences in how phases are scheduled and executed.

a. Maintenance and Modernization Phase. Consistent with chapter 4 of this instruction, the maintenance phase includes Selected Restricted and Dry-docking Selected Restricted Availabilities (SRA and DSRA) at 36-month intervals within a ship's FDNF life cycle. A 27-week SRA is scheduled in year 3 and 30-week DSRA is scheduled in year 6 for Cruisers and Destroyers (CRUDES). A 15-week SRA is scheduled in years 3 and 6 for landing helicopter deck (LHD), landing assault deck (LHA), landing platform dock (LPD), and landing ship dock (LSD) class. A 21-week SRA is scheduled for Mine Countermeasures (MCM) class. Commander, Naval Surface Group Pacific (CNSP) as type commander (TYCOM) is responsible for execution of the maintenance phase. CNSP exercises this responsibility through its executive agent; Commander, Naval Surface Group Western Pacific (CNSGWP) for FDNF-J ships. The scheduling of the Maintenance and Modernization Phase is the responsibility of COMSEVENTHFLT. A Basic Phase Readiness Brief (RPRB) will be conducted per CNSP guidance prior to the completion of SRA. A copy will be provided to Commander, U.S. Pacific Fleet (COMPACFLT) and COMSEVENTHFLT.

b. Basic Phase. Consistent with chapter 4, the basic phase is a continuous and uninterrupted block of time to focus on development of core required operational capabilities and skills through completion of basic-level training, inspections, certifications, assessments, and visit requirements. The basic phase will consist of 18 weeks of training and 4 weeks for Readiness Evaluation-6. FDNF-J ships will have an 18-week training period following SRA to complete all Tier 1 certifications (Amphibious Warfare (AMW), Mobility-Aviation (MOB-A), Mobility-Damage Control (MOB-D), Mobility-Engineering (MOB-E), Mobility-Navigation (MOB-N), Mobility-Seamanship (MOB-S), and Communications (COMMS) and specified Tier 2 certifications (Ballistic Missile Defense (BMD), Antisubmarine Warfare (ASW), Air Warfare (AW), Cryptology (CRY), Electronic Warfare (EW), Strike Warfare (STW) and Surface Warfare(SW), and remain current in certifications for all other warfare areas. The basic phase

immediately follows the maintenance phase for all ships except USS BLUE RIDGE (BLR), which conducts SRAs annually. Blue Ridge will conduct its basic phase at the end of every third SRA. After each SRA, Blue Ridge will conduct a CNSP-supported readiness review.

(1) TYCOM (basic phase) certifications are the responsibility of CNSP. CNSP acts through executive agent, CNSGWP for FDNF ships. The scheduling of the basic phase into the OFRP life cycle of FDNF ships is the responsibility of COMSEVENTHFLT. The detailed schedule comprising the basic phase is the responsibility of CNSGWP acting in concert with Commander, Task Force (CTF 70) for CRUDES and Expeditionary Strike Group (ESG) 7 for L-class and MCM.

(2) Due to the unique nature of BLR annual maintenance cycle, the ship will execute a full basic phase after the third Chief of Naval Operations (CNO) availability for all Tier 1 (mobility) and Tier 2 (tactical) certifications. In years that a full basic phase is conducted, the ship will be required to conduct a Light Off Assessment (LOA), a TYCOM Ready for Sea Assessment (RFSA) and a Navigation Check Ride. BLR will commence a 14-day post maintenance training period to conduct a Navigation Assessment and commanding officer's (CO) training time. Afloat Training Group Western Pacific (ATGWP) will provide tailored training as determined necessary by CNSGWP and the ship's CO.

(3) Every effort will be made to complete required live fire events within the training period. Due to a lack of organic resources in FDNF-J, ships may take credit for AW and SW live fire certification events during group, multi-sail, or other equivalent exercises outside basic phase with ATGWP assessors onboard.

(4) Prior to basic phase completion (BPC), operational employment is limited to the requirements in Appendix-E. Upon satisfactory completion of basic phase, FDNF-J ships are fully certified by COMSEVENTHFLT for deployed operations and enter the sustainment phase. This is a difference between OFRP-J and CONUS OFRP.

(5) Reports of Readiness to Deploy. TYCOM will provide BPC or TYCOM certification reports for FDNF-J ships to COMSEVENTHFLT. For FDNF-J, CNSGWP recommends BPC to CNSP. Once approved, CNSP will send a BPC or TYCOM certification message.

(a) A formal discussion of unit readiness will occur prior to completion of FDNF-J surface units' basic phase. This formal discussion will be documented in a readiness to deploy letter (RDL). The RDL will be from the ship to the operational Immediate Superior in Command (ISIC) assigned at the start of the basic phase. Per COMSEVENTHFLT Operational General Message (OPGEN), the operational ISIC for guided missile destroyer (DDG), LSD, and littoral combat ship-class (LCS) ships will be the Destroyer Squadron (DESRON) and Amphibious Squadron (PHIBRON); operational ISIC for LHA, CG and LPD-class ships shall be the carrier strike group (CSG) and ESG. The operational ISIC will endorse the RDL, noting

acceptance or non-acceptance of the unit, and forward the RDL directly to COMSEVENTHFLT. The RDL will be complete prior to BPC and will be endorsed by the ISIC prior to commencement of operations. The purpose of the RDL is to identify and resolve concerns and issues related to readiness to deploy. Specific reporting requirements will be outlined by COMSEVENTHFLT.

(b) For CSG, ESG, ARG, and surface action group (SAG) patrols, readiness to deploy briefs will follow formats as prescribed by COMPACFLT. In the absence of COMPACFLT requirements, COMSEVENTHFLT will specify the format. These briefs include units assigned to a CSG, ESG, ARG, or SAG.

(c) FDNF-J ships will conduct a RE-6.

(6) Changes in BPC dates. Training extensions require joint CNSP and COMSEVENTHFLT concurrence or non-concurrence with exceptions adjudicated by COMPACFLT. If the necessary changes require certifications after the allotted 18 training weeks, the operational ISIC and CNSGWP will request approval from CNSP and COMSEVENTHFLT to adjust the BPC date, or grant permission to complete the certification after the original date on a case by case basis. Any change in the BPC date after the initial approval date will be communicated via record message traffic from CNSGWP and ISIC to CNSP, COMSEVENTHFLT, and task force commanders and surface squadrons. In cases where COMSEVENTHFLT does not concur, COMSEVENTHFLT may forward to COMPACFLT for adjudication.

(7) Reported exceptions to BPC. When a basic phase will include a planned warfare area certification exception, CNSGWP will formally communicate this to CNSP and to COMSEVENTHFLT via the operational ISIC with explanation of why completion will not occur, when the certification will be completed, and mitigations associated with this exception. Approval of these exceptions will be communicated via record message traffic.

(8) In order to complete any certification outside of the basic phase, the ship must request permission to CNSGWP, and gain concurrence of COMSEVENTHFLT to conduct a certification validation (CV). If a CV for a mission area is assessed below minimum standards (e.g. below 80% on selected CEs or Res) by ATGWP or its designated representative, the certification will not be extended and will require a full Basic Phase in that mission area. A ship cannot conduct two consecutive CVs, nor can it conduct a CV on an expired certification.

c. Sustainment Phase. The sustainment phase in FDNF-J commences upon the successful completion of the basic phase and lasts until the start of the next maintenance phase. As such, the FDNF-J sustainment phase includes advanced and integrated training periods, deployed operations, selected incremental availabilities (SIA) and continuous maintenance availabilities

(CMAV). The scheduling sequence of the sustainment phase is the responsibility of COMSEVENTHFLT.

(1) The sustainment phase includes two SIAs and two CMAVs for CRUDES and L Class within a 36-month cycle. The SIA is a notional 8 weeks (CRUDES) and 10 weeks (L-class) maintenance period. Six 4 week CMAVs are scheduled for MCM class.

(a) Upon completion of a SIA, ships will commence a 14-day training period that will include ISIC Navigation Assessment and CO's training time. ATGWP will provide tailored training as determined necessary by CNSGWP and the ship's CO. The task force commander will provide an assessment report to COMSEVENTHFLT outlining warfare areas (Tier 1 and Tier 2) assessed along with a recommendation for continued deployment.

(b) Following all ISIC leadership rides and embarkations onboard surface ship, a report will be sent via the appropriate CTF to COMSEVENTHFLT describing command readiness and certifying that the ship retains its certification status.

(c) ISIC check rides are directed for all LCS crew turnovers. ISIC will report via CTF 76 crew readiness to fulfill all missions prior to tasking.

(d) CVs will be conducted when the 36-month certification will expire prior to the next major availability or when deemed necessary due to OFRP cycle watch team rotation concerns. COMSEVENTHFLT concurrence is required to define the length of the extension granted.

(2) Advanced Training. The purpose of the advanced training period is to enhance unit warfighting capabilities using classroom, academic, live, virtual, and constructive training in tactics, techniques, and procedures (TTP) in all warfighting. Required operational capabilities (ROCs) within a challenging warfighting environment. The advanced training period for FDNF-J units runs concurrent with the sustainment phase. FDNF-J ships are required to complete the advanced training once per 36-month OFRP cycle. To the maximum extent practical a unit's advanced training will be sequenced with the integrated training. Advanced training will be scheduled at the semi-annual COMSEVENTHFLT scheduling conference and announced in the annual COMSEVENTHFLT Planning Order (PLANORD for FDNF-J).

(a) The advanced training Surface Warfare Advance Tactical Training (SWATT) event is the responsibility of CNSP, planned and executed by Surface Mine Warfighting Development Center (SMWDC). SMWDC will conduct SWATT for CRUDES, Amphibious ships, and MCM Advanced Tactical Training (ATT).

(b) SWATT is serial-based multi-ship, advanced tactical training designed to bridge the basic and integrated phases, complete required advanced exercises (AEs), and assist warfare

commanders and ships readiness to operate in a forward deployed environment. The primary training audience is the warfare commander level and below, specifically, the sea combat commander (SCC), Air and Missile Defense Commander (AMDC) and surface ship tactical watch standers. SWATT is not a certification or pass or fail event, but a series of in port and at-sea training events. SWATT will be scheduled at the semi-annual COMSEVENTHFLT scheduling conference. COMSEVENTHFLT will distribute an annual SWATT PLANORD scheduling SWATT execution and delineating task force support requirements.

(c) MCM ATT provides advanced Mine Warfare (MIW) training and improves MCM capability to conduct operations in support of the Fleet Commander's Operational Plan. MCM ATT is a single-ship, single mission area tactical training event with subject matter expert led in port and underway training. MCM ATT will be conducted within 60 days of the ATG MIW Certification. MCMATTs will be scheduled at semi-annual COMSEVENTHFLT scheduling conferences.

(3) Integrated Training. The purpose of the integrated training period is to synthesize individual units and staffs into aggregated, coordinated CSG, ESG, ARG, SAG, or other combined-arms forces and build proficiency operating in the anticipated naval and joint command and control structure in a challenging, multi-dimensional, pacing threat environment. This training provides an opportunity for CSG, ESG, ARG, SAG decision makers and watch standers to conduct naval and joint command and control in-port and at-sea training culminating in a performance assessment under high-end threat conditions. FDNF-J units are required to complete an integrated training period with COMSEVENTHFLT certification once per 36-month OFRP cycle and will inform and request support to Carrier Strike Group FIFTEEN (CSG 15) via official naval message. Scheduling the integrated training period is the responsibility of COMSEVENTHFLT. Integrated training will be scheduled at the semi-annual COMSEVENTHFLT scheduling conference and announced in the annual COMSEVENTHFLT Phase Zero PLANORD for FDNF-J.

(a) The FDNF-J integrated training is first comprised of Fleet Synthetic Training Joint (FST-J 72) series events as well as proficiency in leading and executing required missions and capabilities under realistic, high-end threat conditions, informed by the establishment of CSG and ARG training sustainment training plans. CTF 70, CTF 76, surface squadrons, and units participate annually in the FST-72 academic and exercise execution phases. Ballistic Missile Defense (BMD) capable ships participate in FST-71 for BMD certification at least once every 36-months. Tactical Training Group Pacific (TTGP) supports COMSEVNETHFLT in execution of FST-J 72 and provides an assessment report following completion to inform the at-sea integrated training.

(b) Certification of FDNF-J strike groups (CTF 70 and CTF 76) and surface squadrons following completion of Basic Phase along with the advanced and integrated training is the responsibility of C7F. Integrated or Employment certification for FDNF-J will normally

occur every two years for strike groups at capstone events; (even years) for CTF 70, Commander, Destroyer Squadron (CDS) 15, and participating units at exercise Valiant Shield and (odd years) for CTF 76, CPR 11 and participating units at Talisman Saber.

(c) COMSEVENTHFLT will be the certifying authority for surface squadrons. CDS 15 and CDS 7 will be assessed and certified as sea combat commanders and force ready to command independent SAG operations. Commander, Amphibious Squadron 11 (COMPHIBRON ELEVEN) will be assessed and certified as an ARG. CTF 70 and CTF 76 will develop and maintain COMSEVENTHFLT-approved certification criteria based on CSG 15 standards. AIT and certification training exercise (CERTEX), group sail, FST-J, Valiant Shield, and Talisman Saber will be venues for assessing readiness.

(d) Every effort will be made to sequence SWATT and FST-J 72 participation with integrated training and certification for individual units. COMSEVENTHFLT will ensure sufficient representation of integrated training and certification requirements in Valiant Shield and Talisman Saber planning conferences.

(e) Execution of the FDNF-J integrated training requires detailed tracking and assessment of CSG, ESG, and ARG Navy Mission Essential Tasks (NMET) on an annual basis. CTF 70 and CTF 76 will submit a formal training plan annually. Training plans will be submitted to COMSEVENTHFLT no later than 1 February of each year in advance of SWATT, FST-J 72, and annual patrols. These rolling NMET assessments combined with TTGP FST-J 72 assessments and CSG 15 integrated training assessments to inform a recommendation regarding strike group certification. COMSEVENTHFLT will be the certifying authority for strike groups.

(f) COMSEVENTHFLT will coordinate with CSG 15 to ensure FDNF-J NMETs remain current to those used for CONUS strike groups.

(4) Employment Certification. Certification of FDNF-J strike groups following completion of basic phase and the advanced and integrated training periods is the responsibility of COMSEVENTHFLT. Employment certifications in FDNF-J will normally occur every two years for strike groups at capstone events (on even years for CSG FIVE at Valiant Shield and on odd years for ESG SEVEN (COMEXSTRKGRU SEVEN) at Talisman Sabre.). Additionally, COMPHIBRON ELEVEN will complete amphibious integration training and certification exercise with 31st MEU as required.

(5) USMC Certifications. FDNF-J L-Class Ships execute two patrol cycles in a given calendar year, synchronized with the U.S. Marine Corps (USMC) Unit Deployment Plan (UDP) to achieve two MEU certifications (AIT and CERTEX). Sustainment is achieved within the deployed phase through periodic assessment conducted by the ISIC coincident with amphibious operations supporting USMC AIT and CERTEX.

3. Models (Notional)

**CONUS OFRP (Five Phases - Sequential)**

Maintenance → Basic Phase → Advanced → Integrated → Sustainment

| Five Phase Construct ISO Deploying Forces from CONUS OFRP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maintenance | | | | | | | | Basic | | | | | ADV | | | INT | | Sustainments | | | | | | | | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |

**FDNF-J CRUDES (Five Phases – Non-Sequential)**

Maintenance → Basic → Sustainment/Advanced/Integrated (*)

| 36 Month OFRP J MODEL (CRUDES) Notional | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year 1 | | | | | | | | | | | | Year 2 | | | | | | | | | | | | Year 3 | | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Maintenance | | | | | | Basic Phase | | | | | | Sustainment | | | | | | | | | | | | | | | | | | | | | | | |
| SRA (32wk) | | | | | | Basic Phase (18 wks) + RBS CM (4 wks) | | | | | | Deploy | | | SIA (8 wks) | | CODT/ISIC | ADV (1m) | Deploy | | | CMAV | Deploy | | | | | SIA (8 wks) | | CODT/ISIC | INT (1m) | Deploy | | | | CMAV |
| 32 | 33 | 34 | 35 | 36 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

* It is an objective to schedule a unit's advanced phase prior to integrated phase, however maintenance and operational schedules may at times preclude this.

**FDNF-J L CLASS (Five Phases – Sequential in Certification Year)**

Maintenance → Basic → Sustainment/Advanced/Integrated (*)

36 Month OFRP J MODEL (LHA/D, LPD & LSD) Notional

| Year 1 | | | | | | | | | | | | Year 2 | | | | | | | | | | | | Year 3 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Maintenance | | | | Basic Phase | | | | | Sustainment | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SRA (15wk) | | | | Basic Phase (18 wks) + RES CM (4 wks) | | | | | AIT/CERTEX | Deploy | | | SRA (10 wks) | | CODT/ISIC | ARV (1m) | AIT/CERTEX | Deploy | | | CMAV | AIT/CERTEX | Deploy | | | SRA (10 wks) | | CODT/ISIC | AIT/CERTEX | [illegible] (1m) | Deploy | | | CMAV | AIT/CERTEX |
| 32 | 33 | 34 | 35 | 36 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

* ARG/MEU employment cycles allow sequential phasing in most cases. This phasing may not necessarily occur within the same calendar year.

**LCC-19 CLASS (Five Phases – Annual SRA and Basic Phase Every 3rd Year)**

Basic → Sustainment → Maintenance

| Year 1 | | | | | | | | | | | | Year 2 | | | | | | | | | | | | Year 3 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| Basic Phase | | | | | Sustainment | | | | | | | | | | | | | | | | | | | | | | Maintenance | | | | | | | | |
| Basic Phase (18 wks) + RES CM (4 wks) | | | | | Deploy | | FRICTION | SRA (12wk/90 Days) | | | ISIC | Deploy | | | | | | CMAV | FRICTION | SRA (12wk/90 Days) | | | ISIC | Deploy | | | FRICTION | CMAV | SRA (28wk/200 Days) | | | | | | |

* LCC-19 conducts a basic phase every three years. Within that three years SRAs do not trigger a full basic phase requirement.

**FDNF-J MCM CLASS (Four Phases – Non-Sequential)**

Maintenance → Basic → Sustainment/Advanced (*)

36 Month OFRP J MODEL (MCM) Notional

| Year 1 | | | | | | | | | | | | Year 2 | | | | | | | | | | | | Year 3 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Maintenance | | | | | Basic Phase | | | | | Sustainment | | | | | | | | | | | | | | | | | | | | | | | | | |
| SRA (21wk) | | | | SHAKEDOWN | Basic Phase (18 wks) + RES CM (4 wks) | | | | | CMAV | TSRA | ARV (1m) | Deploy | | | CMAV | Deploy | | | CMAV | ISIC | Deploy | | | CMAV (8wk) | | Deploy | | | CMAV | ISIC | Deploy | | | CMAV |
| 32 | 33 | 34 | 35 | 36 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

* References (a) and (c) do not define an integrated phase for MCM, or LCC Class. LCC models are not finalized at the time of this instruction.

4. Schedule Approval Business Rules. FDNF-J schedules will be determined via the COMSEVENTHFLT scheduling conference process. All stakeholders (CTF 70, CTF 76, CDS-15, ESG-7 DET, CNSGWP, COMPHIBRON ELEVEN and MCMRON 7) will attend these conferences in order to exercise duties and authorities per this instruction.

a. CRUDES, L-class and MCM will account for all training and maintenance entitlements.

b. COMSEVENTHFLT approval is required for the following schedule related items.

(1) Schedule will result in ship exceeding CNO operating tempo (OPTEMPO) limits (50 percent currently).

(2) Aircraft Carrier, Nuclear (CVN) deploying with less than three escorts.

(3) Deliberate scheduling that fails to provide required maintenance entitlements or basic phase training entitlements.

(4) Shifts in BPC dates as described previously.

(5) Schedules that do not provide the required ISIC assessment following a SIA.

(6) Failure to schedule the stand down period required in in this instruction.

(7) Failure to meet Board of Inspection and Survey Material Inspection (INSURV/MI) periodicity.

(8) Decisions on maintenance and basic phase schedules that have operational impact through increases in OPTEMPO or disruption of other operational schedules such that other ships are placed at risk of meeting OFRP milestones.

5. Stand Downs. FDNF-J operational cycles result in a persistent, high demand on crews. In addition to standard holiday routines and associated stand downs, every effort will be made to schedule a similar two to four week stand down at the conclusion of the sustainment phase prior to the maintenance phase.

6. Mine Countermeasures Commander (MCMC). Commander, Mine Countermeasures Squadron SEVEN (MCMRON 7) is trained on a bi-annual basis by SMWDC Mine Warfare Division as a forward deployed MCMC. SMWDC will issue a formal message recommending certification to COMSEVENTHFLT for endorsement.

7. Other Task Force Certifications. CTF 74 and CTF 75 are trained on a bi-annual basis by Undersea Warfare Development Center (UWDC) and Naval Expeditionary Combat Command (NECC). CTF 74 certifies as Theater Undersea Warfare Commander (TUSWC). CTF 75 certifies for major combat operations. UWDC and NECC issue formal message recommendations to COMSEVENTHFLT for certification and endorsement.

8. Other Requirements. COMSEVENTHFLT will issue an annual fleet training plan as an execute order (EXORD) no later than 15 December each year. This EXORD will inform the CTF training plans.

a. In order to ensure readiness to operate in PACFLT AOR, CTFs will ensure all FDNF-J units receive the AOR-specific training at least annually and deployers to COMSEVENTHFLT receive the same training prior to commencement of operations in the AOR. Specific topics and training requirements will be announced in the COMSEVENTHFLT annual fleet training plan. All CTFs, surface squadrons, air, subsurface, and surface units will complete the training annually and report completion no later than 1 February.

b. Pre and post-deployment briefs. CTF 70 and CTF 76 will submit and conduct pre and post deployment briefs in formats prescribed by COMPACFLT, or in the absence of a specified format, as directed by COMSEVENTHFLT. Independent deploying FDNF-J units will provide post deployment briefs during SIA or other maintenance periods.

c. Additional Required Reports. ISICs will ensure COMSEVENTHFLT is in receipt of the following reports:

(1) All READ E1 to READ-E6 reports

(2) 90-day TYCOM Assessment reports

(3) TYCOM Material Inspection (MI) or INSURV READ –E7 reporting criteria

(4) Ship Repair Facility (SRF) Post-Availability Assessment Reports

## APPENDIX N
## OPTIMIZED FLEET RESPONSE PLAN
## FORWARD DEPLOYED FORCES EUROPE COMMAND (OFRP-EUCOM)

1. This section applies to all FDNF-United States European Command (EUCOM) units under Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM) administrative control, to include ships, Explosive Ordnance Disposal (EOD) mobile units, and enduring Adaptive Force Packages (and any other force not specifically noted), that are assigned to FDNF-EUCOM.

2. Purpose. This section establishes policy, clarifies responsibilities, and identifies requirements shared between Commander, U.S. Naval Forces Europe/Africa (COMUSNAVEUR/COMUSNAVAF), COMUSFLTFORCOM, and their respective subordinate commands. The overall goal is to establish a clear supported and supporting commander relationship and training framework that ensures the FDNF-EUCOM units are able to maintain certification across all required operational capability and projected operating environment (ROC and POE) mission areas.

3. Background. FDNF-EUCOM units will homeport shift from continental United States to Rota certified by COMUSFLTFORCOM to deploy across all ROC and POE mission areas. After arriving in EUCOM area of responsibility, these units will operate in a continuous sustainment model while adhering to reference (d), type commander (TYCOM), and numbered fleet commander (NFC) training and readiness policies. Each unit will maintain their required ROC and POE deployment capabilities.

a. Ships. FDNF-EUCOM ships will not execute the notional optimized fleet response plan (OFRP) cycle. To maintain the necessary training flexibility, mission area certifications will not expire when the ship enters a maintenance period. Mission area certification periodicity is set per TYCOM and NFC training and readiness policy. Mission areas may be recertified at any point within that periodicity. Refer to C6FINST 3501.1 Series for FDNF-EUCOM certification policy.

(1) Commander, Naval Surface Force Atlantic with their executive agent Commander, Afloat Training Group Atlantic, will support unit-level training and assessment through mobile training teams. Flag Officer at Sea Training will be used to certify unit-level training and support live fire events.

(2) Naval Surface and Mine Warfare Development Center (NAVSURFMINEWARDEVCEN) will support advanced training and assessment, to include live fire events (e.g., live fire with a purpose) and events such as Joint Warrior and Formidable Shield. NAVSURFMINEWARDEVCEN will provide an advanced training completion report.

(3) Commander, Carrier Strike Group Four (COMCARSTRKGRU FOUR) will support Ballistic Missile Defense training and assessment (e.g. multi-theater BMDEX).

(4) COMCARSTRKGRU FOUR and Commander, Destroyer Squadron SIX ZERO (COMDESRON 60) will support training and assessment for deployment certification. Continuous sustainment of deployment certification requirements will be validated by participation in exercises such as Joint Warrior. COMCARSTRKGRU FOUR and COMDESRON 60 will issue recommendations for deployment certification to Commander, U.S. SIXTH Fleet (COMSIXTHFLT).

b. EOD Mobile Unit 8. Forward deployed EOD mobile unit platoons will certify per Commander, Naval Expeditionary Combat Command (NECC) policy. NECC will issue a recommendation for deployment certification to COMSIXTHFLT.

c. Enduring Adaptive Force Packages. Enduring Adaptive Force Packages establishment and execution of an OFRP cycle (including training, assessment, and certification) will be governed by the applicable Planning Order issued by COMUSFLTFORCOM or Commander, U.S. Pacific Fleet.

4. Certification Authority. COMSIXTHFLT is the authority to approve all deployment certifications for FDNF-EUCOM ships, units, and task forces.

## APPENDIX O
## OPTIMIZED FLEET RESPONSE PLAN
## FORWARD DEPLOYED FORCES CENTRAL COMMAND (OFRP-C)

1. This section applies to all FDNF-United States Central Command (USCENTCOM) units under Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM) administrative control, to include supporting augmenters and personnel (e.g., intelligence direct support, meteorology and oceanography), or any other force not specifically noted, that is assigned to FDNF-USCENTCOM.

2. Purpose. This section establishes policy, clarifies responsibility, and identifies responsibilities shared between Commander, U.S. Naval Forces Central Command (COMUSNAVCENT), COMUSFLTFORCOM, and their respective subordinate commands. This establishes certification authority and process for individual unit-level mission area and advanced phase training and assessment certifications of the ships forward deployed in the USCENTCOM area of responsibility (AOR) as part of FDNF-USCENTCOM.

3. Background. FDNF-USCENTCOM ships are homeported in Bahrain and are certified for employment across all required operational capabilities and projected operational environment (ROC and POE) mission areas as defined in platform ROC and POE instructions. These units will conduct training in modified FRTP phases while adhering to reference (k), type commander (TYCOM), and numbered fleet commander (NFC) training and readiness policies. Each unit will maintain their required ROC and POE deployment capabilities.

a. Per TYCOM training and readiness policy, FDNF-USCENTCOM Patrol Craft (PC) and Mine Countermeasure (MCM) class ships will execute a optimized fleet response plan (OFRP) cycle. To maintain the necessary training flexibility, mission area certifications expire upon transition to the planned extended maintenance phase and will be recertified during specified basic phase periods. Commander, Afloat Training Group Atlantic (COMAFLOATRAGRULANT) will support unit-level training and assessment.

b. Commander, Naval Surface Force Atlantic (COMNAVSURFLANT), with Commander, Naval Surface Squadron FIVE (COMNAVSURFRON FIVE) as the executive agent, will train and assess FDNF-USCENTCOM ships in the USCENTCOM AOR for unit-level training certification. Unit-level certification will be issued by COMNAVSURFLANT. Advanced training certification will be granted by Commander, U.S. FIFTH Fleet (COMFIFTHFLT); with the recommendation of the appropriate task force commander.

c. Commander, Destroyer Squadron FIVE ZERO (COMDESRON 50), Commander, Task Force FIVE FIVE (CTF 55) will conduct advanced phase training for PCs. Advanced training will occur following basic phase training. COMNAVSURFLANT and Naval Surface and Mine Warfighting Development Center (NAVSURFMINEWARDEVCEN) will assist CTF 55,

through advice and consultation, in developing realistic theater scenarios that emphasize multi-unit tactical training.

d. Commander, Mine Countermeasures Squadron Five (COMCMRON FIVE), Commander, Task Force 52 (CTF 52) will conduct ready for operations on completion of MCM basic phase. Ready for operations will provide a means to conduct training relevant to operational missions and ensure MCMs are ready for tasking. Following ready for operations, NAVSURFMINEWARDEVCEN will conduct advanced phase training for MCMs consisting of Surface Warfare Advanced Tactical Training, and a multi-national mine countermeasures exercise.

e. In support of ships with rotational crews (e.g., LCS and ESB), COMNAVSURFLANT with support of COMAFLOATRAGRULANT, will conduct unit and advanced level training and certification of all crews prior to deployment to theater on alternative platforms. Once in theater, crews require an integration period to ensure familiarity with platform, systems, and ongoing operations.

4. Goal. The overall goal is to establish a clear supported and supporting relationship and training framework that ensures the FDNF-USCENTCOM ships are able to maintain certification across all ROC and POE mission areas.

5. Policy. FDNF-USCENTCOM ships are certified for employment by COMFIFTHFLT across all ROC and POE mission areas. These ships will conduct training in modified FRTP phases. Combat readiness is maintained through coordination amongst COMNAVSURFRON FIVE, COMAFLOATRAGRULANT, COMNAVSURFLANT, NAVSURFMINEWARDEVCEN, and COMFIFTHFLT.

APPENDIX P
ASSESSMENTS

1. Purpose. It is imperative to continually assess the health of optimized fleet response plan (OFRP) and to understand the performance to plan of both the elements of OFRP and OFRP writ large. To that end, a robust assessment mechanism is provided, through the Force Readiness Cross Functional Team (FRCFT) led by U.S. Fleet Forces Command N02R and Commander, Pacific Fleet N03.

a. Annually, the FRCFT will assess OFRP execution and report to the Fleet Commander's Readiness Council via the Fleet Readiness Requirements Review Board for approval by the Fleet Commanders. The assessment includes execution of the Master OFRP production plan, comparison of planned and executed to nominal OFRP cycle length; generated vs. targeted operational availability ($A_O$); operational days lost due to maintenance delays (including induction) and days lost not working toward deployment certification, the health of the readiness production construct and readiness enablers, and executed performance of the baseline capability configuration plan.

b. Semi-annually, TYCOMs will assess performance to plan of the basic and advance phase, to include first pass yield and on time completion of training phases. TYCOMs will also brief their respective fleet commander on the resourcing status and operational performance of assigned forces in the force generation process and barriers, internal or otherwise, to their ability to effectively generate ready forces. Similarly, Commander, Carrier Strike Group FOUR and Commander, Carrier Strike Group FIFTEEN will brief their respective fleet commander on group performance and first past yield of the integrated phase and any barriers, internal or otherwise, to effective, on time completion of the integrated phase. Barriers that cross fleets, or include Program Executive Office, system command, or higher echelon equity or sponsorship are natural topics for the Fleet Commander's Readiness Council via the Fleet Readiness Requirements Review Board.

c. These assessments will be data derived and analytically driven from common, authoritative data sources. Over time, assessments will mature from locally generated spreadsheets and briefing slides to a common integrated readiness architecture that allow real time assessment and visualization of: 1) OFRP health as a process, 2) assessments of the Master OFRP production plan (MOPP) and Baseline Configuration Change Plan execution to plan, and 3) individual unit readiness as tracked to their current OFRP phase through an automated assessment of "on plan" or "off plan."

d. Assessment metrics may vary by platform type. For example: Submarines will measure the ability to meet Submarine Response Plan or the number of combat surge ready submarines.

2. Operational Availability (AO) Metrics

a. AO can be the measure of both the fleet or platform in aggregated (as in 7 of 11 CVNs) or more normally a measure of the availability of a unit over a specific OFRP cycle.

(1) In both cases, a unit must be in the X or Y category to count toward AO.

(2) For a specific unit over an OFRP cycle, the denominator would be the planned cycle length per the MOPP for later comparison to the nominal, modeled AO. Example: A unit has a 37-month OFRP cycle and certified at month 19. $A_O$ is $18/37 = 0.486$.

(3) The AO of an actual unit's cycle or the modeled cycle availability cannot be used as a 1 to 1 comparison with the class or fleet as units in non-standard overhauls or service life extensions are excluded from both accounting schemas, nor are new construction units accounted for until after Post-Shakedown Availability (and related testing).

(4) For classes with widely different maintenance availability durations across the MOPP, such as DPIA vs. PIA for CVNs, assessing $A_O$ over the MOPP vice a single cycle provides a more realistic $A_O$ for planning.

b. Material availability ($A_M$) is a Department of Defense term that considers unit, platform, type, model, and series as the fractional period not in depot maintenance. This term is useful for discussing Navy readiness to document the much longer period a unit is operable for training and service tasking versus solely the period fully certified for employment. Example: A ship has a 7-month maintenance availability in a 36-month cycle. $A_M$ is therefore $29/36 = 0.805$