UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, et al., </br></br>Plaintiffs, </br></br>v. </br></br>LLOYD J. AUSTIN, III, *et al.*, </br></br>Defendants. | Civil Action No. 21-01047 (TJK) |

### **[PROPOSED] ORDER**

Before the Court is Plaintiff OS2 Mohammed Shoyeb's Application for Preliminary Injunction. Upon consideration of the motion, the opposition, and the reply, the arguments of counsel, and the entire record herein, it is hereby ORDERED that Plaintiff Shoyeb's Application for Preliminary Injunction is DENIED.

Dated: _____                                    _____
                                                                                            United States District Judge