**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**EDMUND DI LISCIA**, et al.,

*Plaintiffs*,

v.

**LLOYD JAMES AUSTIN III**, et al.,

*Defendants.*

Civil Action No. 1:21-cv-01047-TJK

**SUPPLEMENTAL DECLARATION OF MOHAMMED SHOYEB**

I, OS2 Mohammed Shoyeb, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age and, if called to testify at a hearing in this matter, can and will competently testify to the following facts of which I have personal knowledge.

2. I am an Operations Specialist (OS), stationed aboard the USS Chancellorsville (CG 62). This summer we have engaged in training exercises at sea.

3. I am aware that several Sailors currently on my ship have been allowed to continue growing beards for medical reasons, whether the ship is at dry dock, at sea for basic phase of training, or otherwise underway.

4. It is my understanding that these Sailors have periodic medical no-shave chits which allow them not to shave for a certain period of time, which is determined by the severity of their medical skin condition. As long as these Sailors continue to demonstrate this medical skin condition, they are able to renew their periodic no-shave chits indefinitely.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2021.

Mohammed Shoyeb
OS2 USN