# JOINT STIPULATION REGARDING PLAINTIFF MOHAMMED SHOYEB'S APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiff OS2 Mohammed Shoyeb and Defendants in this matter agree to the following terms regarding OS2 Shoyeb's pending Application for Preliminary Injunction [Dkt. 22-0]:

(1) Defendants agree to grant a religious accommodation permitting OS2 Shoyeb to grow a four-inch beard that is kept neat such that it appears no longer than two inches in length from the bottom of his chin while in a duty status for the pendency of the litigation.

(2) The U.S. Navy shall not transfer or remove OS2 Shoyeb from his present duty station because the U.S. Navy granted him a religious accommodation to grow a four-inch beard.

(3) OS2 Shoyeb will withdraw his pending motion for preliminary injunction.

(4) Plaintiffs will not use the grant of accommodation to OS2 Shoyeb as evidence of no compelling interest.

Approved by:

Eric S. Baxter

Eric Baxter
Counsel for Plaintiff Mohammed Shoyeb

JOSEPH CARILLI
Digitally signed by JOSEPH CARILLI
Date: 2021.08.26 16:35:04 -04'00'

Joseph F. Carilli, Jr.
Counsel for Defendants