# EXHIBIT A

# EXHIBIT A



THE SECRETARY OF THE NAVY
WASHINGTON, D.C. 20350-1000

NOV 1 5 2021

MEMORANDUM FOR ASSISTANT SECRETARIES OF THE NAVY
                            GENERAL COUNSEL
                            COMMANDANT OF THE MARINE CORPS
                            CHIEF OF NAVAL OPERATIONS

SUBJECT: Department of the Navy Diversity, Equity, and Inclusion Going Forward

Diversity, equity and inclusion (DE&I) are inextricably linked to the readiness and mission success of our Navy and Marine Corps team. Our people provide the foundational strength for the Department of the Navy (DON). In leveraging the talent, expertise, leadership and collaboration of our force, we are building a strategic DE&I framework and implementation strategy that retains our competitive edge, creates capacity, and positions us for success.

As I noted in my first message to the Fleet, I am focused on Culture as one of my four C's. Culture is about ensuring our Navy and Marine Corps are the most talented, most combat-ready, most committed force possible. I reinforced this priority in my October guidance to the Fleet: "One Navy-Marine Corps Team: Strategic Guidance from the Secretary of the Navy," indicating that we need to empower our people by cultivating talent and taking care of our people.

Already, the Navy and Marine Corps have advanced efforts to reflect the Nation we serve, drawing upon the strengths of all segments of our society. The Department of the Navy leadership continues to reach out to our Sailors, Marines and civilians through focus groups, listening sessions, town halls, and more, to gain feedback on critical DE&I issues. I applaud everyone's work in this space and their continued leadership as we take the next steps.

Implementing meaningful change requires each Sailor, Marine and civilian employee to recognize and celebrate each other's differences while building an enterprise-wide culture that affords all the opportunity to achieve their full potential. The public entrusts us with our Nation's security, including protection of our freedoms and the principles we represent. Accessing individuals with different perspectives adds to our ability to solve problems on and off the battlefield, and amplifies the capability of our forces.

As the DON's Chief Diversity Officer, the Assistant Secretary of the Navy (Manpower and Reserve Affairs) (ASN (M&RA)), will lead implementation of the enterprise-level DON DE&I strategy, synchronizing key policies and initiatives and ensuring alignment with the Office of the Secretary of Defense. ASN (M&RA) will direct periodic reporting regarding DE&I initiatives and recommendations. Enclosure (1)

SUBJECT: Department of the Navy Diversity, Equity, and Inclusion Going Forward

captures the current efforts. We will review this living document continuously with feedback from our Sailors, Marines and civilians.

As a Nation, we face unpredictable and intense challenges near and abroad. To successfully meet those challenges, we require a Navy and Marine Corps that is diverse, with a wide array of ideas and capabilities, a total force that reflects the Nation whose principles we defend. The DON will continue to recruit, train, and organize the best combat-ready naval forces while maintaining national security through a sustained maritime presence. Further, it is our critical imperative to foster and sustain a diverse and inclusive culture that promotes the productivity, innovation, and trust that unleashes the full capacity of *all* our people.

I look forward to working with you on this journey.

Carlos Del Toro

cc:
UNSECNAV
VCNO
ACMC
DNS
DMCS
JAG
OLA
CHINFO
Echelon 1 and 2 Commands

SUBJECT: Department of the Navy Diversity, Equity, and Inclusion Going Forward

## ENCLOSURE 1

In furtherance of my guidance to empower our people, and building upon good efforts already ongoing in the Department of the Navy (DON), I direct the Department to complete the following:

Cultivate Talent
1. No later than December 31, 2021, the ASN (M&RA) will propose an implementation plan identifying effective leadership development programs available for high performing GS-13/14/15 employees. One objective of this effort will be to increase diversity in the pool of candidates from which future senior leaders are drawn.
2. No later than January 31, 2022, the ASN (M&RA) will prepare guidance to ensure diversity on civilian hiring panels.

Take Care of Our People
1. No later than February 28, 2022, the Services shall study, evaluate, and propose changes to respective uniform regulations with an intent to better accommodate racial, ethnic, religious, and gender diversity in our force.
2. No later than January 31, 2022, the Navy and Marine Corps will revisit and update applicable Service policies, instructions and orders related to grooming standards (e.g., BUPERSINST 1000.22C and MCO 6310.1C.8.). The Navy and Marine Corps will continue to accommodate Service members suffering from Pseudo Folliculitis Barbae and will update respective guidance to provide Service members with relief from undue burdens as they deal with this medical condition.
3. No later than March 31, 2022, the Assistant Secretary of the Navy (Energy, Installations and Environment (EI&E)) will coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality. The study should identify potential alternatives for Service members with beards. The study will include a literature review of existing studies. The results of the study shall inform a follow-on effort to update both Services' grooming regulations.

Advance Culture
1. No later than December 31, 2021, the Assistant Secretary of the Navy (Research, Development and Acquisition (ASN (RD&A)) will propose revisions to SECNAV Instruction 5031.1D (*Ship Naming, Sponsor Selection, Crest Development, Keel Layings, Christenings, Commissionings, and Decommissionings*) and include the Chief Diversity Officer, in all review and approval processes related to these functions.

3

SUBJECT: Department of the Navy Diversity, Equity, and Inclusion Going Forward

Measure Progress and Create Accountability
1. Data analysis enables the DON to identify progress, challenges, and success. As such, data integrity is critical in capturing accurate information. To ensure that data are comparable and salient, the Navy and Marine Corps will provide ASN (M&RA) data access as well as extracts into Jupiter from authoritative data environments to develop DON level DE&I dashboards and visualizations.
2. No later than January 31, 2022, the ASN (M&RA) will provide a schedule and structure of DE&I discussions with each of the 22 DON civilian functional communities to focus on data analysis of the workforce composition, efforts to improve underrepresentation, civilian career maps, and career broadening assignments.
3. Both Services shall assist ASN (M&RA) in identifying underrepresentation in military occupational specialties and civilian job series. No later than January 31, 2022, and in collaboration with the Services, ASN (M&RA) will prescribe a method for identifying underrepresentation and lead development of the methods by which underrepresentation may be ameliorated.