UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LLOYD J. AUSTIN, III, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-1047 (TJK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Parties Joint Motion to stay, it is hereby:

ORDERED that the joint motion should be and hereby is GRANTED; this matter, including all deadlines in the Court's September 22, 2021 scheduling order, is hereby STAYED.

It is FURTHER ORDERED that Defendants shall file a status report with the Court on March 4, 2022, and every 60 days thereafter, informing the Court as to the status of the action items detailed in the November 15, 2021, Memorandum of Secretary of the Navy, Carlos Del Toro ("Navy Memo");

It is FURTHER ORDERED that Defendants shall notify the Court when the action items identified in the Navy Memo have been finalized and the parties shall promptly jointly move to lift the stay;

It is FURTHER ORDERED that the parties shall file a Joint Status Report within 30 days of the lifting of the stay setting forth proposals for further proceedings.

SIGNED:

_____          _____
Date                                                              United States District Judge