UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LLOYD J. AUSTIN, III, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-1047 (TJK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendants' Motion should be and hereby is GRANTED;

It is FURTHER ORDERED that the parties' next joint status report shall be due on or before January 9, 2023.

SIGNED:


_____        _____
Date                                                                                United States District Judge