AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Edmund Di Liscia, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-01047-TJK |
| Lloyd J. Austin III, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edmund Di Liscia, Leandros Katsareas, Dominique Braggs, and Mohammed Shoyeb    .

Date:    01/10/2022

/s/ Diana Verm Thomson
*Attorney's signature*

Diana Verm Thomson, D.C. Bar No. 1011222
*Printed name and bar number*
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20006

*Address*

dthomson@becketlaw.org
*E-mail address*

(202) 995-0095
*Telephone number*

(202) 995-0090
*FAX number*