UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LLOYD J. AUSTIN, III, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-1047 (TJK) |

### JOINT STATUS REPORT

Pursuant to the Court's January 26, 2022, Minute Order, the parties, by and through their respective undersigned counsel, hereby provide the Court with an update as to the status of the action items in the November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro entitled "Department of the Navy Diversity, Equity, and Inclusion Going Forward" (the "Navy Memo"), in this currently stayed action. Plaintiffs have nothing to report at this time. Defendants report as follows:

*March 31, 2022, Action Item*

1. As previously reported, the Navy Memo directs the Assistant Secretary of the Navy ("ASN") (Energy, Installations and Environment ("EI&E")) "[n]o later than March 31, 2022," to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality."

2. As also previously reported, in response to this action item, the Naval Health Research Center ("NHRC") in San Diego was selected to conduct the study. As of March 10,

2023, the NHRC completed the data analysis phase and has since completed their report of the study.

3. The report was transmitted internally within the Department of the Navy to the Secretary of the Navy. Defendants can now report that the Secretary of the Navy recently assigned the report to the Assistant Secretary of the Navy (Energy, Installations, and Environment) for that office's review and consideration.

Pursuant to the Court's January 26, 2022, Minute Order, the parties will provide the Court with a further update as to the status of the action items in the Navy Memo on September 5, 2023, and every sixty days thereafter.

Dated: July 7, 2023                                Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Diana V. Valdivia*<br>　　DIANA V. VALDIVIA, D.C. Bar #1006628<br>　　Assistant United States Attorney<br>　　Civil Division<br>　　601 D Street St. N.W.<br>　　Washington, D.C. 20530<br>　　(202) 252-2545<br>　　diana.valdivia@usdoj.gov<br><br>*Counsel for Defendants* | /s/ *Eric S. Baxter*<br>ERIC S. BAXTER (D.C. Bar No. 479221)<br>DANIEL BLOMBERG (D.C. Bar No. 1032624)<br>DIANA VERM THOMSON (D.C. Bar No. 1811222)<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC, 20006<br>(202) 955-0095 PHONE<br>(202) 955-0090 FAX<br>ebaxter@becketlaw.org<br><br>Amandeep S. Sidhu (D.C. Bar No. 978142)<br>Winston & Strawn LLP<br>1901 L St., NW<br>Washington, DC, 20036-3506<br>(202) 282-5828 PHONE<br>(202) 282-5100 FAX<br>asidhu@winston.com<br><br>*Counsel for Plaintiffs* |