UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDMUND DI LISCIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN, III, et al.,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-1047<br>) (TJK) |

**DECLARATION OF NASIR HUSSAIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule LCvR 83.2(d), I, Nasir Hussain, hereby submit and declare the following in support of this motion for admission *pro hac vice* in the above captioned matter:

1-2.  My full name, office address and telephone number are:

   Nasir Hussain
   Winston & Strawn, LLP
   35 W. Wacker Drive
   Chicago, IL 60601
   (312) 558-3761

3.  I have been admitted to the following bars:

   - Illinois 2016, Bar No. 6424090

4.  I have not been disciplined by any bar.

5. I have previously been admitted pro hac vice in this Court in case No. 1:22-cv-01004, Toor, et al v David H. Berger, et al.

6. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2023.

Respectfully submitted,

/s/ Nasir Hussain
Nasir Hussain (IL Bar No. 6324090)
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600 PHONE
(312) 558-5700 FAX
nhussain@winston.com