**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **EDMUND DI LISCIA, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) |
| **LLOYD J. AUSTIN, III, et al.,** | ) Civil Action No. 21-1047 (TJK) |
| Defendants. | ) |

**[PROPOSED ] ORDER GRANTING MOTION FOR ADMISSION OF**
**ATTORNEY NASIR HUSSAIN *PRO HAC VICE***

The Court has reviewed the Applicant's motion for admission of attorney Nasir Hussain

*pro hac vice*. Upon consideration of that motion, the Court grants attorney Nasir Hussain *pro hac*

*vice* admission to this Court.

IT IS SO ORDERED.


DATED: _____, 2023


_____
United States District Judge