AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edmund Di Liscia et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21cv-01047-TJK |
| Lloyd J. Austin, III, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edmund Di Liscia, Leandros Katsareas, Dominique Braggs, and Mohammed Shoyeb                        .

Date:      07/21/2023

*s/s Nasir Hussain*

*Attorney's signature*

Nasir Hussain, IL Bar: 6324090

*Printed name and bar number*

Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, IL 60601

*Address*

nhussain@winston.com

*E-mail address*

(312) 558-3761

*Telephone number*

(312) 558-5700

*FAX number*