UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDMUND DI LISCIA, *et al.*,

    *Plaintiffs*,

v.

LLOYD J. AUSTIN, III, *et al.*,

    *Defendants*.

Civil Action No. 21-1047 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's January 26, 2022, Minute Order, the parties, by and through their respective undersigned counsel, hereby provide the Court with an update as to the status of the action items in the November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro entitled "Department of the Navy Diversity, Equity, and Inclusion Going Forward" (the "Navy Memo") in this currently stayed action. Plaintiffs have nothing to report at this time. Defendants report as follows:

### *March 31, 2022, Action Item*

1.    As previously reported, the Navy Memo directs the Assistant Secretary of the Navy (Energy, Installations and Environment) "[n]o later than March 31, 2022," to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality."

2.    As also previously reported, in response to this action item, the Naval Health Research Center ("NHRC") in San Diego was selected to conduct the study. As of March 10,

2023, the NHRC completed the data analysis phase and has since completed their report of the study.

3.  As also previously reported, the NHRC report was transmitted internally within the Department of the Navy to the Secretary of the Navy for his review and consideration, who further referred the report back to the Assistant Secretary of the Navy (Energy, Installations, and Environment) to clarify recommendations for the Secretary of the Navy's review and consideration.

4.  Defendants report that the referral remains pending with the office of the Assistant Secretary.

Pursuant to the Court's January 26, 2022, Minute Order, the parties will provide the Court with a further update as to the status of the action items in the Navy Memo on November 6, 2023, and every sixty days thereafter.

Dated: September 5, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Diana V. Valdivia
    DIANA V. VALDIVIA, D.C. Bar #1006628
    Assistant United States Attorney
    Civil Division
    601 D Street St. N.W.
    Washington, D.C. 20530
    (202) 252-2545
    diana.valdivia@usdoj.gov

*Counsel for Defendants*

/s/ Eric S. Baxter
ERIC S. BAXTER (D.C. Bar No. 479221)
DANIEL BLOMBERG (D.C. Bar No. 1032624)
DIANA VERM THOMSON (D.C. Bar No. 1811222)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
ebaxter@becketlaw.org

Amandeep S. Sidhu (D.C. Bar No. 978142)
Winston & Strawn LLP
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 PHONE
(202) 282-5100 FAX
asidhu@winston.com

*Counsel for Plaintiffs*