UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LLOYD J. AUSTIN, III, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-1047 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's January 26, 2022, Minute Order, the parties, by and through their respective undersigned counsel, hereby provide the Court with an update as to the status of the action items in the November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro entitled "Department of the Navy Diversity, Equity, and Inclusion Going Forward" (the "Navy Memo") in this currently stayed action. Plaintiffs have nothing to report at this time, but request a status conference with the Court to discuss re-opening the litigation now that Defendants' report has been finalized and reviewed by the Secretary of the Navy. Defendants report as follows:

*March 31, 2022, Action Item*

1. As previously reported, the Navy Memo directs the Assistant Secretary of the Navy (Energy, Installations and Environment) "[n]o later than March 31, 2022," to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality."

2. As also previously reported, in response to this action item, the Naval Health Research Center ("NHRC") in San Diego was selected to conduct the study. As of March 10,

2023, the NHRC completed the data analysis phase and has since completed their report of the study.

3.      As also previously reported, the NHRC report was transmitted internally within the Department of the Navy to the Secretary of the Navy for his review and consideration, who further referred the report back to the Assistant Secretary of the Navy (Energy, Installations, and Environment), to clarify recommendations for the Secretary of the Navy's review and consideration.

4.      Defendants report that after receiving further input from the Assistant Secretary of the Navy (Energy, Installations, and Environment), the Secretary of the Navy has reviewed the final report.  The Secretary has not yet directed further action based on the report.

*       *       *

Pursuant to the Court's January 26, 2022, Minute Order, the parties will provide the Court with a further update as to the status of the action items in the Navy Memo on January 5, 2024, and every sixty days thereafter.

Dated:  November 6, 2023

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Diana V. Valdivia<br>    DIANA V. VALDIVIA, D.C. Bar #1006628<br>    JOSEPH F. CARILLI, JR.<br>    Assistant United States Attorneys<br>    Civil Division<br>    601 D Street St. N.W.<br>    Washington, D.C. 20530<br>    (202) 252-2545; (202) 809-3503<br>    diana.valdivia@usdoj.gov<br>    joseph.carilli@usdoj.gov<br><br> *Counsel for Defendants* | /s/ *Eric S. Baxter*<br>ERIC S. BAXTER (D.C. Bar No. 479221)<br>DANIEL BLOMBERG (D.C. Bar No. 1032624)<br>DIANA VERM THOMSON (D.C. Bar No. 1811222)<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC, 20006<br>(202) 955-0095 PHONE<br>(202) 955-0090 FAX<br>*ebaxter@becketlaw.org*<br><br>Amandeep S. Sidhu (D.C. Bar No. 978142)<br>Winston & Strawn LLP<br>1901 L St., NW<br>Washington, DC, 20036-3506<br>(202) 282-5828 PHONE<br>(202) 282-5100 FAX<br>*asidhu@winston.com*<br><br>*Counsel for Plaintiffs* |