UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 21-1047 (TJK) <br> ) |
| LLOYD J. AUSTIN, III, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**CONSENT MOTION TO CONTINUE DECEMBER 20, 2023 STATUS CONFERENCE**

  Defendants, by and through undersigned counsel, respectfully submit this consent motion to continue the status conference scheduled for 2:00 p.m. on December 20, 2023. Specifically, Defendant respectfully request that the Court continue the status conference to the week of January 8, 2024, setting a date and time at the Court's convenience. Plaintiffs, through counsel, consent to the relief sought by this motion. The grounds for this motion are as follows.

  On November 9, 2023, the Court set a status conference in light of the parties' joint status report filed on November 6, 2023. Since the filing of the joint status report, counsel for the parties have met and conferred. Defendants expect that the Secretary of the Navy will direct follow-on actions as a result the completion of the Naval Health Research Center study. *See* ECF No. 56, Joint Status Report (Nov. 6, 2023) ¶ 2. However, Defendants do not expect to be able to disclose the follow-on actions until the week of December 18, 2023. To facilitate the parties' ability to discuss these actions prior to any status conference with the Court, Defendants respectfully ask the Court to continue the status conference until the week of January 8, 2024.

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court grant the relief requested in this motion. A proposed order is enclosed herewith.

Dated: December 14, 2023    Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Joseph F. Carilli, Jr.*
    JOSEPH F. CARILLI, JR.
    DIANA V. VALDIVIA
    Assistant United States Attorneys
    Civil Division
    601 D Street St. N.W.
    Washington, D.C. 20530
    (202) 252-2525
    joseph.carilli@usdoj.gov
    diana.valdivia@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDMUND DI LISCIA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 21-1047 (TJK) |
| LLOYD J. AUSTIN, III, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Before the Court is Defendants' Consent Motion to Continue December 20, 2023 status conference. Upon consideration of the motion, and good cause appearing to support the relief requested, it is ORDERED that Defendants' motion is GRANTED. It is further ORDERED that:

1. The status conference set for December 20, 2023 is CONTINUED; and

2. The parties shall appear for a status conference on January __, 2024, at ____ a.m./p.m. via teleconference. The parties shall contact the Courtroom Deputy at (202) 354-3495 at least one business day prior to the hearing to make arrangements to participate.

Dated: _____        _____
                                    TIMOTHY J. KELLY
                                    United States District Judge