UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LLOYD J. AUSTIN, III, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-1047 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's January 26, 2022, Minute Order, the parties, by and through their respective undersigned counsel, hereby provide the Court with an update as to the status of the action items in the November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro entitled "Department of the Navy Diversity, Equity, and Inclusion Going Forward" (the "Navy Memo") in this currently stayed action.

Plaintiffs' Statement

1.  The Navy Memo calls on the Department of the Navy to work on changes that "better accommodate … religious … diversity in our force," as part of an overall "critical imperative to foster and sustain a diverse and inclusive culture that … unleashes the full capacity of *all* our people." *See* Dkt. 35-1 at 3, 4. Plaintiffs have recently been informed that a bearded Navy chaplain—endorsed by the same Orthodox Jewish faith group of which Plaintiff Di Liscia is a part—was denied a religious accommodation to allow him to serve aboard ships. This denial has reportedly prevented the chaplain from going underway with his unit at least once and reportedly may prevent him from doing so up to three times in the coming year, including in one

six-month deployment. Plaintiffs are concerned by this development and are watching it closely to see whether it is indicative of the Navy's current position on the Navy Memo's approach to religious accommodations, and—if so—whether it may require adding an additional plaintiff to this case and counsel requiring more regular status reports from the parties to this Court.

Defendants' Statement

*March 31, 2022, Action Item*

1. As previously reported, the Navy Memo directs the Assistant Secretary of the Navy (Energy, Installations and Environment) "[n]o later than March 31, 2022," to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality."

2. As also previously reported, in response to this action item, the Naval Health Research Center ("NHRC") in San Diego was selected to conduct the study. As of March 10, 2023, the NHRC completed the data analysis phase and has since completed their report of the study.

3. As also previously reported, the NHRC report was transmitted internally within the Department of the Navy to the Secretary of the Navy for his review and consideration, who further referred the report back to the Assistant Secretary of the Navy (Energy, Installations, and Environment) to clarify recommendations for the Secretary of the Navy's review and consideration. The Assistant Secretary has returned the report to the Secretary of the Navy. The Secretary of the Navy has reviewed the final report.

4. On December 14, 2023, the Secretary of the Navy directed the Assistant Secretary of the Navy (Manpower and Reserve Affairs) to review the report and coordinate with the U.S. Navy and the U.S. Marine Corps on an assessment of the report's impact as applied to religious

accommodation and medical waiver polices both at sea and ashore. As of the date of this joint status report, the Assistant Secretary has not yet completed the directed action, which is anticipated to take 180 days to complete.

5. Out of its obligations to protect the privacy of service members seeking a religious accommodation, Defendants will make no statement in response to Plaintiffs' inclusion of a non-party's religious accommodation request.

\*   \*   \*

Pursuant to the Court's January 26, 2022, Minute Order, the parties will provide the Court with a further update as to the status of the action items in the Navy Memo on March 5, 2024, and every sixty days thereafter.

Dated: January 8, 2024                                          Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>DIANA V. VALDIVIA<br>Assistant United States Attorney<br><br>By: */s/ Joseph F. Carilli, Jr.*<br>    JOSEPH F. CARILLI, JR.<br>    N.H. Bar No, 15311<br>    Assistant United States Attorney<br>    Civil Division<br>    601 D Street St. N.W.<br>    Washington, D.C. 20530<br>    (202) 252-2525<br>    Joseph.carilli@usdoj.gov<br><br>*Counsel for Defendants* | /s/ *Eric S. Baxter*<br>ERIC S. BAXTER (D.C. Bar No. 479221)<br>DANIEL BLOMBERG (D.C. Bar No. 1032624)<br>DIANA VERM THOMSON (D.C. Bar No. 1811222)<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC, 20006<br>(202) 955-0095 PHONE<br>(202) 955-0090 FAX<br>ebaxter@becketlaw.org<br><br>Amandeep S. Sidhu (D.C. Bar No. 978142)<br>Winston & Strawn LLP<br>1901 L St., NW<br>Washington, DC, 20036-3506<br>(202) 282-5828 PHONE<br>(202) 282-5100 FAX<br>asidhu@winston.com<br><br>*Counsel for Plaintiffs* |