UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )     Civil Action No. 21-1047 (TJK) <br> ) |
| LLOYD J. AUSTIN, III, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

**JOINT MOTION TO VACATE JANUARY 11, 2024 STATUS CONFERENCE**

Plaintiffs and Defendants, by and through undersigned counsel, respectfully submit this joint motion to vacate the status conference scheduled for 3:00 p.m. on January 11, 2024. The grounds for this motion are as follows.

On November 9, 2023, the Court set a status conference in light of the parties' joint status report filed on November 6, 2023, which included a request from Plaintiffs for "a status conference with the Court to discuss re-opening the litigation now that Defendants' report has been finalized and reviewed by the Secretary of the Navy." ECF No. 56, Joint Status Rpt. (Nov. 6, 2023) at 1. Since the filing of the November 2023 joint status report, counsel for the parties have met and conferred repeatedly to discuss the status of the U.S. Navy actions as a result the completion of the Naval Health Research Center study. *See* ECF No. 59, Defendants' Consent Motion to Continue December 20, 2023 Status Conference (Dec. 14, 2023) ¶ 2. Importantly, on December 14, 2023, the Secretary of the Navy directed the Assistant Secretary of the Navy (Manpower and Reserve Affairs) to review the report and coordinate with the U.S. Navy and the U.S. Marine Corps on an assessment of the report's impact as applied to religious accommodation and medical waiver polices both at sea and ashore. *See* ECF No. 61, Joint Status Report (Jan. 6, 2023) ¶ 4. As of the

date of this motion, the Assistant Secretary has not yet completed the directed action, which is anticipated to take 180 days from December 14, 2023, to complete. As result of these conversations and the Navy's ongoing review, the parties believe that the stay should remain in place for the time being, that the parties should continue to submit joint status reports to the Court every 60 days, and that the interests of judicial efficiency counsel vacating tomorrow's status conference. *See* Minute Order (Jan. 26, 2022).

WHEREFORE, based on the foregoing, the parties respectfully request that the Court grant the relief requested in this motion. A proposed order is enclosed herewith.

Dated: January 10, 2024

/s/ *Eric S. Baxter*
ERIC S. BAXTER (D.C. Bar No. 479221)
DANIEL BLOMBERG (D.C. Bar No. 1032624)
DIANA VERM THOMSON (D.C. Bar No. 1811222)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
ebaxter@becketlaw.org

Amandeep S. Sidhu (D.C. Bar No. 978142)
Winston & Strawn LLP
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 PHONE
(202) 282-5100 FAX
asidhu@winston.com

*Counsel for Plaintiffs*

Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Joseph F. Carilli, Jr.*
   JOSEPH F. CARILLI, JR.
   DIANA V. VALDIVIA
   Assistant United States Attorneys
   Civil Division
   601 D Street St. N.W.
   Washington, D.C. 20530
   (202) 252-2525
   joseph.carilli@usdoj.gov
   diana.valdivia@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 21-1047 (TJK) |
| ) | |
| LLOYD J. AUSTIN, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **[PROPOSED] ORDER**

Before the Court is the Parties' Joint Motion to Vacate January 11, 2024 Status Conference.

Upon consideration of the motion, and good cause appearing to support the relief requested, it is

ORDERED that Defendants' motion is GRANTED; it is further

ORDERED that the status conference set for January 11, 2024 is VACATED.

Dated: _____   _____
TIMOTHY J. KELLY
United States District Judge