UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDMUND DI LISCIA, *et al.*,

*Plaintiffs,*

v.

LLOYD J. AUSTIN, III, *et al.*,

*Defendants*.

Civil Action No. 21-1047 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's January 26, 2022, Minute Order, the parties, by and through their respective undersigned counsel, hereby provide the Court with an update as to the status of the action items in the November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro entitled "Department of the Navy Diversity, Equity, and Inclusion Going Forward" (the "Navy Memo") in this currently stayed action.

### *March 31, 2022, Action Item*

1.       As previously reported, the Navy Memo directs the Assistant Secretary of the Navy (Energy, Installations and Environment) "[n]o later than March 31, 2022," to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality."

2.       As also previously reported, in response to this action item, the Naval Health Research Center ("NHRC") in San Diego was selected to conduct the study.  As of March 10, 2023, the NHRC completed the data analysis phase and has since completed their report of the study.

3.      As also previously reported, the NHRC report was transmitted internally within the Department of the Navy to the Secretary of the Navy for his review and consideration, who further referred the report back to the Assistant Secretary of the Navy (Energy, Installations, and Environment) to clarify recommendations for the Secretary of the Navy's review and consideration.  The Assistant Secretary has returned the report to the Secretary of the Navy.  The Secretary of the Navy has reviewed the final report.

4.      On December 14, 2023, the Secretary of the Navy directed the Assistant Secretary of the Navy (Manpower and Reserve Affairs) to review the report and coordinate with the U.S. Navy and the U.S. Marine Corps on an assessment of the report's impact as applied to religious accommodation and medical waiver polices both at sea and ashore.  The Assistant Secretary anticipated the review would take 180 days to complete—*i.e.*, from December 14, 2023, until June 11, 2024.

5.      On January 11, 2024, the Assistant Secretary of the Navy (Manpower and Reserve Affairs) directed the Chief of Naval Operations and the Commandant of the Marine Corps to review the report and submit initial findings on the report's impact on religious and medical beards both sea and ashore.  In doing so, each Service is to consider factors which include the unique operational environments, daily operations, individual safety, unit readiness, damage control, and morale.

6.      On June 28, 2024, the Under Secretary of the Navy authorized a 45-day extension, to July 26, 2024.  As of the date of this joint status report, the Assistant Secretary has received recommendations, which are being considered.

*    *    *

Pursuant to the Court's January 26, 2022, Minute Order, the parties will provide the Court with a further update as to the status of the action items in the Navy Memo on November 4, 2024.

Dated: September 3, 2024

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

DIANA V. VALDIVIA
Assistant United States Attorney

By: */s/ Joseph F. Carilli, Jr.*
    JOSEPH F. CARILLI, JR.
    N.H. Bar No, 15311
    Assistant United States Attorney
    Civil Division
    601 D Street St. N.W.
    Washington, D.C. 20530
    (202) 252-2525
    Joseph.carilli@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ *Eric S. Baxter*
ERIC S. BAXTER (D.C. Bar No. 479221)
DANIEL BLOMBERG (D.C. Bar No. 1032624)
DIANA VERM THOMSON (D.C. Bar No. 1811222)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
*ebaxter@becketlaw.org*

Amandeep S. Sidhu (D.C. Bar No. 978142)
Winston & Strawn LLP
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 PHONE
(202) 282-5100 FAX
*asidhu@winston.com*

*Counsel for Plaintiffs*