UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDMUND DI LISCIA, *et al.*,

        *Plaintiffs,*

    v.

PETE HEGSETH, *et al.*,

        *Defendants.*

Civil Action No. 21-1047 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's February 4, 2025 Minute Order, the parties, by and through their respective undersigned counsel, hereby provide the Court with an update as to the status of the action items in the November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro (the "Navy Memo") in this currently stayed action.

### *March 31, 2022, Action Item*

1. As previously reported, the Navy Memo directs the Assistant Secretary of the Navy (Energy, Installations and Environment) "[n]o later than March 31, 2022," to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality."

2. As also previously reported, in response to this action item, the Naval Health Research Center ("NHRC") in San Diego was selected to conduct the study. As of March 10, 2023, the NHRC completed the data analysis phase and has since completed their report of the study.

3. As also previously reported, the NHRC report was transmitted internally within the Department of the Navy to the Secretary of the Navy for his review and consideration, who further referred the report back to the Assistant Secretary of the Navy (Energy, Installations, and Environment) to clarify recommendations for the Secretary of the Navy's review and consideration. The Assistant Secretary returned the report to the Secretary of the Navy, who reviewed the final report.

4. On December 14, 2023, the Secretary of the Navy directed the Assistant Secretary of the Navy (Manpower and Reserve Affairs) to review the report and coordinate with the U.S. Navy and the U.S. Marine Corps on an assessment of the report's impact as applied to religious accommodation and medical waiver polices both at sea and ashore. The Assistant Secretary anticipated the review would take 180 days to complete—*i.e.*, from December 14, 2023, until June 11, 2024.

5. On January 11, 2024, the Assistant Secretary of the Navy (Manpower and Reserve Affairs) directed the Chief of Naval Operations and the Commandant of the Marine Corps to review the report and submit initial findings on the report's impact on religious and medical beards both sea and ashore. In doing so, each Service is to consider factors which include the unique operational environments, daily operations, individual safety, unit readiness, damage control, and morale.

6. On or about January 13, 2025, the Assistant Secretary of the Navy (Manpower and Reserve Affairs) forwarded a memorandum with recommendations based on his review to the Secretary of the Navy. The memorandum is with the Acting Secretary of the Navy for consideration.

7. On March 12, 2025, the Secretary of Defense issued a memorandum, directing the Under Secretary of Defense for Personnel and Readiness to gather existing standards, inter alia, pertaining to grooming, to include, but not limited to, beards and to conduct a review of the standards. Sec'y of Def. Mem., *Rapid Force-Wide Review of Military Standards* (Mar. 12, 2025) (available at https://www.defense.gov/News/Releases/Release/Article/4118161/rapid-force-wide-review-of-military-standards/). The Acting Secretary of the Navy will take into account the newly implemented Department of Defense review of grooming standards before reaching a decision on the Assistant Secretary of the Navy (Manpower and Reserve Affairs) recommendations memo.

### *Plaintiffs' Accommodation Requests*

8. On March 14, 2025, the Chief of Naval Personnel approved a permanent religious accommodation for EM2 Edmund D. Di Liscia and OS2 Mohammed S. Shoyeb, which will remain in effect throughout their naval career unless rescinded by Chief of Naval Personnel. Previously, the Chief of Naval Personnel had (1) directed EM2 Di Liscia's commanding officer to permit him to maintain his beard until ordered otherwise because of the administrative stay granted in this case, and; (2) approved a temporary religious accommodation for OS2 Shoyeb that would allow him to grow a beard consistent with his religious beliefs for the pendency of this litigation as a result of the preliminary injunctions he filed in this case.

9. Plaintiffs state as follows: Plaintiffs have just received the forms describing the Navy's granted religious accommodations and are evaluating them. Plaintiffs are also reviewing the recently reported actions of the Secretary of Defense.

10. The parties respectfully request that the Court order the parties to file another Joint Status Report in 45 days, on May 22, 2025, to apprise the Court of the parties' views on whether re-opening litigation is necessary.

Dated: March 20, 2025

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

DIANA V. VALDIVIA
Assistant United States Attorney

By: */s/ Joseph F. Carilli, Jr.*
    JOSEPH F. CARILLI, JR.
    N.H. Bar No, 15311
    Assistant United States Attorney
    Civil Division
    601 D Street St. N.W.
    Washington, D.C. 20530
    (202) 252-2525
    Joseph.carilli@usdoj.gov

*Attorneys for the United States of America*

Respectfully submitted,

/s/ *Eric S. Baxter*
ERIC S. BAXTER (D.C. Bar No. 479221)
DANIEL BLOMBERG (D.C. Bar No. 1032624)
DIANA VERM THOMSON (D.C. Bar No. 1811222)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
*ebaxter@becketlaw.org*

Amandeep S. Sidhu (D.C. Bar No. 978142)
Winston & Strawn LLP
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 PHONE
(202) 282-5100 FAX
*asidhu@winston.com*

*Counsel for Plaintiffs*

4