UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDMUND DI LISCIA, *et al.*,

                *Plaintiffs,*

       v.

PETE HEGSETH, *et al.*,

                *Defendants.*

Civil Action No. 21-1047 (TJK)

## <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

       The Clerk of the Court will please enter the appearance of Christopher C. Hair, Assistant

United States Attorney, as counsel of record for the defendants in the above-captioned case

substituting for Assistant United States Attorney Joseph F. Carilli, Jr.

Dated: May 22, 2025

                Respectfully submitted,

                <u>/s/    Christopher C. Hair</u>
                CHRISTOPHER C. HAIR
                Assistant U.S. Attorney
                PA Bar #: 306656
                U.S. Attorney's Office for the District of Columbia
                601 D Street, N.W.
                Washington, D.C.  20530
                Phone: (202) 252-2543
                christopher.hair@usdoj.gov