UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDMUND DI LISCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> PETE HEGSETH, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-1047 (TJK) |

### JOINT STATUS REPORT

Pursuant to the Court's July 9, 2025, Minute Order, the parties, by and through their respective undersigned counsel, hereby provide the Court with an update as to the status of the action items in the November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro (the "Navy Memo") in this currently stayed action.

### *March 31, 2022, Action Item*

1.      As previously reported, on November 15, 2021, the Secretary of the Navy directed the Assistant Secretary of the Navy (Energy, Installations and Environment) to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality."

2.      In response to this action item, the Naval Health Research Center ("NHRC") in San Diego was selected to conduct the study.  As of March 10, 2023, the NHRC completed the data analysis phase and has since completed their report of the study.  The NHRC report was then transmitted internally within the Department of the Navy to the Secretary of the Navy for his review and consideration, who further referred the report back to the Assistant Secretary of the

Navy (Energy, Installations, and Environment) to clarify recommendations for the Secretary of the Navy's review and consideration. The Assistant Secretary returned the report to the Secretary of the Navy, who reviewed the final report.

3.     On December 14, 2023, the Secretary of the Navy directed the Assistant Secretary of the Navy (Manpower and Reserve Affairs) to review the report and coordinate with the U.S. Navy and the U.S. Marine Corps on an assessment of the report's impact as applied to religious accommodation and medical waiver polices both at sea and ashore.

4.     On January 11, 2024, the Assistant Secretary of the Navy (Manpower and Reserve Affairs) directed the Chief of Naval Operations and the Commandant of the Marine Corps to review the report and submit initial findings on the report's impact on religious and medical beards both sea and ashore. In doing so, each Service is to consider factors which include the unique operational environments, daily operations, individual safety, unit readiness, damage control, and morale.

5.     On or about January 13, 2025, the Assistant Secretary of the Navy (Manpower and Reserve Affairs) forwarded a memorandum with recommendations based on his review to the Secretary of the Navy.

6.     On March 12, 2025, the Secretary of Defense issued a memorandum, directing the Under Secretary of Defense for Personnel and Readiness to gather existing standards, inter alia, pertaining to grooming, to include, but not limited to, beards and to conduct a review of the standards. Sec'y of Def. Mem., Rapid Force-Wide Review of Military Standards (Mar. 12, 2025) (available at https://www.defense.gov/News/Releases/Release/Article/4118161/rapid-force-widereview-of-military-standards/).

7.      The Under Secretary of Defense for Personnel and Readiness has made substantial progress on the review requested by the Secretary of Defense and is currently preparing to finalize a report for consideration by the Secretary of Defense.  Defendants do not yet have a timeline for the Secretary of Defense's review.

8.      As previously reported by Defendants (*see* ECF No. 73 ¶ 7), the Secretary of the Navy intends to consider the forthcoming Department of Defense review of grooming standards before reaching a decision on the Assistant Secretary of the Navy (Manpower and Reserve Affairs) recommendations memorandum and finalizing any new policy related to grooming standards.

### Plaintiffs' Accommodation Requests

9.      As previously reported, the Navy has stipulated that OS2 Mohammed S. Shoyeb may grow a four-inch beard while assigned to his current duty assignment.  *See* ECF No. 30-1.  In March 2025, 0S2 Shoyeb received a permanent accommodation for a shorter quarter-inch beard when assigned for any duty aboard a ship or in an operational environment.  *See* ECF No. 72-1. The parties will continue to confer about the possibility of resolving this case by permanently extending OS2 Shoyeb's stipulated accommodation to any future ship-based assignment and expect to continue those discussions.  The remaining Plaintiffs have ended their Naval service.

### Defendants' Separate Statement

10.      Defendants respectfully request that the Court order the parties to file another Joint Status Report in 45 days, on October 6, 2025, to provide a further update to the Court and apprise the Court of the parties' views on whether re-opening litigation is necessary.

### Plaintiff's Separate Statement

11. Plaintiff 0S2 Mohammed S. Shoyeb has reviewed his permanent accommodation, attached as Exhibit A. Contrary to Defendants' stipulation of August 26, 2021, Dkt. 30-1, which

allowed for a four-inch beard "while in a duty status for the pendency of the litigation," OS2

Shoyeb's permanent accommodation allows him only a ¼ inch beard "[w]hen assigned for duty

aboard a ship or in an operational environment." *Compare* Dkt. 30-1, *with* Ex. A. The permanent

accommodation states that "I have concluded that allowing a beard up to one quarter inch is the

least restrictive means of furthering the Navy's compelling interest in mission accomplishment,

including military readiness and safety on both the individual and unit levels." Shaving his beard

to a quarter inch would violate OS2 Shoyeb's sincere religious beliefs.

12. Given the above, and given that the Navy's study has been complete for over a year,

Plaintiffs request a scheduling conference with the Court by October 6, 2025, to discuss reopening

this lawsuit and setting deadlines for moving the matter forward.

*   *   *

Dated:  August 21, 2025

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Diana V. Valdivia*
   DIANA V. VALDIVIA, D.C. Bar 1006628
   CHRISTOPHER C. HAIR, PA Bar 306656
   Assistant United States Attorneys
   Civil Division
   601 D Street St. N.W.
   Washington, D.C. 20530
   (202) 252-2545; (202) 252-2543
   diana.valdivia@usdoj.gov
   christopher.hair@usdoj.gov

 *Counsel for Defendants*

Respectfully submitted,

*/s/ Eric S. Baxter*
ERIC S. BAXTER (D.C. Bar No. 479221)
DANIEL BLOMBERG (D.C. Bar No. 1032624)
DIANA VERM THOMSON (D.C. Bar No.
  1811222)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
*ebaxter@becketlaw.org*

Amandeep S. Sidhu (D.C. Bar No. 978142)
Winston & Strawn LLP
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 PHONE
(202) 282-5100 FAX
*asidhu@winston.com*

*Counsel for Plaintiffs*

4