# Exhibit A



**DEPARTMENT OF THE NAVY**
Office of the Chief of Naval Operations
2000 Navy Pentagon
Washington DC 20350-2000

1730
Ser N1/115405
14 Mar 25

From:  Deputy Chief of Naval Operations for Personnel, Manpower, and Training, N1
To:     OS2 Mohammed S. Shoyeb, USN
Via:    Commander, Fleet Activities Yokosuka

Subj:   REQUEST FOR RELIGIOUS ACCOMMODATION ICO OS2 MOHAMMED S.
        SHOYEB, USN

Ref:    (a) Your ltr of 17 Sep 20
        (b) 42 U.S.C. §2000bb-1
        (c) DoD Instruction 1300.17 of 1 September 2020
        (d) SECNAVINST 1730.8B CH-1
        (e) ASN (M&RA) memo of 6 Jun 13
        (f) BUPERSINST 1730.11A CH-2
        (g) NAVPERS 15665J
        (h) OPNAV N13 memo of 29 Mar 24
        (i) COMNAVSAFECEN NORFOLK VA 261941Z Nov 18 (ALSAFE 18/008)
        (j) COMNAVCEN ltr of 22 Oct 18
        (k) COMNAVCEN ltr of 8 Mar 16

1.   In line with references (a) through (k) and in particular, as informed by safety data analyzed in reference (h), I have re-reviewed your original request, initially denied in 2020.  Upon re-review, your request is addressed as follows:

     a.  Your request to waive the requirements in Article 2201.2 of reference (g) to wear a beard is approved, subject to the following:

          (1)  When evaluating your request, I considered the operational impact and nature of your duties in order to assess the extent to which your request can be accommodated.  As an Operations Specialist currently serving in a non-operational billet ashore, your daily duties do not require you to don personal protective equipment (PPE), such a self-contained breathing apparatus (SCBA), in response to operational tasking, such as shipboard damage control efforts.  However, I also considered possible future assignments at sea and other operational environments in evaluating your request, as the enduring nature of a religious accommodation approval necessitates consideration of future operational duties, to include responding to casualties in hazardous environments.

          (2)  You are approved to wear a beard while ashore.  While serving ashore, you may wear a beard consistent with the standards set forth in reference (g).  The beard must be worn in a neat, conservative manner.  It must not be worn unkempt, will not contain designs or shapes cut into it and will be of uniform bulk and length in appearance.  Additionally, if your beard is

Subj:  REQUEST FOR RELIGIOUS ACCOMMODATION ICO OS2 MOHAMMED S. SHOYEB, USN

greater than two inches in length, the beard must be rolled, tied and/or otherwise groomed to achieve a length not to exceed two inches when measured from the bottom of the chin, consistent with your request in reference (a).

(3)  When assigned for duty aboard a ship or in an operational environment, I am approving your request to wear a beard up to one quarter inch in length while performing such assignments, subject to the below guidance.

(a)  Personnel with religious accommodations for facial hair are still expected to perform all assigned duties.

(b)  With regard to maintaining a beard while performing official duties onboard a naval vessel, I have concluded that allowing a beard up to one quarter inch is the least restrictive means of furthering the Navy's compelling interest in mission accomplishment, including military readiness and safety on both the individual and unit levels.  Any facial hair can impact the effectiveness of your safety equipment, putting you at higher risk for particulate exposure in a damage control environment.  That impact is markedly greater with facial hair more than one quarter inch in length.  References (i) through (k) reported that any amount of facial hair may reduce safe and effective wear and operation of protective equipment, to include gas masks, self-contained breathing apparatus (SCBA) face masks and respirators in chemical, biological, radiological, nuclear, and explosive (CBRN-E) environments.

(c)  Damage Control (DC), both in port and underway, is the responsibility of every Sailor.  When assigned to a ship or in an operational environment, your participation in DC efforts is routine and foreseeable, regardless of your prescribed watch station or whether the ship is in port or at sea.  Considering the findings of reference (h) in light of the unique facts of your request, from an operational risk management perspective, the risk of growing a beard beyond one quarter inch is untenable in an operational environment.  Therefore, I find that granting wear of a beard beyond one quarter inch for times when you are performing duties onboard a naval vessel or aircraft would present an unacceptable risk to the Navy's compelling interest in mission accomplishment, including military readiness and safety on both the individual and unit levels.  Of note, this is consistent with length requirements for Sailors who are authorized to grow short beards (no greater than five millimeters) pursuant to treatment regimens for pseudofolliculitis barbae (PFB).

2.  All requests for accommodation of religious practices are assessed on a case-by-case basis. In line with the above references, determination of a request for religious accommodation requires consideration of the following factors:  (1) impact on military readiness, unit cohesion, good order and discipline, and health and safety, (2) religious importance of the accommodation to the requestor, (3) cumulative impact of repeatedly granting similar requests, (4) whether there is alternative means available to meet the requested accommodation, and (5) how other such requests have been treated.

3.  Under exigent circumstances and in furtherance of a compelling governmental interest due to operational necessity, when time is of the essence and no less restrictive means of religious accommodation are available, your commanding officer (CO) may temporarily modify or

Subj:   REQUEST FOR RELIGIOUS ACCOMMODATION ICO OS2 MOHAMMED S.
        SHOYEB, USN

suspend this accommodation, upon notice to the Service member concerned and without benefit
of appeal.

4.  In addition to the authority reserved to your CO, this approval may be reviewed or rescinded
upon a review and determination that circumstances have materially changed, in furtherance of a
compelling government interest such as mission accomplishment, military readiness and health
of the force.  This determination will be adjudicated in accordance with the processes identified
in reference (c).

5.  This letter will remain in effect throughout your career, unless suspended or revoked.  If you
have any questions or concerns regarding this decision, you are directed to route them through
your chain of command.  You have my sincere best wishes for your continued success in your
Navy career.

                                        R. J. CHEESEMAN, JR

Copy to:
OPNAV (N131, N0975)
CFAY