UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND DI LISCIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> PETE HEGSETH, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-1047 (TJK) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Johnny Walker and remove the appearance of Assistant United States Attorney Diana Valdivia as counsel for Defendants in the above-captioned case.

Dated: March 6, 2026

Respectfully submitted,

By:    */s/ Johnny Walker*
JOHNNY H. WALKER, D.C. Bar 991324
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2511

*Attorney for the United States of America*