**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**EDMUND DI LISCIA**, *et al.*,

*Plaintiffs*,

v.

**PETE HEGSETH**, in his official capacity as Secretary of the United States Department of Defense, *et al.*,

*Defendants.*

Civil Action No. 1:21-cv-01047-TJK

**MOTION TO ENFORCE STIPULATION AND TO EXPEDITE BRIEFING**

(Hearing Requested)

Plaintiff OS1 Mohammed Shoyeb hereby moves the Court to enforce the parties' Joint Stipulation in which Defendants agreed "to grant a religious accommodation permitting OS2 Shoyeb to grow a four-inch beard … while in a duty status for the pendency of the litigation." Dkt. 30-1. OS1 Shoyeb recently received orders to the USS Higgins. Defendants have now told him that, before reporting, he must cut his beard. Otherwise, he will be sent to shore duty—separated from his unit, deprived of duty for which he has trained, and losing an important opportunity to advance his career.

As further elaborated in the accompanying statement of points and authorities, the Stipulation clearly grants OS1 Shoyeb a full accommodation while serving in any duty station. Requiring OS1 Shoyeb to cut his beard to join the USS Higgins would violate the Stipulation's plain terms and irreparably harm his constitutional and statutory rights. Because OS1 Shoyeb's orders require him to report on September 29, expedited consideration is warranted. OS1 Shoyeb thus respectfully asks the Court to set a briefing schedule to permit a decision on this matter by no later than September 29, 2026.

In compliance with Local Civil Rule 7(m), counsel gave notice to counsel for Defendants of Plaintiff's request to enforce the Stipulation. *See* Baxter Decl. ¶¶ 7-8. Counsel for Defendants responded by simply reiterating that OS1 Shoyeb could keep his religious beard only if he cancelled his orders to the USS Higgins.

Dated: September 17, 2026

Respectfully submitted,

/s/ *Eric S. Baxter*

Eric S. Baxter (D.C. Bar No. 479221)
Daniel Blomberg (D.C. Bar No. 1032624)
Diana Verm Thomson (D.C. Bar No. 1811222)
Laura Wolk Slavis (D.C. Bar No. 1643193)
Caleb Henley Angell (D.C. Bar No. 1738150)
Katelyn G. Graziano (D.C. Bar No. 90046617)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095
*ebaxter@becketfund.org*

*Application for Admission forthcoming

Amandeep S. Sidhu (D.C. Bar No. 978142)
WINSTON & STRAWN LLP
1901 L St., NW
Washington, DC 20036
(202) 282-5828
*asidhu@winston.com*

*Counsel for Plaintiffs*