**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDMUND DI LISCIA**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**PETE HEGSETH**, in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:21-cv-01047-TJK<br><br>**[PROPOSED] ORDER**<br><br>(Hearing Requested) |

THIS MATTER comes before the Court on Plaintiff OS1 Mohammed Shoyeb's Motion to Enforce Stipulation. Upon consideration of the papers, declarations, and exhibits filed in support and opposition thereof, the Court hereby GRANTS Plaintiff OS1 Shoyeb's Motion to Enforce the Stipulation. As agreed in Paragraph 1 of the Stipulation, Defendants are hereby enjoined from (1) compelling OS1 Shoyeb, as a condition of accepting his transfer to the USS Higgins, to cut his beard to anything less than "a four-inch beard that is kept neat such that it appears no longer than two inches in length from the bottom of his chin" or (2) from taking any adverse action, including but not limited to withdrawing OS1 Shoyeb's transfer, because of this religious accommodation.

SO ORDERED.

Date: September ____, 2026

______________________________________
Judge Timothy J. Kelly
U.S. District Court for the District of Columbia